TOM NEUMAN                                                July 25, 2018

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4    KATIE JOSEPH, on behalf of the          Case No. 2:17-
     Estate of KENDOLE JOSEPH,               cv-5051-SM-KWR
5    deceased, and SHERESA JACKSON,
     on behalf of her minor children,
6    KEIONA B. JOSEPH and KAMORYA A.
     JACKSON,
7
             Plaintiffs,
8      v.

9    OFFICER DAMOND BARTLETT, et al.,

10           Defendants.

11   _____

12

13

14

15           DEPOSITION OF TOM S. NEUMAN, MD

16              WEDNESDAY, JULY 25, 2018

17               DEL MAR, CALIFORNIA

18

19

20

21

22

23

24   REPORTED BY:  NICOLE GALVIN, CSR NO. 13826

25   JOB NO.:      36515

**EXHIBIT B**

Page 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

 4   KATIE JOSEPH, on behalf of the        Case No. 2:17-
     Estate of KENDOLE JOSEPH,             cv-5051-SM-KWR
 5   deceased, and SHERESA JACKSON,
     on behalf of her minor children,
 6   KEIONA B. JOSEPH and KAMORYA A.
     JACKSON,
 7
                   Plaintiffs,
 8      v.

 9   OFFICER DAMOND BARTLETT, et al.,

10                 Defendants.

11   _____

12

13

14

15

16

17

18             Deposition of TOM S. NEUMAN, MD, taken

19        on behalf of Plaintiffs at 12526 High Bluff

20        Drive, Suite 300, Del Mar, California 92130,

21        beginning at 9:14 a.m., and ending at 1:06 p.m.,

22        on Wednesday, July 25, 2018, before Nicole

23        Galvin, Certified Shorthand Reporter, No. 13826.

24

25
```

TOM NEUMAN                                              July 25, 2018

```
 1    APPEARANCES OF COUNSEL:

 2    FOR PLAINTIFFS:

 3    ERICKSON & OPPENHEIMER, LTD
      BY:  MICHAEL OPPENHEIMER
 4    223 West Jackson Boulevard, Suite 200
      Chicago, Illinois 60606
 5    (312) 327-3370
      michael@eolawus.com
 6

 7

 8    FOR DEFENDANTS:

 9    LEONARD L. LEVENSON & ASSOCIATES
      BY:  LEONARD L. LEVENSON
10    427 Gravier Street
      New Orleans, Louisiana 70130
11    (504) 586-0066
      lenlawyer@aol.com
12

13

14    ALSO PRESENT:

15    CHRISTIAN W. HELMKE

16    JARED KOSOGOAD (TELEPHONICALLY)

17    RONAK MAISURIA (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

U.S. Legal Support, Inc.
(312) 236-8352

TOM NEUMAN                                    July 25, 2018

```
                                              Page 4
 1                    I N D E X

 2   WITNESS:  Tom S. Neuman, MD

 3   EXAMINATION                              PAGE

 4          By Mr. Oppenheimer                 5

 5

 6

 7

 8               E X H I B I T S

 9                  (NONE)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5
1          DEL MAR, CALIFORNIA; WEDNESDAY, JULY 25, 2018;

2                    9:14 A.M. - 1:06 A.M.

3

4                    TOM S. NEUMAN, MD,

5              having first been duly sworn, was

6              examined and testified as follows:

7

8                    EXAMINATION

9     BY MR. OPPENHEIMER:

10         Q    Good morning, Doctor.  Can you please state

11    your name and spell your last name.

12         A    Tom, T-O-M, Neuman, N-E-U-M-A-N.

13         Q    Dr. Neuman, I know that you've given quite a

14    few depositions in the past.  We won't have to go over

15    all the rules.  If you want me to repeat something,

16    though, or you want to take a break, just let me know.

17    We'll be happy to do that after you answer the last

18    question, okay?

19         A    Yes.

20         Q    I just want to start with a bit of your

21    background.  Is there anything in terms of your CV that

22    you have left out in terms of past educational history?

23         A    If I have, it's a mistake, but I don't think

24    so.

25         Q    In terms of publications, appearances, book

TOM NEUMAN                                        July 25, 2018

Page 6

1   chapters, anything else that you've done academically,

2   as far as you know, is that all in what you've tendered

3   to us?  Well, you tendered it to your lawyer, but he

4   tendered it to us.

5       A    If you have my most up to date CV, that's the

6   only thing that I don't know about.  What's the date on

7   my CV?

8       Q    I have your statement.  This is dated July 5,

9   2018.

10      A    But the CV?

11      Q    Yup, I'm getting there.  I have it.  I just

12  gotta find it.

13      A    My most current CV is January of last year.

14  It does need to be updated.  There have been more

15  lectures and things that I've given since then, but I

16  don't think they're appreciably different from the kinds

17  of lectures I've given before in the past.

18      Q    I'm not going to get into each of your

19  lectures.  If there's an update we need to get, we can

20  get that.

21      MR. LEVENSON:  January of '17.

22  BY MR. OPPENHEIMER:

23      Q    January of '17?

24      A    Yeah.  That's the most recent one, but it does

25  need to be updated.

TOM NEUMAN                                          July 25, 2018

Page 7

```
 1        Q     That would be great.  What would you say,
 2   Doctor -- how are you currently employed?
 3        A     I am basically retired at this point.  My
 4   employment is, I do a little consultation for several
 5   governmental organizations.  I do a little bit of this
 6   kind of legal consultation.  I do a little bit of
 7   teaching at the university, but I don't earn any money
 8   from anything except this kind of consultation.
 9        Q     This kind of consultation, meaning, expert
10   witness appearances?
11        A     Yes.
12        Q     When you say you're doing some consultation
13   with government organizations, what government
14   organizations?
15        A     Well, for starters, National Oceanic and
16   Atmospheric Administration.  I don't think that's
17   germane -- well, it is in some ways germane to what
18   we're talking about here because it has to do with
19   diving and fitness to dive, and that very often has to
20   do with gas exchange, and ventilation, and breathing,
21   and problems with breathing and things like that.
22              I'm just finishing up some work for NASA on a
23   DSMB related to, again, the same kinds of problems with
24   gas exchange, ventilation, oxygen, percentage of oxygen
25   in gases; what it does; what it means, and I finished my
```

TOM NEUMAN                                      July 25, 2018

Page 8

1    work for the DOD.

2        Q    What were you doing for the DOD?

3        A    Again, I was on a DSMB for a large prospective

4    multicenter trial for the management of Marine sailors

5    and soldiers coming back from the Middle East with mild

6    traumatic brain injury and their management with

7    hyperbaric oxygen.

8        Q    When you say DSMB, what do you mean by that?

9        A    Data & Safety Monitoring Board.

10       Q    How were you consulted with or how were you

11   contacted to get these jobs?

12       A    You have to ask the people who gave me a call

13   and asked me to do it.

14       Q    You said that you're no longer charging for

15   these consultations, except for your expert work --

16       A    I never was.  That's volunteer work.  That's

17   an honor to do that stuff, not employment.

18       Q    I appreciate that.  I noticed in your CV

19   that -- I counted them up at one point -- there's a lot

20   of articles, a lot of presentations, and a lot of other

21   appearances that have to do with diving.

22       A    Yes.

23       Q    Is that the type of thing you're talking about

24   doing with the governmental organizations?

25       A    Well, NOAA, and I explained to you what that

TOM NEUMAN                                         July 25, 2018

Page 9

1   was.  For NASA, it relates to similar concepts of

2   decompression and diving and things of that sort.  But

3   all of that at a more fundamental level is the

4   physiology of gas exchange.

5           That's why I say the diving stuff in some ways

6   does relate to what we're talking about here because so

7   much of it is related to breathing, ventilation, gas

8   exchange, getting oxygen to tissues and so on.

9       Q    Would you agree with me that the great

10  majority of your CV has to do with diving and issues

11  related to diving?  Would you agree with me on that --

12  over the years?

13      A    Certainly before 20 years ago, I'd have to

14  count the number of presentations and the number of

15  publications in the last 20 years or less, 25 years, to

16  say the great majority.  Certainly before the mid-1990s,

17  that was true.

18      Q    How did you get into -- well, I'm leading up

19  to your experiment with positional asphyxia.

20      A    Which one?  We've published --

21      Q    Well, your original article, your original

22  experiment, right?

23      A    Yes.

24      Q    Which was in 19 --

25      A    '95.

TOM NEUMAN                                          July 25, 2018

Page 10

1        Q     I believe so.

2        A     '96, '94.

3        Q     How did you get into that field and to that

4    subject?

5        A     I was approached by an attorney by the name of

6    Ricky Sanchez, and I don't remember now whether he was a

7    county attorney or a city attorney.  He had gotten my

8    name from the county medical examiner's office because I

9    had spent a fair amount of time at the county medical

10   examiner's office both studying traumatic deaths, which

11   I've published on, and the role of trauma systems, as

12   well as my being there in evaluating and assisting the

13   interpretation of autopsies on diving accident victims.

14           When he was looking for an expert in a case

15   called Price versus San Diego, they suggested that he

16   come to me.  He came to me and asked me to help him

17   defend a case in this Price versus San Diego.  I said,

18   how did you get my name?

19           He said that, and I said, I don't know

20   anything about, you know, police shootings and things

21   like that.  That's what I thought it was, and I thought

22   it was related to the trauma.  He said, no, this is a

23   positional asphyxia case.  I had not heard the term

24   positional asphyxia.

25       Q     I don't mean to interrupt you, but what year

TOM NEUMAN                                                July 25, 2018

Page 11

1   was that when he approached you?  I have the case here

2   with me.  I've got to find the year.

3        A     Early 1990s, '92, '93.  If you have the paper,

4   it will say when the grant was, so it probably would

5   have been the year before that.

6        Q     You said you had been hanging out.  You used

7   the term hanging out, but you said you'd been going to

8   the medical examiner's at the county, and is that the

9   county where?

10       A     San Diego.

11       Q     For how long have you lived in San Diego?

12       A     Since 1974.

13       Q     As you were going to the medical examiner's

14  office, were you going pursuant to your own research or

15  pursuant to something else?

16       A     Well, I was -- from 1974 to 1980, I was the

17  diving medical officer for Submarine Development Group 1

18  in San Diego.  I had a tremendous interest in diving

19  fatalities at that point.  So I became a member of the

20  San Diego County Coroner's Committee for the

21  Investigation of Diving Fatalities.  That's why I was

22  going there.

23       Q     When you were going there --

24       A     As far as the diving stuff is concerned.  The

25  trauma stuff was a different reason for going there.

TOM NEUMAN                                           July 25, 2018

Page 12

1   That was research.

2        Q    That was research you were doing pursuant to

3   your own interests, or was it pursuant to a grant or

4   employment somewhere else?

5        A    You know, I don't remember if we had a grant

6   for it or not.  There was quite a political controversy

7   at that time as to whether or not trauma systems were

8   effective in reducing trauma-related deaths.  At that

9   time, a trauma system had been established in Orange

10  County, and it was one of the few trauma systems in the

11  country.

12            Our initial study was done with what's called

13  a Delphi approach to address the issue of whether or not

14  traumatic deaths were preventable.  I spent a lot of

15  time at the county medical examiner's office going over

16  autopsies.  Now, whether that was --

17       Q    I don't mean to interrupt you.  Traumatic

18  deaths relating to diving accidents or in general?

19       A    No.  This is all traumatic deaths.  All

20  traumatic deaths; car accidents, shootings, falls,

21  whatever, any traumatic death.  I don't remember -- it

22  certainly was part of my employment as a member of the

23  faculty of the University of California.

24            You simply had to do research.  Whether there

25  was a grant associated with it, that, I don't remember.

TOM NEUMAN                                        July 25, 2018

1   I'd have to look at the paper itself to see if there was

2   a grant associated with it.

3       Q    You had never heard the term before this

4   attorney approached you, positional asphyxia, correct?

5       A    That's correct.  I was a trained pulmonologist

6   and had never heard that term.  He said, oh, no, there

7   is a paper on that.  I said, may I see the paper?  It

8   was a well-known paper by a fellow by the name of Donald

9   Reay where he made the observation that deaths in people

10  who are being restrained were occurring.

11          He raised the question as to whether or not

12  those deaths might be related to the position.  He did

13  an experiment, and he concluded that there were

14  significant physiologic effects of the restraint

15  position.

16          Then following that paper several years later,

17  he published a case series of three cases wherein,

18  again, there were restraint-related deaths.  He said, I

19  showed these physiologic problems associated with the

20  position.  These people were in that position.

21          They died of that position.  Now, subsequent

22  to that, there were a host of other case series that

23  were published basically saying me too.  Pathologists

24  said, oh, wait a minute.  I've had cases like that.

25  They're due to positional asphyxia, and they would give

TOM NEUMAN                                               July 25, 2018

 1   a series of cases like that.

 2           Then the Police Chief Kolender in San Diego

 3   said, well, we've got to do something about this.  He

 4   went and did a questionnaire across the United States

 5   looking at deaths like this.  He concluded that this was

 6   a significant problem, that there were deaths occurring

 7   in restraints in numbers that had to be addressed.

 8           He turned to the San Diego County Chief

 9   Medical Examiner.  I'm blocking what his name is;

10   Blackstone, Blackmore, something like that.  Blackstone,

11   of course, trained under Dr. Reay and advised him, well,

12   as soon as people are restrained, you need to turn them

13   on the side.

14           Breathing will be easier on their side, and

15   they won't suffocate.  That's pretty much the original

16   basis of the police procedures of turning people on

17   their side.  That's the background to it.  When I looked

18   at that first original paper, I said, this basically

19   said this paper is a poster child to bad science.

20       Q   Let me stop you right there.

21       A   Yeah.

22       Q   You had never heard the term positional

23   asphyxia really.  Although, you were a trained

24   pulmonologist and had extensive training on lungs,

25   breathing, once you were approached by this lawyer, you

TOM NEUMAN                                          July 25, 2018

Page 15

1    went and found what you had already told me?

2         A    Yes.

3         Q    With these studies, these --

4         A    Yes.  I didn't read the pathology literature,

5    just as pathologists don't read the emergency medicine

6    or the cardiology literature.  We'll get to that a

7    little bit later.

8         Q    Yes, we will.  You are not a pathologist,

9    correct?

10        A    Correct.

11        Q    You have no training in pathology?

12        A    Correct.  Well, other than the pathology I

13   learned --

14        Q    At your residency or --

15        A    No, from doing the traumatic death study, from

16   being at the autopsies of diving accident victims, but

17   no formal training other than medical school.

18        Q    You, yourself, have never conducted an

19   autopsy; is that correct?

20        A    Correct.

21        Q    You have attended autopsies, obviously?

22        A    Oh, yes.

23        Q    Many, I would assume?

24        A    Many.

25        Q    Once you read this literature, you said you

Page 16

1    decided that it is, in essence, bad science?

2         A    Well, the case studies are just that.  They

3    say, I've had a bunch of cases like this.  They then

4    reference the original scientific work of Dr. Reay, so

5    you can't say that they're bad science.  They are case

6    studies that are based on bad science.

7              The bad science has nothing to do with

8    pathology.  Remember, the study that Donald Reay did had

9    nothing to do with pathology.  It had to do with

10   breathing, ventilation, exercise, gas exchange and most

11   importantly, and what I am a true expert in, scientific

12   methodology.

13             That's where the flaws in his study are.

14   There are methodologic statistical scientific flaws that

15   are severe enough that even Dr. Reay when the Price

16   study went to court simply said, I was wrong.

17        Q    Yes, but did you -- when you were reading

18   Dr. Reay's study --

19        A    One study.

20        Q    One study, I understand that.

21        A    Ten people.

22        Q    I understand -- and before you did any of your

23   own research, you believed based on what you had read

24   that it was simply bad science, the methodology was

25   wrong?

TOM NEUMAN                                              July 25, 2018

Page 17

```
 1      A     Well, I knew the methodology was wrong.

 2      Q     Why was the methodology wrong?

 3      A     Well, if you read the paper -- you don't

 4  happen to have a copy of it, do you?

 5      Q     Of his?

 6      A     Yeah.

 7      Q     I'm sure I've got something here by him.  You

 8  can keep talking.  I'll keep looking.

 9      A     The premise of his study, the hypothesis of

10  his study was people are dying in this position.  He

11  raised the question, which is absolutely legitimate,

12  could the position be related to these deaths?  He said,

13  I'm going to study it.

14           Now, the reason that I know some of these

15  little side pieces is because after Dr. Reay learned of

16  our studies and understood what was wrong with his

17  studies, he came down to our laboratory, looked at what

18  we did.  I have the highest respect for Don.

19           He learned a tremendous amount.  He still

20  didn't learn everything there is to know about

21  ventilation and gas exchange, but he learned a great

22  deal.  In any event, his hypothesis was maybe the

23  position was causing trouble.  So he set out to

24  investigate that question.  What he did was, he borrowed

25  a NordicTrack from -- no.  He had the NordicTrack.
```

TOM NEUMAN                                              July 25, 2018

```
 1              He got 10 friends of his, and that's perfectly
 2   legitimate.  There's nothing wrong with using friends as
 3   experimental subjects in the 1980s.  He exercised them
 4   on the NordicTrack to a heart rate of 120.  Now, while
 5   they were exercising on the NordicTrack to a heart rate
 6   of 120 --
 7        Q    Can I ask you a quick question?  Is the
 8   information you got -- the information you're telling me
 9   about his one study, is that all from you reading his
10   study?  You met him since then.
11        A    So far, this is all in his study.  The friends
12   part is not but the NordicTrack is, okay?
13        Q    Okay.
14        A    He exercised them to a heart rate of 120.
15   While they were exercising to a heart rate of 120, he
16   had a pulse oximeter on their ear.  This is from what he
17   has told us now.  He borrowed the pulse oximeter from an
18   anesthesiologist friend, and the friend told him, this
19   is the greatest thing since sliced bread.
20              We've got patients in the operating room.  We
21   put this on them.  No more arterial blood gas --
22        Q    But you learned this part later.  You just
23   added stuff?
24        A    But that's, you know, really sort of icing on
25   the cake.  It doesn't make any difference how he got the
```

TOM NEUMAN                                      July 25, 2018

Page 19

1   pulse oximeter, but he thought the pulse oximeter --

2   because it worked in the operating room.  He just

3   applied it to exercising subjects.

4           He made the observation that the oxygen

5   saturation in these individuals who were exercising went

6   down from normal, which is above 95 percent to between

7   85 and 90 percent.  He says that point blank in his

8   paper, that we observed that this is what happened.

9           Now, aside, he has said that made sense to me.

10  Exercising, use oxygen, oxygen saturation goes down.

11  Again, it's irrelevant that he said that.  His

12  observation was that it went down just with exercise.

13          We're not talking about the hog-tie position

14  yet -- to 85 to 90 percent.  Now, that is just flat-out

15  incorrect.  This isn't Tom Neuman's research.  Pick up

16  any textbook on exercise physiology, and you will see

17  that oxygen saturation does not decrease with this kind

18  of moderate or even severe exercise.

19          Oxygen saturation remains normal and actually,

20  the pO2 with more severe exercise goes up in the lung.

21  Now, from a teleologic point of view, that makes perfect

22  sense.  The caveman running away from a saber-tooth

23  tiger wouldn't do very well if when he was running away,

24  his oxygen saturation went down.

25          If you're interested, I can explain to you

TOM NEUMAN                                          July 25, 2018

Page 20

1    physiologically why this happens; why oxygen -- why gas

2    exchange improves with exercise, does not decrease with

3    exercise.

4          Q    Can you give a two-minute version?

5          A    Yes.  Ventilation profusion mismatch

6    equalizes.  Those are the words.  I'm sorry?

7          Q    I just said I knew that would be a problem

8    because now, you have to explain that.

9          A    Okay.  Imagine a lung with blood flowing

10   through it, okay, blood passing through the alveoli and

11   air going into the alveoli.  If only a little bit of air

12   goings into the alveoli, it cannot fill the blood with

13   oxygen, okay?

14         Q    Okay.

15         A    If more air goes into it than it needs, it

16   does fill the blood with oxygen, but the carbon dioxide

17   level in the blood then goes down, okay?

18         Q    Okay.

19         A    Now, under normal circumstances sitting here,

20   there is a very small degree of what we call ventilation

21   profusion or what's called VAQ mismatch.  Sitting here,

22   because of gravity, more blood goes to the bottom of

23   your lungs.  It's heavier and less blood goes to the top

24   of your lungs.

25               Air on the other hand because the lungs are

TOM NEUMAN                                          July 25, 2018

 1  compressed down below and not compressed above, more air
 2  goes to the top of the lungs than to the bottom of the
 3  lungs.  This is called VAQ inequality.  It's not very
 4  much, which is why your oxygen saturation is 95 percent
 5  or 97 percent under normal circumstances.
 6           When you exercise, though, all that changes.
 7  Blood flow increases.  Distribution of blood within the
 8  lung evens out.  Ventilation within the lung evens out,
 9  and VAQ mismatch becomes much lower.  There's a
10  numerical way of assessing what VAQ mismatch is.
11           It's called the A-a O2 Gradient.  You don't
12  see that in oxygen saturation because of the shape of
13  the oxygen hemoglobin association curve.  But you do see
14  it in the A-a O2 Gradient which under normal
15  circumstances is around 15, maybe 20, and it will go
16  down to 10 or even maybe 5 with exercise.
17           All of this VAQ mismatch goes away with
18  exercise, or nearly all of it goes away with exercise
19  and gas exchange improves.  His observation that oxygen
20  saturation goes down to 85 percent and 90 percent is
21  wrong.
22           Not only is it wrong, that is the sign of
23  severe pathology.  If I were to put you on a treadmill,
24  even if you weren't -- you had no idea and I see your
25  oxygen saturation go down to 85 percent with exercise, I

TOM NEUMAN                                        July 25, 2018

Page 22

1   would say, Mr. Oppenheimer, I don't know what it is.  I

2   have to work this out, but there is something severely

3   wrong.  Not a little bit wrong, severely wrong with the

4   way your heart and lungs are operating together.

5          Why did this happen?  Because in circa 1988,

6   pulse oximeters were not designed to be used on

7   exercising subjects.  This is not pathology.  This is

8   methodology and understanding how things work.

9      Q    So that's the first flaw?

10     A    Well, it gets -- we have to finish with that

11  flaw, okay?

12     Q    That's fine.

13     A    Why did it happen and could you have known

14  that this was going to happen?  The answer to the latter

15  question is, yes, because it had already been published

16  in the exercise physiology literature.  I have no

17  complaint that Dr. Reay doesn't read the exercise

18  physiology literature.

19         Until all this business started, I didn't read

20  any of the pathology literature.  It had already been

21  published that pulse oximeters couldn't be used in

22  exercising people because they were going to give you

23  falsely low readings, erroneously low readings.

24     Q    Okay.

25     A    That's what he did.  He observes oxygen

TOM NEUMAN                                              July 25, 2018

Page 23

1   saturation fall in exercising subjects, okay?

2        Q    Just from the exercise?

3        A    Just from the exercise.  We haven't gotten to

4   the hog-tie position yet.  He made no assessment of

5   ventilation; how much these people were breathing while

6   they were exercising.  He made no assessment of carbon

7   dioxide in their blood, which is a surrogate for how

8   much they're breathing and --

9        Q    Can I ask you a quick question?

10       A    Yes.

11       Q    I have to interrupt you because otherwise,

12  I'll forget.

13       A    That's quite all right.

14       Q    I can't read my handwriting anyway, so it

15  won't do me any good.

16       A    But we will have to take a break so I can get

17  another cup of coffee in a little bit.

18       Q    That's fine.  You said as far as measuring the

19  CO2, the best -- am I correct in saying the best way to

20  measure the CO2 is by actually measuring the blood?

21       A    Yes.

22       Q    You said he made no attempt to do that?

23       A    Yes.

24       Q    Okay.

25       A    You have to put in an arterial catheter to do

TOM NEUMAN                                        July 25, 2018

1    that, and Tidal CO2 monitors did not exist then.

2         Q    Fair enough.

3         A    He then took his subjects, 10 men -- I think

4    they were all men.  I don't think there were any women

5    involved.  I'd have to check that.  He took the 10 men,

6    and he either put them in a sitting position or a

7    hog-tied position.  Each individual was exercised twice.

8              I don't know if he randomly split the order of

9    doing it, which is what he should have done.  A

10   methodologic issue but a minor one compared to the other

11   methodologic problems -- and then measured how long it

12   took for the oxygen saturation to return to normal and

13   the pulse rate to return to normal.

14        Q    So technically back to the 95-ish, if he had

15   it right the first time -- which you're saying he

16   didn't?

17        A    It wouldn't have gone down in the first place.

18   It didn't -- I won't say it wouldn't have gone down.  It

19   doesn't go down.  It was a methodologic error.  There's

20   no question about it.  This is not open for discussion.

21   Normal people exercise, and oxygen saturation doesn't go

22   down to 85 percent.

23             If oxygen saturation goes down below 90

24   percent in a hospital, you're getting oxygen, okay?

25        Q    Right.

TOM NEUMAN                                            July 25, 2018

1       A    Even Medicare will pay for it below that.  If

2   it goes down to 85 percent, you're sick, okay?  It

3   simply does not happen, period, okay?

4       Q    Okay.

5       A    He then put them in these two positions.  He

6   observed -- I'm not going to talk about pulse rate

7   because that's sort of an irrelevancy in this breathing

8   business.  I'm even willing to grant him that the people

9   in the hog-tie position, it may have taken a few seconds

10  longer for the pulse rate to return to baseline because

11  it's an uncomfortable position, okay?

12          That sort of goes into the big deal category.

13  The question is what's happening with oxygen saturation?

14  Of course, when these people stop exercising, the

15  machine now starts to read normally, and oxygen

16  saturation returns to normal, hog-tied or not hog-tied.

17          It didn't show that the oxygen saturation went

18  down with hog-tie.  It just returned to normal.

19  According to Don, according to his evaluation, it took

20  statistically significantly longer for it to return to

21  normal in the hog-tie position.

22          Now we come to the next major methodologic

23  problem.  Even if you grant this fantasy that it went

24  down, what does, A, statistically significant mean?

25  This is not pathology.  This is methodology and

Page 26

1   statistics.  It means it didn't happen by chance.

2   That's what it means.

3           It doesn't mean it's important.  It means it

4   didn't happen by chance.  Now, you look at the column --

5   that's why I'm asking if you got his paper.

6       Q    And I don't but I read it.

7       A    If you would like, we can print it up here.

8   I'm sure I can find it on the Internet, print it up, and

9   we can go over it if you would like.

10      Q    Let's keep going.  You seem to have a pretty

11  good recollection of it.

12      A    I've spent 20 years or 25 years studying this

13  subject.  If you look at the columns, there are a couple

14  of things that are interesting about it.  First of all,

15  the difference in time is 20 seconds.  That's all.

16      Q    Difference in time of what?

17      A    For the return between the two groups to

18  normal oxygen saturation.

19      Q    Okay.

20      A    Note that the people in the hog-tie returned

21  to normal oxygen saturation.  Just, according to him --

22  well, it did.  According to his measurements, which, of

23  course, are wrong, it took 20 seconds longer.  However,

24  there are two interesting people in that column of 10,

25  okay, 12 and a half percent, two out of 10, 20 percent.

TOM NEUMAN                                    July 25, 2018

 1           One of the things is in one of the people, it
 2   took a shorter period of time.  In one of the people, it
 3   took an extraordinarily long period of time for it to
 4   return to normal.  Now, I forgot that specific number.
 5      Q    Okay.
 6      A    So that person is an outlier, and the other
 7   person is in the other direction.  Now, Don said that
 8   this was statistically significant, this difference.
 9   There are no statistics that you can use that reveal
10   this to be statistically significant, unless you use a
11   very simplistic one-tail t-test to do the job.
12           Unfortunately, since one of his people went in
13   the other direction, you have to use a two-tail t-test.
14   If you use a two-tail t-test, it's not statistically
15   significant.  If you account for the outlier, it's even
16   less statistically significant.
17           Now, with all that said, Don only said there
18   are measurable -- now we'd have to look at the paper --
19   the important measurable physiologic effects of the
20   hog-tie position -- this has to be taken into
21   consideration whenever you're certifying a cause of
22   death in a circumstance like this.
23           That paper was the tablets coming down from
24   the mountain carried by a guy with a long gray beard
25   that is the basis of positional asphyxia.

Page 28

1   Mr. Oppenheimer, there exists in the scientific

2   literature -- this was an experimental paper that Don

3   did.

4        Q    Right.

5        A    There exists in the scientific literature not

6   a single experimental paper that suggests any low blood

7   oxygen occurs with these restraint positions.  Whether

8   we are dealing with a hog-tie position; a prone hobble

9   restraint position; whether we add pepper spray; whether

10  the people are obese; whether we put weight up to

11  225 pounds on their back; whether we compress their

12  abdomen.

13          If you find such a paper, we can then talk

14  about methodology, what might be correct, what might not

15  be correct and so on.  Then we can get into a scientific

16  discussion, okay?

17       Q    Okay.

18       A    But as of now -- and this is a dangerous thing

19  for a scientist to say to an attorney, find me a single

20  paper.  That's all I want you to do, just one that shows

21  oxygen levels go down.  Which is, of course, the sine

22  qua non of asphyxiation.

23       Q    Let me ask you this, because I have to ask you

24  because I'm an attorney, not a doctor.

25       A    That has nothing to do with it.  If I can't

TOM NEUMAN                                      July 25, 2018

Page 29

1  explain this you, I'm not doing my job.

2      Q    You can explain what I'm going to ask you

3  next.  When you were approached by the lawyer in Price,

4  what was your fee in that case?

5      A    No fee.  The deal was that he -- for the

6  experiment, there was no fee.  The deal was, he had to

7  cut a contract with the University of California San

8  Diego.  The paper would be published regardless of the

9  results, and he had to agree to that beforehand.

10          Afterwards, when I was paid for being an

11  expert witness, I was paid an hourly rate, and I forgot

12  what I was being paid back then.

13      Q    We'll get to that.  If I'm correct, he tells

14  you about positional asphyxia?

15      A    Yes.

16      Q    You begin your research into the past and

17  what's been going on with Dr. Reay?

18      A    Yes.

19      Q    You believe what you believed after that, and

20  then did you let --

21      A    No, no, no.  I believed that Dr. Reay -- I

22  didn't believe.  I knew Dr. Reay's paper was

23  methodologically flawed.

24      Q    Fair enough.

25      A    So I said to him, if you want the right answer

TOM NEUMAN                                                July 25, 2018

                                                         Page 30

1   to this question, you cut a contract with the University

2   of California and we will study it.  We will study it

3   properly, and you will have to live with the results

4   whether you like them or not, and they will be published

5   whether you like them or not, and he agreed.

6        Q    Fair enough.  Did you believe -- did you have

7   any -- based on your knowledge as a doctor, based on

8   your research into the pulmonary field, based on

9   everything that you knew in your training, aside from

10  the fact that you believed that Dr. Reay's --

11       A    I didn't believe.  I knew.

12       Q    Let me finish.

13       A    Okay.

14       Q    I'm not questioning -- assuming Dr. Reay's

15  study was methodologically flawed, right?

16       A    Yes.  Not assuming, it was.

17       Q    I understand.  I understand that.  I'm not --

18       A    But you keep on saying you're assuming.

19       Q    I'm not arguing with you.  I'm not arguing

20  with you at all because I'm not qualified to say whether

21  it was flawed or not.

22       A    So you start by saying --

23       Q    Let's assume for this question that it was

24  methodologically flawed.  I'm not trying to rattle you.

25  I will later but not right now.

TOM NEUMAN                                          July 25, 2018

Page 31

1      A    You don't have a chance.

2      Q    And I'm not trying to.

3      A    Okay.

4      Q    Did you believe -- did you have an opinion at

5    that time as to positional asphyxia and whether or not

6    it had an effect on mortality or injuring people that

7    were hog-tied like that?

8      A    Only as far as the respiratory component.

9      Q    What did you believe at that time the

10   respiratory component was?

11     A    I knew what pulmonary function tests showed

12   for people in certain positions.  I knew that for

13   certain positions, there was a minimal -- there is an

14   effect, by the way, of position on pulmonary function.

15   There's no question about it.

16          There's some very strict criteria from the

17   American Thoracic Society as to how people have to be

18   positioned; how they have to be dressed; the way they

19   need to be seated before you do pulmonary function

20   testing.

21          I had recently finished my pulmonary

22   fellowship, and I was very well-aware of the

23   complexities of measuring pulmonary function.  So I knew

24   there would be effect.  I did not honestly believe at

25   that time the effect could be enough to asphyxiate

TOM NEUMAN                                          July 25, 2018

Page 32

1   somebody.  But, hey, that's why you do experiments to

2   find out whether it can or cannot produce a problem.

3       Q    Fair enough.  Then you went to this lawyer and

4   said you will pay for the --

5       A    I didn't say it.  I told him that's how he had

6   to do it if he wanted it done.

7       Q    You received no fee for doing that.  There was

8   going to be -- it was take it or leave it.  If that's

9   what the research shows, the research is going to show

10  that?

11      A    That is correct.

12      Q    He agreed to that?

13      A    Yeah.  He had a big fight about it.  There

14  were a bunch of people who said, wait a minute.  We

15  don't want to do that.  What if it comes out wrong?  His

16  response was, if it comes out wrong, we need to know

17  about it.  We need to pay this family off.

18           We need to change our procedures.  We need to

19  know about it if this is a problem.  Very honest guy.

20      Q    Well, he represented the City.  I don't know

21  about that.

22      A    He's also a fisherman, so he's a good guy.

23      Q    You then begin your study?

24      A    With the help of three other people.

25      Q    We'll get to that in a second.  You began your

TOM NEUMAN                                          July 25, 2018

Page 33

1   study in preparation to issue an opinion as an expert --

2       A    No.

3       Q    Well, let me ask you this, obviously, if it

4   didn't go the way he was hoping it would go, they would

5   do whatever they want with the case, and you would not

6   be called as a witness for the defense?

7       A    That was my expectation.

8       Q    Understood, right.  You did have some sort of

9   fee agreement with him.  Aside from the study, were you

10  ever paid anything by this lawyer or that city?

11      A    I don't have records from 30 years ago,

12  whether I was paid for anything for the initial review

13  of the Reay paper or not, but I don't think so.  I don't

14  think I did much, if anything, before saying --

15              (Interruption at the door.)

16  THE WITNESS:  I don't think I did much of anything

17  prior to it.  I mean, I could tell him without question

18  that Dr. Reay's study was methodologically flawed; that

19  this paper didn't show what people had taken it to mean,

20  but I don't know -- I'm sorry.

21              I can't remember if I spent or how much time I

22  might have spent with him prior to doing the study.  He

23  was pretty interested from a scientific point of view as

24  to what we were doing.

25  ///

TOM NEUMAN                                           July 25, 2018

Page 34

1   BY MR. OPPENHEIMER:

2        Q     Did you testify in court or at a deposition

3   before?

4        A     After that, yes.

5        Q     And whatever fee you charged, you charged.

6   You don't remember what it was?

7        A     Right, whatever it was.

8        Q     Obviously, your results came back in that they

9   were interested in having you be an expert witness and

10  to opine in the case?

11       A     As it turned out, Dr. Reay ultimately admitted

12  he was incorrect.

13       Q     I read his correction.

14       MR. OPPENHEIMER:  Do you want to take a break to

15  get your cup of coffee?

16       THE WITNESS:  Sure.

17                   (Recess was taken.)

18       THE WITNESS:  Your question reminded me of

19  something, because I haven't thought about it in a long

20  time.  Yeah, I would have to say even before we did the

21  study, I was pretty sure that Dr. Reay's study results

22  couldn't be duplicated.

23  BY MR. OPPENHEIMER:

24       Q     Was that because of the methodology, or was it

25  because of your flawed methodology, or was that also

TOM NEUMAN                                          July 25, 2018

Page 35

1   because of your training, experience, and knowledge on

2   pulmonary medicine?

3       A    It has to be both.

4       Q    Okay.

5       A    The methodology flaw is so glaring that you

6   know it simply doesn't happen, okay?  Therefore, once

7   you take that out of the equation, so to speak, that

8   there is no reduction in oxygen saturation with

9   exercise, there's nothing left of the experiment.

10          You obviously have to know at that point that

11  his results cannot be duplicated because the fundamental

12  basis of the experiment is incorrect.  I knew that

13  beforehand, and we presented them with a proposal to do

14  an experiment which addressed the issues properly.

15      Q    Before we get to your proposal and your

16  experiment, up until the point where you were contacted

17  by the lawyer in Price, was what you described, as far

18  as you know, pretty much the extent of research and to

19  positional asphyxia?

20      A    No.  Oh, up until that point?

21      Q    Up until that point.  In other words, you had

22  Reay, and then you had followers who did additional

23  studies but --

24      A    You see, there were other papers on positional

25  asphyxia prior to that, but that was a completely

TOM NEUMAN                                              July 25, 2018

Page 36

 1  different scenario.  Whether or not I was familiar with
 2  them or not, it's hard for me to say.  The classic
 3  papers on positional asphyxia had to do with elderly
 4  people who were being restrained in beds because they
 5  were -- you know, they had dementia, and they were
 6  pulling at IVs and things like that.
 7           They were getting out of bed and walking
 8  around.  They were in those years restrained with, what
 9  we call -- we still do call soft restraints, and maybe
10  what we call a Posey was put around their chest to hold
11  them sort of in the bed.
12           Those people were not being watched.  So in
13  spite of these soft restraints, they would sort of climb
14  out, climb over the bed and in essence, strangle
15  themselves.  That was -- you know, true positional
16  asphyxia exists.  That's what happened.
17           Whether I was familiar with that as far as
18  papers are concerned beforehand or not, I can't answer
19  your question.  Then there was also something that
20  pathologists called positional asphyxia or compressive
21  asphyxia where, you know, the big soda machine falls on
22  somebody, or a car falls on somebody.
23           Again, whether I knew about that beforehand or
24  whether or not I learned about those things afterwards,
25  I can't tell you.

TOM NEUMAN                                          July 25, 2018

Page 37

 1      Q    After talking to the lawyer in Price and you
 2   began your proposal to do your study --
 3      A    The first study.
 4      Q    The first study.
 5      A    Because these results have been duplicated
 6   over and over and over again.
 7      Q    I understand.  We'll get to that.  My question
 8   is, was it your understanding that you -- and correct me
 9   if I'm wrong -- were only going to deal with positional
10   asphyxia in terms of police restraint issues?  In other
11   words, obviously, this case we're here for today is a
12   death in custody, an alleged positional asphyxia as part
13   of a cause of death while in custody by the police.
14          Were you looking at only -- were you
15   specifically looking at police restraint issues, or were
16   you just looking at positional asphyxia in general?
17   Does that make sense?
18      A    No.  From my perspective --
19      Q    Or is there no difference from your
20   perspective because whether a police officer is doing it
21   or a soda machine is doing it, right -- well, a strap in
22   a hospital, let's say.
23      A    Yeah.  You know, from my perspective, it made
24   no difference whether paramedics were doing it; whether
25   ambulance attendants were doing it or whether the police

Page 38

```
 1   were doing it.  There's a tremendous difference between

 2   weight on the back and no weight on the back.

 3           Because one would have to be sort of

 4   ridiculous to say there is no amount of weight that I

 5   can put on somebody's back where they won't suffocate.

 6       Q    Sure.

 7       A    So if I put a nickel on your back, you're not

 8   going to suffocate.  But there is a weight that exists

 9   that will suffocate you.  The question is where does the

10   problem arise?

11       Q    Fair enough.

12       A    So there is a difference, but what we studied

13   initially in the very first paper --

14       Q    Let's go to that.  Take me through -- you

15   presented a proposal.  Who did you present that to?  How

16   did you get that started?

17       A    First, we had to go through Human Use.  That's

18   always step number one.

19       Q    Which is what?

20       A    It's a committee of the hospital that says

21   what you're going to be doing to patients or volunteers

22   is not dangerous.

23       Q    Did you inform the hospital that you were

24   doing this pursuant to a lawyer asking you to do a study

25   for a case as a potential expert?
```

TOM NEUMAN                                          July 25, 2018

                                                        Page 39

 1      A    They had a contract from the County of San

 2   Diego.  I don't know that I saw that contract.  I may

 3   have.  I don't remember, but I think they knew that

 4   that's what was being done.  I'd be surprised if -- let

 5   me tell you one thing.  With the Human Use Committee,

 6   you have to tell them everything, okay?

 7      Q    Understood.

 8      A    Because if they get annoyed with you, you'll

 9   never get an experiment through again in your life.

10   There's no hiding anything -- yeah, in fact, I know they

11   knew.  Because one of the people in the Human Use

12   Committee as a criticism of us in general was, jeez, I

13   wish you could have gotten your money in a different

14   way.

15           It's a good study, but I wish you would have

16   gotten your money in a different way.

17      Q    Understood.  What happened?  It was approved?

18      A    Yes.

19      Q    What happened after that?

20      A    We did it.

21      Q    Let's talk about that.

22      A    Okay.  You want the experimental design?

23      Q    Yeah.

24      A    We took, I believe it was, 15 people rather

25   than 10 that Don had used.  We quantitatively exercised

TOM NEUMAN                                          July 25, 2018

Page 40

1    them, I think it was to 350 watts, on a calibrated

2    bicycle ergometer.

3         Q    What does that mean, 350 watts?

4         A    A lot of work -- to a mean heart rate of

5    almost 170.

6         Q    As opposed to, I think you said, 120 --

7         A    120.

8         Q    -- with the first study?

9         A    Yes.  We flogged them.  I mean, that's what it

10   is.  That's severe exercise.

11        Q    Understood.  When you say mean heart rate of

12   170, what does that mean, a mean heart rate?

13        A    Average.  I believe, now we're going to have

14   to look at the paper for the specifics of that.

15        Q    That's why my mom is a doctor and I'm a

16   lawyer.  When you did this, you had these -- did you say

17   15?  I don't want to misquote you.

18        A    I believe it's 15.

19        Q    You had these 15 subjects on the ergometer at

20   the same time?

21        A    No, individually.

22        Q    This is done one at a time?

23        A    Yes.

24        Q    You had them do their thing until they got to

25   170?

TOM NEUMAN                                              July 25, 2018

Page 41

1      A    Well, before we did that, we did baseline
2   pulmonary function testing.
3      Q    What was the reason for that?
4      A    To see where they started.  If you're going to
5   see what the effect of the hog-tie position is, you have
6   to know where you start from.
7      Q    Understood.  Where did they all -- did they
8   all start within a certain range?  I know they weren't
9   all the same.
10      A    No, of course they weren't all the same.
11   Well, it all depends how you define "the same," okay?
12      Q    I'll let you define it.
13      A    Now we start getting into the complexities of
14   pulmonary function testing.  I told you that previously,
15   that it isn't all that simple.  Let's just for the sake
16   of simplicity understand -- assume that a lot of these
17   pulmonary function tests have to do with the size of
18   your lungs.
19            A tiny little baby can't blow -- even if he
20   could follow directions can't blow out as much air as
21   you can.  You're a big man.  Your lungs are bigger.  If
22   I measure volumes in Mr. Oppenheimer, they're going to
23   be bigger than the volumes of our court reporter because
24   she is shorter and she's a lady, okay?
25            Ladies have smaller lungs than men even the

TOM NEUMAN                                              July 25, 2018

Page 42

1    same size.  All of them were normal according to

2    predicted numbers.

3         Q     How are they selected?

4         A     They volunteered.

5         Q     Did you publish something that said volunteer

6    for a study?

7         A     Well, I don't know that we published it.  We

8    probably put up notices somewhere.  I don't remember.

9         Q     I guess the question is, when you were looking

10   for volunteers, how did you discriminate between -- I

11   would assume that -- and you can correct me if I'm wrong

12   because I don't want to assume anything.  Were all of

13   these volunteers or everyone that was picked healthy?

14        A     Yes.

15        Q     Is that what you were looking for?

16        A     Yes.  We couldn't have people who had heart

17   disease because they can't -- people with bad hearts

18   tend to have problems when you exercise them to a heart

19   rate of 170.  We couldn't have, for example, psychotic

20   people because they can't give informed consent.

21              We couldn't have people who were on drugs

22   because, A, drugs and exercise can cause people to die

23   suddenly and, B, they also couldn't give informed

24   consent.  Of course, none of that bothered us in the

25   least because none of those things affect your ability

Page 43

1    to breathe.

2              We started with young, healthy people, no

3    question about it.  Then we measured their pulmonary

4    function tests.  They were all basically normal.

5         Q    Can I ask you a question?  I hate to interrupt

6    you again.

7         A    Yes.

8         Q    When you were consulted to do this by the

9    lawyer in Price, what were -- and I believe I read it.

10   Do you remember the facts of the Price case in terms of

11   the person that died in terms of who he was or his

12   health or his condition?

13        A    I know he was on methamphetamine.

14        Q    Was he obese, not obese; if you know?

15        A    I think his BMI was in the neighborhood of 30,

16   give or take a little bit.

17        Q    How would you categorize that in terms of

18   obesity?

19        A    Well, the technical definition of that is

20   obese if you're over 30.

21        Q    Anything else that you remember about that

22   particular person?

23        A    No.

24        Q    The subjects that you obtained for your study,

25   your first study, none of them were obese?  It's safe to

TOM NEUMAN                                        July 25, 2018

Page 44

1   say they were mostly -- would they be under 30 as a BMI?

2      A    I believe that's true.  I'm not a hundred

3   percent sure.  I'd have to look.

4      Q    Obviously, they were not meth heads.  We

5   already discussed the reason why?

6      A    Yes.

7      Q    The study that you were doing kind of in

8   preparation for this case, but also to do a study on

9   this subject because you became interested in it --

10     A    I disagree with that characterization but --

11     Q    The study that you were doing did not

12  replicate the condition of the person -- the decedent in

13  the Price case in terms of his health, drug addiction,

14  obesity, things like that, correct?

15     A    As far as health is concerned, I'm not sure of

16  the answer to that question.  I don't remember.  To the

17  best of my knowledge, Mr. Price had no lung disease and

18  no cardiovascular disease.  That was known.  Those are

19  the important things that we're talking about.

20          Once again, methamphetamine doesn't alter the

21  way -- the fundamental ability to breathe, nor do other

22  drugs, nor does psychosis.  None of those things alter

23  fundamentally your ability to breathe.  You don't get --

24  well, leave it at that.  So, no, it did not replicate

25  exactly field conditions.

Page 45

1          Look, if we were to replicate field

2    conditions, we'd have to go out into the field, do it on

3    the floor, do it on Saturday night, and do it with

4    people who are all named Price.  Now, the question

5    becomes, because our subjects were not named Price, does

6    that mean our results are not extrapolatable to someone

7    who is named Price?

8          Q    We'll get to that.  I hear you.

9          A    The question of whether or not our study is

10   extrapolatable to external situations, no, it wasn't

11   exactly it.  It was as close as we thought we could make

12   it, number one.  Is it possible some unknown series of

13   things altered it?  Of course, it's possible.

14          Is it likely, no.  Is there a physiologic

15   reason for it, no.  So we felt that these were results

16   that were directly extrapolatable to field conditions.

17   Over time, we have tried to more and more replicate

18   field conditions and each time, the results are

19   essentially the same.

20          Q    Let's go back to the first thing.

21          A    Okay.

22          Q    We get these 15 individuals.  They go on the

23   ergometer.  They get jacked up to 170 beats per minute

24   approximately, then what?

25          A    Well, no, we did their pulmonary function test

TOM NEUMAN                                         July 25, 2018

1    first.  So we have baseline pulmonary function tests

2    now.  Now I would have to look at all of the different

3    positions we looked at both prior to exercise and after

4    exercise.

5              They did this, you know, sort of, multiple

6    times.  We did put arterial catheters into them.  We

7    were directly measuring their blood for oxygen and

8    carbon dioxide.  As the blood came out, we split it into

9    three different --

10        Q     Is this done right after they exercised?

11        A     It was done right after they exercised.

12        Q     So they do their thing --

13        A     Yeah.  It was done before they -- I think it

14   was done before they exercised as well.

15        Q     -- with a catheter to correctly measure --

16        A     Oh, yeah, they did the exercise with the

17   catheter in place.

18        Q     Because the best way to measure the oxygen

19   level or the CO2 level is by directly measuring the

20   blood, taking blood?

21        A     Right.  Then we split the blood sample into

22   three samples.  In other words, just divide it into

23   three samples, ran it on three separate blood gas

24   machines.  No question about methodologic problems with

25   the machines.

TOM NEUMAN                                        July 25, 2018

Page 47

1          Then put them in the hog-tie position as well

2    as non-hog-tie position, and they stayed there for 15

3    minutes measuring their blood gases and their breathing.

4          Q    Let me just stop you right there, just for the

5    record.  When you say you put them in the hog-tie

6    position, what was that -- I'll let you tell me.  What

7    was the hog-tie position and how were they hog-tied?

8          A    It simulated the hog-tie position because they

9    had an arterial catheter in place, okay?

10         Q    For the record, you're pointing to your wrist

11   where the catheter --

12         A    Yeah.  They had an arterial catheter threaded

13   up their alveoli artery.  Their arms were together, but

14   it was on a board so that we could gain access to the

15   catheter.  Their arms were together behind their back.

16   Their knees were flexed.

17              Their knees were tied together.  I forgot with

18   what.  The knees were flexed up to their wrists, so

19   their knuckles of their wrists were on the heels of

20   their hands.  That's how tight they were, and that's the

21   position they were in.  They stayed in that position for

22   15 minutes.

23         Q    Then, were they facedown?

24         A    Yes.  I mean, you can't be in any other

25   position when you're hog-tied.

TOM NEUMAN                                                July 25, 2018

Page 48

```
 1        Q    So they were facedown but when they were
 2   facedown, was their face -- was their nose and their
 3   mouth in -- you said they were on a board?
 4        A    No, their wrists were on a board.
 5        Q    Oh, I'm sorry.  What were they on; if you
 6   remember?
 7        A    A gym mat, a gurney, I don't remember.
 8        Q    When they were facedown, would their nose and
 9   mouth been into the gurney or the gym mat, or are they
10   able to move their head side to side?
11        A    They can move their head.
12        Q    So they can have movement for breathing?
13        A    Of course, yeah.  They could -- I don't
14   remember whether most of them kept their head up like
15   this with their chin on the mat or whether they turned
16   them to the side.
17        Q    But they were allowed to do whatever they
18   wanted to do to feel --
19        A    Yeah.  They can do whatever they want with
20   their head.
21        Q    You did not give them any direction or ask
22   them anything about that part?
23        A    I don't think so.  I don't remember.  That was
24   not the question we were trying to address.
25        Q    Understood.  The question you -- the exact
```

TOM NEUMAN                                              July 25, 2018

Page 49

1   question you were trying to address was what?

2        A    Did the position impair ventilatory function

3   to the degree that gas exchange or -- that gas exchange

4   was affected to the extent that hypoxemia or hypercapnia

5   occurred.

6        Q    Can you define both of those?

7        A    Hypoxemia is low blood oxygen.  Hypercapnia is

8   high blood carbon dioxide.

9        Q    Okay, what happened next?

10       A    That's it.

11       Q    Each subject was in that position for 15

12  minutes?

13       A    Yes.  They also were in just a plain -- I'll

14  have to look.  They may have -- the comparison may have

15  been seated.  I think the comparison was seated.

16       Q    When you say seated, they would be sitting

17  like me in a chair?

18       A    Yes.

19       Q    After running or on the ergometer?

20       A    Yes.  They were either hog-tied or --

21       Q    Or simply seated?

22       A    -- simply seated, I think.

23       Q    You were trying to get a differential between

24  the two?

25       A    Well, to find out, you know --

TOM NEUMAN                                          July 25, 2018

Page 50

    1       Q    What the difference --
    2       A    -- what the -- look, if you're saying there's
    3   a problem, you have to know what the difference is.
    4       Q    Understood.
    5       A    You can't say there's a problem without
    6   knowing what the difference is.
    7       Q    Then when you had each person in the hog-tied
    8   position for 15 minutes, was that done more than once
    9   with each person or did each subject --
   10       A    I think it was just once.  Each subject, just
   11   once.
   12       Q    That was the extent of performing the study,
   13   correct?
   14       A    I would have to look over the details of the
   15   study to see what else we did, but that's the gist of
   16   the study.
   17       Q    Okay, and what did you find?
   18       A    There is a change in pulmonary function.
   19       Q    You said there were three other people helping
   20   you or with you, other researchers?
   21       A    Yes.
   22       Q    Do you remember who they were?
   23       A    Of course.
   24       Q    Who were they?
   25       A    Ted Chan and Gary Vilke.  Both of them were

TOM NEUMAN                                          July 25, 2018

Page 51

1   chief residents in the Department of Emergency Medicine

2   at that time.

3        Q    At the University?

4        A    At the University of California San Diego.

5   When he got the contract, we said to the residents,

6   anybody interested in helping in this study?  Both Gary

7   and Ted said they were interested in doing the study, so

8   they participated.

9             The third person was a fellow by the name of

10  Jack Clauson.  Jack ran the pulmonary function testing

11  laboratory.  Again, I've told you there are complexities

12  in measuring pulmonary function.  You cannot imagine

13  really how complex those problems are, and Jack is one

14  of world's experts on measuring pulmonary functions and

15  understanding what the pulmonary function testing means.

16       Q    Is it safe to say you were the lead researcher

17  or whatever you wanted to --

18       A    I don't remember if I was the first author or

19  not.  I think Ted was the first author.  I was already a

20  full professor at that point.  I didn't need anymore

21  first author publications.  For me to get promoted at

22  that point, I needed other stuff, not basically a simple

23  study like this.

24       Q    Once the study was completed, what did you do?

25  I'm sorry.  What did you find?  We didn't get to that

TOM NEUMAN                                              July 25, 2018

1    yet.  I'm sorry.

2         A    Well, there are changes in pulmonary function

3    compared in the hog-tied position compared to the

4    sitting position, no question about it.  I mean, you

5    look like kind of a fit person.  Do you ever go surfing

6    or scuba diving?

7         Q    I live in Chicago, no, but I do run and work

8    out.

9         A    I'm asking specifically about ever putting on

10   a wet suit.

11        Q    I did for a triathlon once years ago.

12        A    Did you suffocate?

13        Q    No, but I had some trouble breathing.  It was

14   tight.

15        A    Yeah, it was tight.  You had a little trouble

16   breathing.

17        Q    And the water was cold.

18        A    And the water was cold but you didn't die.

19        Q    And suffocated, right.

20        A    The wet suit affects these pulmonary function

21   tests more than the hog-tied position.

22        Q    Why is that?

23        A    Because it's more constricting or restricting

24   than the position.

25        Q    How did you come to the conclusion -- what day

TOM NEUMAN                                                July 25, 2018

                                                                Page 53
1    did you find that showed that, that the wet suit which
2    is more tightly wrapped around one's body is more
3    constrictive than being hog-tied after getting a heart
4    rate of 170 being placed facedown on a mat?
5         A    I guess that's going to come from personal
6    knowledge, okay?  I spent a lot of time in a wet suit.
7         Q    Understood.
8         A    I've spent a lot of time hog-tied, and I can
9    tell you, being in a wet suit is worse than being
10   hog-tied.  These pulmonary function tests are
11   extraordinarily sensitive.  The American Thoracic
12   Society has very strict criteria for the position you
13   have to be in, the way you have to be and so forth in
14   order to do the tests properly.
15             It's a major issue whenever you look at any
16   study that has pulmonary function testing in it.  It has
17   to be done properly.  The fact that you have differences
18   in pulmonary function from sitting, to being on your
19   back, to being on your belly, to being hog-tied comes as
20   absolutely no surprise.  That is expected.
21             It's going to happen and, in fact, it did, no
22   surprise.  Being on your back was about a seven percent
23   decrement in some of these pulmonary function tests.
24   Being on your stomach was about the same, and being
25   hog-tied was twice that much.

TOM NEUMAN                                          July 25, 2018

Page 54

1          Now, the question is, is that a clinically

2  significant amount of -- and I'm using the word

3  technically now, restriction, okay?  We measure

4  pulmonary function in general as either restrictive,

5  which is sort of like being squeezed, or obstructive,

6  which is sort of like somebody with asthma who has

7  wheezing and trouble breathing out, okay?

8          Q     Okay.

9          A     Or chronic obstructive lung disease, or

10  chronic obstructive pulmonary disease, which you see

11  advertisements for medicines for those things on TV

12  quite frequently, COPD, okay?

13          Q     Sure.

14          A     Those are the two major classifications.  When

15  you put something around somebody's chest, a big elastic

16  band, that would be a restrictive defect.  No matter how

17  small it is, it's a restrictive defect because it makes

18  things smaller.  These results, although, they are real.

19          They are statistically significant.  They did

20  not happen by chance and actually don't even fall

21  outside the range of normal.

22          Q     And the results we're talking about is what

23  you just said, the seven percent versus the --

24          A     Yes, the pulmonary function test.

25          Q     -- pulmonary function?

TOM NEUMAN                                          July 25, 2018

Page 55

```
 1      A    Now, as far as oxygen is concerned, absolutely
 2  normal straight across the board.  Carbon dioxide,
 3  straight across the board, same seating, hog-tied,
 4  everything.
 5      Q    In every subject you tested?
 6      A    Every subject.
 7      Q    Would you agree or not agree with me that if a
 8  person -- you talked about asthma or something already
 9  wrong with them in terms of one of the conditions you
10  just talked about.  Would you believe based on your
11  research, based on your training, based on your
12  knowledge that a person with asthma could have
13  significantly different issues or different results if
14  you did the same test on them?
15      A    Well, we did other studies subsequently where
16  we did not exclude people with asthma and did, in fact,
17  have asthma in the study.  Once again, this is like the
18  nickel and the 10 tons on the back, how severe?  You
19  know, are they on chronic medication?
20           What's their exercise tolerance?  Have they
21  ever been hospitalized for their asthma?  If they die,
22  is there any evidence of ongoing asthmatic diaphysis in
23  their lungs at the time that this is going on?  So the
24  answer to your question is unfortunately going to be, it
25  depends.
```

Page 56

1              If their asthma is mild and well-controlled, I

2     would expect absolutely no difference because their

3     ventilation is normal.  If on the other hand their

4     asthma is so severe that they're having trouble

5     breathing and they're in the emergency department, yes,

6     I would expect issues.

7          Q    I know you cannot mythically run and find an

8     asthmatic who's having great difficulty, throw them on

9     your ergometer and get them to go as fast as they can

10    and then hog-tie them.

11         A    But they won't.  They'll quit sooner.

12         Q    Understand.  If someone were forced to not

13    quit, right?  If someone exercised to what they could,

14    then they quit the exercise and then you hog-tied them,

15    whether they wanted to be -- and I know you're not doing

16    that and you didn't do that.

17         A    Sure.

18         Q    Would you expect based on your training, your

19    research, your studies, your talking to other people

20    that they would have significantly different issues in

21    terms of $CO_2$ issues and oxygen issues than the healthy

22    subjects that you used in your study?

23         A    Well, they're starting off at that point with

24    oxygen issues.  Usually, they don't start off with $CO_2$

25    issues.  By the time they have $CO_2$ issues, they're

TOM NEUMAN                                    July 25, 2018

Page 57

```
 1   getting a tube.  You're going to have to define for me
 2   the severity of their asthma in terms of something that
 3   I can deal with.
 4           For example, the average asthmatic nowadays,
 5   the proper management of asthma includes having an
 6   asthmatic blow into something called a peak flow meter
 7   every morning.  You're looking at the speed at which air
 8   can come out of their lungs.
 9           Remember, we say this is an obstructive
10   disease.  Air coming out of their lungs is generally the
11   way we measure this issue, the speed at which air comes
12   out of their lungs.  We have them blow into that every
13   single morning.
14           If their peak flow -- that's what we're
15   talking about.  If their peak flow goes down to any
16   degree, then they know, whoa, something is beginning to
17   happen.  I have to adjust my medication.  Because people
18   will not notice or even know that their peak flow is
19   falling until it has fallen about 20 to 25 percent.
20           The answer to your question depends entirely
21   on how severe their asthma is.  Yes, if they are so
22   severe, okay, that they're blue and tripodding and
23   barely can move air, yes.
24      Q    But if they're not -- if they had --
25      A    You have to tell me how severe.
```

TOM NEUMAN                                          July 25, 2018

Page 58

1          Q    We can go through each percentage of severity.

2          A    Well, you have to.  If they're within

3    20 percent of their peak flow, I would say, no.  I

4    expect no problem whatsoever.  If they are below a peak

5    flow of a hundred, I would expect there would be a

6    problem.  In between, we would have to measure it.

7          Q    Fair enough.  So there is some correlation if

8    you already have a lung issue or some sort of issue

9    between that and then the problems caused by hog-tie?

10         A    But there is no problem caused by hog-tie as

11   far as oxygen or carbon dioxide is concerned.  The only

12   problem, which is a nonproblem, is your maximum ability

13   to ventilate.  If your asthma is so severe that your

14   maximum ability to ventilate is what you're ventilating

15   sitting here just trying to survive, any reduction in

16   your maximum ability to ventilate is going to be

17   problematic.

18              As far as this case is concerned, anybody

19   who's running, struggling, screaming --

20         Q    When you say this case, what case?

21         A    The Joseph case.

22         Q    Okay.

23         A    Anybody who is running, struggling, screaming,

24   anything else -- as this man was screaming.  He doesn't

25   have that kind of asthma problem.  Also, just to get

TOM NEUMAN                                              July 25, 2018

Page 59

1   back to this case, on pathology, there was no evidence

2   of any significant lung disease or asthma at all.

3        Q     Correct.

4        A     So it's sort of irrelevant to this case.

5        Q     Well, it may be but I'm asking the questions.

6   I get to do that.  In terms of if someone had those

7   issues, the asthma issues --

8        A     Severe.  Severe.

9        Q     I understand.  I understand what you're

10  saying.  The problem with ventilation, would you agree

11  with me, is -- there's nothing simple about this --

12  because they're putting pressure on your body which

13  affects your ability to ventilate?

14       A     Who is putting pressure on Mr. Joseph's body?

15       Q     We're not at Mr. Joseph yet.

16       A     Okay.  Where is pressure being applied to your

17  body?

18       Q     If you are hog-tied -- let's go back to your

19  original study.  If you are hog-tied and you are

20  facedown, are you saying that there is absolutely no --

21  in the case you did, in the case study of those 15

22  people, would you say that there is absolutely no --

23       A     It's not a case study.  It's an experimental

24  study.

25       Q     Fine.  I apologize.  In the experimental

TOM NEUMAN                                           July 25, 2018

Page 60

 1  study, would you say that there was no impact on any of

 2  those subject's ability to ventilate?

 3       A    Define ability to ventilate.

 4       Q    You're the one that said ventilation ability,

 5  so I don't know what that means.  You brought up

 6  ventilation ability in an --

 7       A    There was no effect on any of those subject's

 8  ventilatory response to exercise.

 9       Q    When you say there was no effect on their

10  ventilatory response to exercise, does that mean -- what

11  does that mean?

12       A    That means they ventilated exactly the same as

13  the people who were seated.

14       Q    Okay.  I get my heart rate up to 170 and I'm

15  seated.  Assuming everything else has been tested

16  before, like you said, and my seated ability --

17       A    Not ability, your seated ventilation.  The

18  amount you're breathing seated is exactly the same as

19  the amount you're breathing hog-tied.  In other words,

20  you have a ventilatory response to exercise.  Your

21  ventilation goes up with exercise.  That's sort of duh.

22  You exercise, you breathe more.

23       Q    Sure.

24       A    That increased ventilation is your response to

25  exercise.  That is your ventilatory response to

Page 61

1    exercise.  The ventilatory response to exercise is

2    exactly the same if you're seated or if you're hog-tied.

3            By the way, it is exactly the same if you're

4    seated or if in a prone position with 165 pounds on your

5    back, and you're lying over a 9-inch incompressible roll

6    of carpet pressing up on your abdomen.  That's not my

7    study.  That's somebody else's study.

8        Q    Do you agree with that study?

9        A    What is there to agree with?  Those are what

10   the numbers show.

11       Q    In terms of Dr. Reay's study, the numbers

12   showed that too but the methodology was wrong so --

13       A    The numbers didn't show anything like that for

14   Dr. Reay's study.  He never measured oxygen levels in

15   people in any method that is reliable or valid, and he

16   showed that people who are hog-tied, their oxygen levels

17   came up with rest --

18       Q    If I have a hundred --

19       A    -- and up in the hog-tied position.

20       Q    If I have 165 pounds of weight on my back and

21   whatever the carpet thing is going up my abdomen, right?

22       A    Yup.

23       Q    When you're talking about ventilation --

24       A    Ventilatory response to exercise.

25       Q    Understood.  I don't want to get -- because

TOM NEUMAN                                    July 25, 2018

Page 62

1    this is not my field.

2            (Telephone interruption.)

3        THE WITNESS:  Ventilatory response to exercise,

4    what do I mean by that?  In other words, you exercise.

5    For a given amount of exercise, you have to ventilate a

6    certain amount.

7        Q    Correct.

8        A    Those are easily available numbers, okay?  May

9    I finish?

10       Q    Sure.

11       A    It makes no difference whether you are

12   hog-tied or seated.  After heavy exercise, you breathe

13   exactly the same amount.

14       Q    Let me ask a question in nonscientific terms,

15   and you will probably shut me down for being

16   nonscientific.

17       A    I'll try not to.  That's not my goal.  My goal

18   is to educate you.

19       Q    I understand and I appreciate that.  If I were

20   to say -- if I go run a sprint or 10 sprints, my

21   breathing will be more labored, in my opinion, right,

22   because I'm breathing in an amateurish term.  I'm

23   breathing heavily, like, huffing and puffing.

24       A    Labored, I'm not going to let you use as a

25   term.  You're breathing faster, okay?

Page 63

```
 1        Q    Okay.  I would say labored after running 10

 2   sprints, right?

 3        A    No.  I would say faster.

 4        Q    You would say faster, but I would say labored.

 5        A    Okay, but that's incorrect.

 6        Q    I understand.  When I run 10 sprints, in my

 7   opinion, I'm breathing heavy.  I'm huffing and puffing

 8   more than that I'm sitting right here.

 9        A    Absolutely.  That's your ventilatory response

10   to exercise.

11        Q    Fine, okay.  It is your opinion then, now that

12   I get it, that the ventilatory response to exercise is

13   the same whether you're sitting, hog-tied, 165 pounds on

14   your back, the whole deal?

15        A    It's not my opinion.  That's what the data

16   show, not just me.

17        Q    I understand.  We'll get to that.  Once you

18   finished your study, what did you do with it?

19        A    We publish it.

20        Q    Then you were used as an expert in Price,

21   correct?

22        A    Yes.

23        Q    And you testified and gave a deposition, not

24   in that order but --

25        A    I assume so.  I don't remember.
```

Page 64

1      Q    There were then follow-up studies that you've
2    done, you said?
3      A    Yes.
4      Q    How many follow-up studies?  More than five?
5      A    Yes.
6      Q    A bunch?
7      A    Yes.
8      Q    A nonscientific term.
9      A    Yes.
10     Q    Why did you do these follow-up studies?
11     A    Because, first of all, there were people who
12   felt that there could be other factors that had to be
13   looked at that we had not looked at.
14     Q    Such as what?
15     A    Pepper spray.
16     Q    Okay.
17     A    So we did the same thing with pepper spray.
18     Q    When you say people, who are these people?
19     A    I don't remember.
20     Q    I don't need names.  Are they law enforcement
21   people?  Were they academics?
22     A    You know, I would have to look exactly and try
23   and remember.  When we first presented these data -- and
24   I forgot exactly where the National Institute of Justice
25   started getting interested.  They actually approached us

TOM NEUMAN                                          July 25, 2018

Page 65
1   with grant money to say, would you please study these
2   things?
3        Q    In terms of positional asphyxia?
4        A    Well, pepper spray and position.  Then they
5   said, well -- just like you did -- you know, you only
6   went up to a body weight -- no, first came -- then
7   came -- wait a minute.  It's not the position, which is
8   what pretty much everybody came to accept.
9             It's the weight on the back that's the
10  problem.  Then we started doing weight on the back.
11       Q    Who said that?  The people that were
12  inquiring, not you?
13       A    I don't remember how it came to pass.  Maybe
14  we said it, you know?  I don't remember.  It's sort of
15  almost an embarrassment of riches in that once you
16  started this study, the granting agencies starting
17  saying -- and there were police agencies, the National
18  Institute of Justice.
19            You have to look at the papers to see where
20  the money came from doing these studies.  That's who was
21  interested in it.  They almost came to us and said,
22  please study this.  I've forgotten exactly where it came
23  from.  Then we did weight.  We started off with light
24  weight.
25       Q    Can I interrupt you right there, just to

TOM NEUMAN                                              July 25, 2018

Page 66

1  finish on that topic?

2      A    Yes.

3      Q    You kind of used the term embarrassment of

4  riches.  I'll use that in court, but I won't use that

5  here.

6      A    Well, that's the grants.  That's what I'm

7  talking about.

8      Q    The money that you were receiving -- and when

9  you say "we," who is we?

10     A    It's basically the same group who was doing

11 it.  We went out to SDSU, started doing studies at SDSU

12 because we had access to a more sophisticated exercise

13 physiology cart out there.  They had a lower overhead

14 for grants than the University of California.  There's a

15 lot of academic politics involved.

16     Q    Money that was coming in in terms of grants

17 for these studies, was that going to you personally and

18 your group, or was that going to the University?

19     A    Well, the University took the overhead, and

20 the rest of the money paid for the study.  In other

21 words, you have to pay the subjects.  You have to get

22 the equipment.  You have to use the consumables.  You

23 have to pay secretaries to do the typing, things like

24 that.

25     Q    Would you agree -- well, let me ask you

TOM NEUMAN                                          July 25, 2018

Page 67

1    this --

2        A    I got no money for it, if that's the question

3    you're asking.

4        Q    But you were employed by the University?

5        A    Yeah.  I get my salary from the University.  I

6    get to do this on top of my job.

7        Q    Most of your time had been spent before in

8    terms of stuff with diving and things like that,

9    specialties with NASA and other groups that you were

10   involved with?

11       A    NASA came later.

12       Q    But you spent a lot of time on diving studies,

13   you said, deaths while diving, things of that nature?

14       A    Yeah.  Decompression sickness, drowning, all

15   of that stuff came earlier.

16       Q    And I know this kind of flows from that, but

17   now you're spending -- once you did your first study,

18   you're spending a lot of time on this stuff?

19       A    We can look at the CV and see how it splits

20   out.  I don't remember.

21       Q    Some of the groups that became interested in

22   your work were police agencies; is that correct?  You

23   said that.

24       A    I assume so.

25       Q    Did you meet with any of these police agencies

TOM NEUMAN                                          July 25, 2018

Page 68

1    before any of your studies?

2         A    No, not for the positional asphyxia studies.

3    When we started getting into the Taser studies, we

4    needed subjects.

5         Q    We'll get to that.

6         A    We needed subjects.  After having gotten

7    tased, which hurts -- when we went to Human Use, they

8    said, how much are you going to pay the subjects?  I

9    forgot what we said, but it was a sizable amount of

10   money because being tased hurts.

11              The Human Use said to us, that's coercive.

12   The amount of money that you're suggesting to pay the

13   subjects is coercive in and of itself.  We're not going

14   to let you do the study.  We said, but we can't pay them

15   less because that's not appropriate.

16              They said, tough beans.  You're not doing the

17   study.  We had to find a way of getting subjects who

18   were going to get tased anyway, and then do what we

19   wanted to do with them.  That's when we went to the

20   police agencies and said, hey, you guys are going to be

21   tasing subjects.

22              Can we bring our laboratory out to your Taser

23   training facility and study your subjects who are

24   getting tased anyway?  Human Use bought off on that.

25   They said, fine.  You're not tasing the people.  You're

TOM NEUMAN                                              July 25, 2018

Page 69

1   just exercising them, taking blood from them, stuff like

2   that.  That's when we got involved with police agencies,

3   to the best of my memory.

4        Q    To your knowledge, were you being contacted

5   before then by police agencies based on your study, your

6   first study?

7        A    You mean them asking us to do other studies?

8        Q    Well, no, or to help testify in cases and

9   things like that?

10       A    I don't think I was ever approached by a

11  police agency to testify.  Everything came from

12  attorneys.  Obviously, I've testified before and so

13  obviously, I was approached.

14       Q    We'll get to that.  You were obviously

15  approached a lot more after the Price case and after the

16  study?

17       A    I was never approached before then so

18  obviously, I was approached before -- afterwards.

19       Q    You then said you went to pepper spray?

20       A    Yes.

21       Q    You did one study based on that?

22       A    Yeah.  I think that was the National Institute

23  of Justice asked us to do the pepper spray.  I'm not a

24  hundred percent sure.  Pull out the paper.  You'll see

25  where the grant came from.

TOM NEUMAN                                          July 25, 2018

Page 70

```
 1      Q    We won't spent a lot of time on that because I
 2   believe Mr. Joseph was not pepper-sprayed, but what did
 3   your studies show --
 4      A    Well, that's an important study for you,
 5   nonetheless, because in that study, the first time
 6   instead of hog-tying people, we put them in what's now
 7   called a hobble restraint.  We were measuring their
 8   pulmonary function test in four different circumstances.
 9           Only two of those circumstances involved
10   pepper spray because we also used a control of nothing
11   and a control of fake pepper spray.  In other words, the
12   subjects thought they were going to get pepper sprayed
13   but, in fact, they just got a spray that didn't have any
14   pepper in it.
15           The results showed that people in the hobble
16   restraint, i.e., with their legs at 90 degrees instead
17   of flexed up towards their buttocks, there was no
18   difference in the pulmonary function testing in those
19   two positions.
20      Q    Did you do the same -- well, first of all, the
21   group, the test subjects, were they picked the same way,
22   pretty much?
23      A    I don't remember.  No, they weren't because
24   this was a pepper spray study, and the cops were going
25   to be pepper-sprayed anyway.  I think it was police
```

TOM NEUMAN                                           July 25, 2018

Page 71

 1   trainees.

 2        Q    So police trainees?

 3        A    I think it was police trainees.

 4        Q    Because you've got to have the control group,

 5   and you can't just go out and pepper spray subjects.

 6        A    Right, exactly.

 7        Q    So same issue as the Taser?

 8        A    I think but it's a long time ago.

 9        Q    Those police trainees or whoever they were,

10   did they also do the ergometer to 170, or did you modify

11   that at all?

12        A    I don't think that was an exercise study.

13        Q    That was simply oxygenation --

14        A    With pepper spray and hobble.  A combination

15   of pepper spray and hobble, hobble alone, seated alone,

16   and there was a fourth component.  I'll have to look at

17   the paper.

18        Q    Was the purpose of this again for oxygenation

19   levels?  I mean, that's --

20        A    Yeah, because the sine qua non of asphyxiation

21   is low oxygen level.  I think at that point, we were

22   using pulse oximeters because by then --

23        Q    I thought you didn't like them?

24        A    Remember, I said circa 1988.  By then, pulse

25   oximeters could be used in exercising subjects.  But,

Page 72

1    again, I don't think this was an exercise study.

2        Q    What did you find in this study?

3        A    The hobble -- well, the import for this case

4    is, there's no difference between hobble and hog-tie.

5    As you said, you're not interested in pepper spray, and

6    Mr. Joseph wasn't pepper-sprayed.

7        Q    Was anything affected?  Was the oxygenation

8    level -- was there any asphyxiation?

9        A    No.  By the way, we did not exclude asthmatics

10   from that study.

11       Q    But you don't know what the status of the

12   asthmatics were?

13       A    I know there was at least one asthmatic in

14   that study because we talked about it, but I don't

15   remember how many there were.

16       Q    After that study, the pepper spray study --

17       A    I think weight came after that, weight on the

18   back.

19       Q    Is this the 225 issue?

20       A    Well, there are multiple weight studies that

21   were done.  We started with 25 and 50 pounds, which is a

22   small amount of weight because we didn't know.  It's

23   really just that simple.  We didn't know.  Subsequently,

24   we found out about this study in England.  That was the

25   165 pounds and the carpet.

TOM NEUMAN                                                July 25, 2018

Page 73

1             Then, we went up to 225, but the amount of

2    weight in that study depended upon how big people were.

3    I would have to look at the study to get the exact

4    numbers.  But I know in pretty much normal-sized people,

5    I think over 150 pounds, they got the full 225, maybe it

6    was over 175 pounds.

7        Q    What did you do with the 225 pounds?

8        A    Put it on their back.

9        Q    Was this a deadweight?  What was the 225

10   pounds?

11       A    Deadweight.

12       Q    It was like weight plates or something like --

13       A    Actually, it was lead shot.

14       Q    In a bag or some sort of --

15       A    Yes, in a bag, 25-pound bags.

16       Q    So 225 pounds worth of lead shot was put on a

17   person's back?

18       A    Yes.

19       Q    Not supported on the person's back?

20       A    It was supported on the person's back.

21       Q    Was this a third study?  This is before the

22   Taser?

23       A    I don't remember where in this the Taser came.

24       Q    And then the same kind of result --

25       A    That may even -- that's not the third.  That's

TOM NEUMAN                                          July 25, 2018

Page 74

1    the fourth or the fifth.

2         Q    Same kind of control group, healthy subjects

3    who --

4         A    Yes.

5         Q    For the same reasons we talked about before?

6         A    Yes.  Now, the other very important component

7    to that study -- because now, we're getting to studies

8    that we thought might have real significant effects upon

9    ventilation and the ventilatory ability, okay?  I mean,

10   we're getting up to significant weights on people's

11   backs.

12             This was a bifurcated study because remember

13   what we said, you have to know how much it's reduced,

14   right?  You also have to know how much you need.  If I

15   reduce your breathing right now by 50 percent, what's

16   the big deal?

17             You're only breathing 12, 14 times a minute,

18   okay?  You're breathing, you know -- I said 12, 14 times

19   a minute.  That's 10, 12 times a minute, 14 times a

20   minute you're breathing.  Right now, you're breathing

21   about six liters, seven liters per minute, okay?

22             Normal inspiration is about 500 cc.  You're

23   either 12, 14 times a minute, depending upon how relaxed

24   you are.  You're breathing six, seven liters a minute.

25   If I ask you, Mr. Oppenheimer, I want you to do a

TOM NEUMAN                                      July 25, 2018

Page 75

1   pulmonary function test for me.

2              You're a big, tall guy, broad shoulders, big

3   chest.  I say, breathe as hard and fast as you can like

4   that.  I measure how much ventilation that is.  A guy

5   your size, 180, 200 liters a minute.  If I reduce that

6   maximum capacity to breathe by a hundred liters a minute

7   and you only have to breathe 12 liters a minute, that

8   sort of goes into the category of big deal.

9              It's not clinically significant.  By putting

10  225 pounds on people's backs, we were saying we may have

11  real big effects on maximum ability to breathe.  Now the

12  question becomes how much do you need to breathe?  That

13  was the other side of the study.

14             We hog-tied a bunch of people and had them

15  exercise to absolute maximum while they were hog-tied

16  until they just couldn't exercise at all anymore.

17       Q    They were hog-tied after they exercised?

18       A    No.  This is hog-tied while they exercised,

19  exercised while they're hog-tied.  Obviously, not on

20  a --

21       Q    Can you explain that?

22       A    Yeah, fight as hard as you can.

23       Q    You mean struggle with the hog-tie?

24       A    Struggle as hard as you -- fight as hard as

25  you can.  We measured how much they could exercise.

TOM NEUMAN                                         July 25, 2018

Page 76
1    Then you can compare that with how much somebody can
2    breathe with that much weight on their back, and do
3    those two things -- will it cause trouble or is it going
4    to be fine?
5              Is it like the circumstance that I've just
6    described?  You're sitting here just breathing
7    seven liters a minute, but I've reduced your breathing
8    capacity to a hundred liters per minute.  Well, that's
9    not going to cause any trouble, but what happens if you
10   exercise?
11             How much exercise can you do while you're
12   struggling as hard as you can?  That's what that
13   bifurcated study was.
14   Q    Was there any weight -- while they're
15   struggling against the hog-tie, was there weight placed
16   on them?
17   A    No.  You don't want to put weight on them at
18   that point, because you want to get their highest level
19   of exercise possible because that's going to define the
20   maximum amount of breathing that they need.  If I hold
21   them down even more, their oxygen consumption is going
22   to be even lower because they can't exercise as much.
23             You cannot exercise as much, or exert yourself
24   as much, exercise as much if you're hog-tied than if
25   you're on a treadmill running.  You're using many more

TOM NEUMAN                                            July 25, 2018

Page 77

1    muscles.  Treadmill, gravity muscles, everything.

2    You're hog-tied.  You're using much less muscle.

3            You're burning much less fuel, and your

4    ability to generate an oxygen consumption is much less

5    than it is on a treadmill.  That was part of the study

6    as well.  We took the same people exercising to a

7    maximum while they were hog-tied and then afterwards, we

8    exercised them to a maximum on a treadmill just to see

9    that kind of difference.

10       Q    The weight that was placed on them, when was

11   that placed on them?

12       A    That was a different part of the study.

13   That's to see how much ventilation is impaired by that

14   degree of weight.  What you've got is impairment of

15   ventilation by weight; how much, and exercise; how much?

16   How much ventilation can you do with weight?

17           How much exercise can you do and; therefore,

18   how much ventilation you need while hog-tied?  That's

19   the paper that was a master's thesis for Betty

20   Macalawitz, and it's on my CV.  Then we did the obesity

21   study after that.

22       Q    First of all, with the weight and the hog-tie

23   and struggling, what were your findings on that?  Same?

24       A    That the degree of ventilatory impairment by

25   225 was way too little to not only affect the amount of

TOM NEUMAN                                          July 25, 2018

Page 78

1    exercise that somebody could do while struggling, it

2    almost was enough to allow you to reach full exercise on

3    a treadmill.

4           In fact, it may have been enough to make you

5    reach full exercise on a treadmill.  I have to look at

6    the exact numbers for that.

7       Q    What was the ventilative impairment on the

8    subjects who were hog-tied and struggling?

9       A    The ventilatory impairment, it's the same

10   change in pulmonary function tests of anybody who is

11   hog-tied.  Struggling doesn't adversely affect your

12   ability to ventilate.

13      Q    Did you do the oxygenation test on those guys?

14      A    Yes.  Well, we were using O2 sat monitors.

15      Q    You're not doing catheters?

16      A    No.  We don't have to do that anymore.  More

17   importantly, we were measuring end-Tidal CO2.

18      Q    Well, explain that.

19      A    The long answer or the short answer?

20      Q    He's got a flight at 2:00, so I will go with

21   the short answer.

22      A    If you don't breathe enough, oxygenation

23   doesn't fall that fast but CO2 rises immediately.

24      Q    Okay.

25      A    Now, if you want to know the why for that,

TOM NEUMAN                                                July 25, 2018

Page 79

1    that's a long story.  By measuring end-Tidal CO2, we

2    know that they are breathing the appropriate amount for

3    that degree of exercise.

4         Q    What were your findings in terms of the people

5    that were hog-tied and struggling in terms of asphyxia?

6    Were you looking at that in terms of asphyxia, or

7    there's no way they could become asphyxiated --

8         A    There's no way you can become asphyxiated that

9    way, but what we were looking at was how much exercise

10   they could do.

11        Q    Was your motive in the study to look at how

12   much exercise they could do --

13        A    Yes.

14        Q    -- or whether or not they could become

15   asphyxiated?  Or is your opinion just based on if they

16   could do a lot, then they weren't going to become

17   asphyxiated?

18        A    How do you become asphyxiated if your CO2

19   levels are appropriate?

20        Q    Fair enough.  Did their CO2 levels change, in

21   your opinion, while they --

22        A    Yeah.  They went down the way they're supposed

23   to.

24        Q    When they were hog-tied and struggling?

25        A    Yes.  That's what happens with exercise.  Once

TOM NEUMAN                                        July 25, 2018

Page 80

1  you pass the anaerobic threshold, your $CO_2$ goes down and

2  your oxygen goes up.

3      Q    These subjects were the same kind of subjects

4  as before, healthy --

5      A    Once again, that's what you wanted here

6  because these young, healthy people can generate far

7  more exercise than anybody who may be in the least bit

8  out of shape, older.  We were using graduate exercise

9  physiology students as our subjects.

10     Q    You were using professional exercises --

11 people who understood it and, in your opinion, were in

12 good shape?

13     A    Yeah.  It was sort of interesting because what

14 you saw was the bodybuilder types when they were

15 hog-tied couldn't do nearly the exercise that the lady

16 gymnasts could do.

17     Q    Fair enough.

18     A    Now, you adjust it for body weight.  You have

19 to normalize it for body weight.  These young

20 gymnastic -- males and females because we were using

21 both in that group -- they could exercise quite a bit.

22          Whereas, sort of your bodybuilder type -- if

23 you get the paper, you'll see how hog-tied these were,

24 and the picture I think that's in that paper will give

25 you an idea of these hog-tied people.

TOM NEUMAN                                        July 25, 2018

Page 81

 1      Q    Then you went to the Taser issue at some

 2  point?

 3      A    I think that was concurrent.  I think we were

 4  doing Taser --

 5      Q    Let's talk about the Taser.  The Taser issue,

 6  why did you do a study with Taser people?

 7      A    Actually, those sort of started out -- I think

 8  Gary Vilke was the one who sort of got interested in the

 9  Taser more than I did.  You're going to have to look at

10  the papers to see where he got the grant money for that.

11  I'm the methodology guy, okay?

12      Q    Understood.

13      A    I'm the guy who designs experiments so you

14  can't say, uh-uh, you know Dr. Reay, he used the wrong

15  instrument, and he had the wrong premise, and so his

16  study is not valid.

17      Q    Understood.

18      A    I'm the guy who sees to it that that doesn't

19  happen.

20      Q    Let's talk about the Tasers.  You had to go --

21  you've already explained how you had to go basically to

22  the police department.

23      A    Well, that was for that study.  For other

24  studies -- for other studies -- I don't remember how we

25  got the volunteers for the other studies.

TOM NEUMAN                                        July 25, 2018

Page 82

1        Q    Have you done a study or studies with people

2   who have been tasered and also hog-tied or placed in

3   some sort of restraint, or were your studies with people

4   who have been tasered to do the same kind of data in

5   terms of exercise --

6        A    I don't remember.  I don't think we did a

7   hog-tie Taser study.

8        Q    When I say hog-tied, I just want to be clear.

9   Did you ever do a study where a person had been tasered

10  and then also restrained in some sort of way?

11       A    You know what, I don't remember.  Let me take

12  a look at some of these.

13       Q    Sure, take your time.  For the record, you

14  have a lot of your documents in front of you.  I

15  certainly apologize --

16       A    I brought my file.

17       Q    I certainly have no objection to you looking

18  at your file.

19       A    Well, there's one that -- there are a couple

20  that deal with Taser and ventilation after exercise.

21  But in the title, it doesn't say whether or not we

22  hog-tied them as well.  I'm afraid I'm going to have to

23  answer your question with a I don't remember.

24       Q    You don't remember if there was a specific

25  study where they were hog-tied or restrained.  The

TOM NEUMAN                                          July 25, 2018

Page 83

1   purpose of the study was to test oxygen levels and

2   ventilation when a person had been tasered and then

3   hog-tied?

4        A    Also, remember that some of the arguments

5   about Tasers were metabolic issues that were caused by a

6   Taser, cardiac issues that were caused by a Taser.  We

7   were looking at these things, perhaps, even as much as

8   we were at ventilatory function secondary to being

9   tasered.

10       Q    Okay, makes sense.

11       A    My basic memory of it is absolutely no effect

12  of a Taser as far as ventilatory function is concerned,

13  nor should there be any effect.

14       Q    Because?

15       A    Why should there be?  I mean, give me a

16  physiologic rationale.  You know, the Taser lasts for

17  five seconds on it, and it contracts the muscles in

18  between the darts.  As I remember it, we even looked at

19  ventilation during tasering and found people continued

20  to breathe normally during the tasering.

21            Even so, even if it was five seconds that they

22  didn't breathe -- how much longer do you want me to hold

23  my breath?  Even if you're not breathing for five

24  seconds, it goes into the big deal category.

25       Q    Those people who are not breathing for five

TOM NEUMAN                                    July 25, 2018

1   seconds were relatively healthy before they were shot

2   with a Taser.  They were police recruits, right, or

3   police officers that you tested, correct?

4        A    All of our subjects were healthy people.

5        Q    I understand.  I've just got to reinforce

6   that.  That's my job.

7        A    You don't have to reinforce it at all.

8   However, I want to say that psychosis doesn't affect the

9   way you breathe.  Drugs, cocaine, methamphetamine,

10  although, they're not related here, don't affect the way

11  you breathe.

12       Q    Fair enough.

13       A    Although, I agree with you a hundred percent.

14  The conditions are not exactly the same.  They are,

15  however, extrapolatable.  The bifurcated study, yes,

16  young, healthy people.  That makes it even -- that's the

17  worst case for Mr. Levenson because these are people who

18  can generate a much higher oxygen consumption than

19  somebody who for some reason is physically -- not

20  emotionally, physically impaired.

21       Q    On the Taser studies -- and we're not going to

22  get into the ones you don't remember.  I'm not trying

23  to --

24       A    I really don't remember much about the Taser

25  studies.

TOM NEUMAN                                           July 25, 2018

Page 85

1      Q    I understand that.  Have you ever been or were
2   you ever retained by Taser International to do any work?
3      A    I have been involved in cases where Tasers
4   were involved.  Whether or not Taser was paying the
5   attorney, I can't help you.
6      Q    Approximately how many cases have you -- well,
7   let's just go to the bigger picture.  Have you ever
8   testified for any plaintiffs?
9      A    No, in these kinds of cases.
10     Q    In these kinds of cases?
11     A    Yeah.
12     Q    Have you ever -- how many times would you say
13   have you testified in court for the defense in these
14   kind of cases?
15     A    I can only tell you the last four years.
16     Q    We have that history, I believe.
17     A    Yes.
18     Q    Other than the last four years, you have
19   testified also, correct?
20     A    Yes.
21     Q    Never been retained by any plaintiffs in these
22   kind of cases?
23     A    Plaintiffs are not interested in retaining me.
24   That's like trying to retain Columbus to testify that
25   the earth is flat or that there's a likelihood -- if you

Page 86

1  get an astronomer to testify that the moon is going to

2  rise in the west.

3       Q    When I say have you been retained or where did

4  the money come from, you're obviously -- the lawyer or

5  the law firm is the one that retains you?

6       A    Sometimes the check comes from the city or

7  someplace else.

8       Q    In this case, when you have been retained by

9  the City of Gretna and Mr. Levenson retained you --

10      A    Mr. Levenson retained me.

11      Q    When did Mr. Levenson retain you?  Do you know

12  the exact date?

13      A    You asked me to bring my billing records, so I

14  did.  They're here somewhere.

15      Q    Do you want to take a look now, or we can look

16  later?

17      A    I'll give them to you.

18      Q    I'll acknowledge receipt of that.

19      A    I don't have bills.  Those are generated

20  automatically.  I have a time sheet.  My fancy computer

21  takes the time sheet, makes a bill.  It gets printed.

22  It gets sent to Mr. Levenson, but I don't have bills.

23      Q    Understood.  You have your hourly rate, and I

24  assume we have --

25      A    Yes.

TOM NEUMAN                                        July 25, 2018

Page 87

1      Q    Do you remember what your hourly rate is?

2      A    I know exactly what my --

3      Q    What is your hourly rate?

4      A    $750 an hour.

5      Q    That is for -- that's outside of court?

6      A    Everything.

7      Q    Everything, so this deposition is $750?  I'll

8    talk quicker.

9      A    No.  The deposition is half day.  We start at

10   nine o'clock.  It will go until one o'clock.  That's

11   four hours.  That's my rate.

12     Q    This document that you just gave me says

13   June 12, 2017, six-tenths of an hour.  It says CONV.

14   I'm assuming conversation with Levenson, right?

15     A    Yes.

16     Q    You talked to Mr. Levenson for that period of

17   time?

18     A    Right.

19     Q    That was when you were first contacted by

20   Mr. Levenson, correct?

21     A    That's what my record --

22     Q    No reason to think this is not correct?

23     A    If he called me beforehand and didn't get in

24   touch with me or anything like that, I've got no record

25   of it and I don't remember it.

TOM NEUMAN                                              July 25, 2018

Page 88

1      Q    Then August 7, 2017, an hour and a half for
2  document review.  This speaks for itself.  I'm just
3  going through it now.
4      A    Yes.  The only thing that's not on there is
5  today, my preparation for the deposition and meeting
6  with these guys yesterday.
7      Q    You guys met yesterday?
8      A    Yes.
9      Q    For how long did you meet?
10     A    The day.
11     Q    I'm certainly not asking for conversations but
12 for pretty much the whole day?
13     A    You're hearing the conversation we had with
14 them.
15     Q    What would be more fun is to hear what
16 Mr. Levenson told you, and I'm not allowed to hear that.
17     A    Mr. Levenson didn't tell me anything.
18     Q    I'm not asking that.  I believe that too,
19 actually.  He tried probably.
20     A    No, he didn't.
21     Q    I'm not asking that.
22     MR. LEVENSON:  That's the actual invoice that he
23 doesn't have because it's done electronically.
24     MR. OPPENHEIMER:  Okay, gotcha.
25     THE WITNESS:  I would appreciate it if you did not

TOM NEUMAN                                          July 25, 2018

Page 89

1    make that part of the record because my social security
2    number is on that.  Just either cut it out or --
3         MR. OPPENHEIMER:  I'm not attempting to -- fine.
4    BY MR. OPPENHEIMER:
5         Q    Let's just go over it real quick.  August 7,
6    2017, an hour and a half document review.  August 8,
7    2017, three hours document review.  That looks like the
8    most extensive part of this.  Half hour on August 9,
9    document review.
10             Then there is a conversation with Mr. Levenson
11   for six-tenths of an hour, then it goes on.  There's
12   some further document review.  Then you wrote -- it says
13   draft report, June 28, 2018, three and a quarter hours
14   draft report.
15             There's another conversation, and then you
16   finalize it, correct?  Does that make sense?
17        A    Yes.
18        Q    You have listed in your report the documents
19   that were given to you by Mr. Levenson, correct?
20        A    Yes.  Now, I have two additional documents
21   since that time.
22        Q    What were they?
23        A    Dr. Lee's report, which was not available when
24   I wrote it.  I was very curious after reviewing the
25   medical records about Mr. Joseph's hospitalization two

TOM NEUMAN                                            July 25, 2018

1   years prior to the hospitalization where he passed away.

2        Q    Then, were you given those documents?

3        A    I was not given them.  I had an opportunity to

4   briefly look at them on a computer screen yesterday.

5        Q    We'll get to that in a minute.  I don't want

6   to forget those.  I'm sure you'll remind me.

7        A    No.  There's nothing super important to them.

8        Q    I guess I'll do it now because I'm going to

9   forget.  Did anything in the documents that you reviewed

10  from his prior hospitalization affect -- you had already

11  given your opinion, correct?

12       A    Yes.

13       Q    Did anything in those documents affect your

14  opinion?

15       A    Minimally but not that it makes a difference.

16       Q    In what way minimally?

17       A    I'm leaning much more to the likelihood, as

18  Dr. Eserman put it, that Mr. Joseph had excited delirium

19  than not.  But it doesn't really make any difference

20  whether he had excited delirium or his behavior and

21  everything else was related to his psychosis and the

22  Benadryl.

23       Q    We'll get to that a little more extensively.

24       A    Because it's the behavior and the consequences

25  of that behavior that are at issue, not the causative --

TOM NEUMAN                                    July 25, 2018

Page 91
1   not the causative effect from a medical point of view.

2       Q    From where you're coming from?

3       A    From where I'm coming from.

4       Q    Fair enough.  I want to go back for a second

5   to Taser.

6       A    Boy, I really don't remember much about those

7   studies.

8       Q    Was your purpose -- there's been a lot of

9   publicity and a lot of media attention with regard to

10  Tasers and their effect on subjects.

11      A    Yes.

12      Q    There have been wrongful death lawsuits.

13  There have been allegations that a Taser can cause a

14  death or some sort of cardiac arrhythmia, right?

15      A    Yes.

16      Q    Did any your studies have to do with that?

17      A    Yes.

18      Q    What was the purpose in those studies?

19      A    To see if there was anything that suggested

20  that could be true.

21      Q    What did you find?

22      A    No.

23      Q    I know you don't have them in front of you.

24  Approximately, how many studies did you do with regard

25  to Taser and looking to see --

Page 92

1        A    I would have to count, half a dozen.

2        Q    The approximate half a dozen studies, they

3   were done -- they were done to see the effects of Taser

4   on the human body or specific things like breathing,

5   ventilation, other things?

6        A    All of those things, yeah.  I mean, looking at

7   chemistry changes that may occur secondary to the Taser;

8   looking at ventilatory changes that may occur secondary

9   to the changes [sic]; changes in electrocardiogram

10  secondary to the Taser, changes in enzymes in the blood

11  related to the heart related to Taser.

12             There was a whole panoply of things to look at

13  because there were a whole series of hypotheses as to

14  how a Taser could adversely affect somebody and

15  potentially cause their death.

16       Q    Were these half a dozen or so studies all done

17  because of an intense curiosity or because there was a

18  case involved, and you were retained by --

19       A    Certainly, the latter is not the case for me

20  because, again, Gary comes to me.  Dr. Vilke comes to

21  me, or Dr. Chan comes to me and says, we're going to do

22  a Taser study.  Please remember, at this point in my

23  life, I was pretty senior academician, okay, and these

24  guys were on their power curve up the academic ladder.

25             My role in these studies was, A, to help out

TOM NEUMAN                                          July 25, 2018

Page 93

 1   with the physical doing of the study because you don't

 2   get time off to do these studies.  You don't get extra

 3   pay to do these studies.  You get a line on your CV,

 4   which is important for them but was no longer important

 5   for me.

 6        Q    You were not retained by any lawyers, law

 7   firms, or cities to do these studies --

 8        A    Not for these studies, no.  In fact, we

 9   weren't retained by any lawyers or anything, any related

10   to any of these studies -- not only Taser but the

11   respiratory studies until -- with the exception of the

12   very first one.

13             By the way, I can answer your question about

14   being retained by -- by taking money from Taser.  That,

15   I can answer your question because Gary and I have

16   spoken at presentations.  He has said to me -- not

17   repeatedly but enough that I remember -- boy, am I glad

18   we have never taken any money from Taser.

19             Because there's a guy by the name of Jeff Ho

20   who has done very good research on Tasers and shows much

21   the same thing that we have shown.  But he's come under

22   constant criticism because his money comes from Taser.

23             Now, I can understand that people criticize a

24   study from where the money comes from.  I truly can, but

25   you still have to find the flaw in the study.  You say,

TOM NEUMAN                                              July 25, 2018

Page 94

 1    oh, look, you know, somebody paid for this study, and
 2    that control group isn't right, or the statistics you
 3    used weren't right, or there's a selection bias in your
 4    sampling methodology.
 5              So it is true, you should be suspicious of
 6    where money comes from.  But all that suspicion can do
 7    is make you examine the study carefully to see if, in
 8    fact, there is any bias that has creeped into the study.
 9    Jeff Ho's studies are excellent.
10              There is no bias in his study, but we have
11    taken no money from Taser.  That, I can tell you.
12        Q    Have you testified based on any of your Taser
13    studies in court?
14        A    I don't remember.
15        Q    As far as your Taser studies, did you find --
16    you're not a cardiologist?
17        A    Correct.  I'm an internist.
18        Q    Did you find any effects -- the subjects you
19    used from Taser, these are probably police officers or
20    police trainees, correct?
21        A    I don't remember if all of them were.  Some of
22    them may have been university volunteers.  I'm sorry.
23    There are too many studies, and I don't remember where
24    the population pool came from.
25        Q    Did you find in any of these studies -- what

TOM NEUMAN                                          July 25, 2018

Page 95

1   effects, if any, did you find that tasering someone had

2   on cardiac function?

3        A     Major heart rate go up.  It hurts.

4        Q     Anything else?

5        A     It made some enzymes in your blood go up.

6   Basically, it caused some changes that were basically

7   the same as a little bit of exercise.  Remember,

8   exercise causes changes in blood studies, certain blood

9   studies.

10            Muscle contraction does that, so it should be

11  no surprise that muscle contraction caused by the Taser

12  does the same thing.

13       Q     Did you find any effect on EKG or anything

14  like that?

15       A     Other than increasing heart rate briefly.

16  Very interesting aspect of one of our studies -- and

17  this was with police trainees.  This was the one where

18  they were going to get tased anyway, okay?  One of the

19  things that we had to do before it, according to Human

20  Use, was to check, you know, was their blood pressure

21  elevated?

22            Did they have any -- and we wouldn't use

23  people who had elevated blood pressures.

24       Q     Why?

25       A     Because that's a risk for sudden death.

TOM NEUMAN                                          July 25, 2018

Page 96

```
 1        Q     Because of the Taser?

 2        A     No, just because it's a risk of sudden death.

 3    That's not the point of it.  Let me get to the point of

 4    it.  We were finding among all these healthy cops,

 5    one-third to one-half of them had high blood pressure,

 6    and we didn't understand it.

 7              Even the ones that we used had sort of

 8    borderline but acceptable high blood pressure.  Then

 9    after the tasing, all the blood pressure went down and

10    the pulse rates went down, and we didn't understand it.

11              We had a long talk with the cops because after

12    the tasing, we did their blood pressure again -- without

13    the study -- the cops who were not in our study who got

14    excluded from our study because of the blood pressure.

15        Q     But they're being tased anyway by the police

16    department?

17        A     They're tased anyway and their blood pressure

18    went down.  It turns out that they were afraid not of

19    the Taser, but they would lose control of their bladder

20    in front of everybody while they were being tased.  It

21    had become a rumor among the police that when you get

22    tased, you can pee in your pants.

23              The thought that these cops were going to pee

24    in their pants in front of all of the other cops made

25    them terrified.  So all of their blood pressure, all of
```

TOM NEUMAN                                           July 25, 2018

1   these abnormalities disappeared after they were tased.

2          That was one of our big findings.  Blood

3   pressure goes down after being tased.  Now, that is --

4     Q    Do you believe that tasering can cause you to

5   lose bladder control?

6     A    No, it doesn't.  We've tased too many people.

7   We've tased hundreds of people.  It doesn't happen, but

8   it became a rumor among the police that that happened.

9   We never had that problem with any of the other studies

10  with the firemen or the students or whatever it was.  I

11  don't know who it was where that rumor had not taken

12  place.

13         That was only in this one study where this

14  rumor had taken place.  It's kind of funny that there

15  are physiologic effects to everything, which is the

16  point that I'm trying to make.  There are minor

17  physiologic effects of a tasering.  That should come as

18  no surprise.  They're very minor.  They're

19  inconsequential.

20    Q    But all of these Taser subjects were healthy

21  individuals?

22    A    We don't have to beat that horse to death,

23  okay?

24    Q    Let's take a different horse and that is, if

25  someone does have high blood pressure -- you just said

TOM NEUMAN                                        July 25, 2018

1  someone with high blood pressure runs a risk anyway of

2  sudden death, cardiac death, correct?

3        A     Agreed.

4        Q     Would you agree with me that tasering someone,

5  because of the shock involved, because of the Taser,

6  that someone who already has a higher risk of death,

7  this could increase that risk?

8        A     Compared to what?

9        Q     Compared to not tasering.

10       A     So the struggle continues.  The taser is used

11 to control the struggle.  You have to compare it to

12 something.

13       Q     I know what you want to get into, and we're

14 going to get into it when we talk about Kendole Joseph.

15 My question is, if you -- do you believe based on your

16 experience, your training, your education that if you

17 have someone who already has high blood pressure, you

18 already said they run an increase of sudden death?

19       A     Yes.

20       Q     Do you believe that tasering someone could

21 increase -- forget the struggle because you're assuming

22 that there's a struggle before someone is tasered.  Do

23 you assume that?

24       A     Yes.  Because otherwise, they wouldn't get

25 tasered.

TOM NEUMAN                                        July 25, 2018

Page 99

 1      Q    Do you believe that police officers ever tased
 2   someone who was not struggling?
 3      A    Ever?  I'm sure there's police misconduct
 4   where they tase people who are not struggling.  Well, I
 5   say I'm sure.  That's hyperbole.  It's probably better
 6   to say I suspect something like that may have happened
 7   in the past.
 8      Q    Let's assume -- let's take the struggle out of
 9   it.  Do you believe based on your experience, education,
10   training and whatever else in your obvious intelligence
11   that if you taser someone who already has high blood
12   pressure, it could increase their risk of death or
13   cardiac arrest?
14      A    Given the amount of chemical changes that I
15   see in the blood, probably not.  Is it possible, yes.
16      Q    When you say given the amount of chemical
17   changes you see in the blood, what do you mean by that?
18      A    I told you, exercise, any degree of exercise
19   to speak of can cause chemical changes in the blood.  If
20   you want the details of those chemical changes, I'll be
21   glad to go into them, but they can cause chemical
22   changes.
23           The degree of change that you see from tasers
24   is so minimal that I think the likelihood that it would
25   cause a sudden cardiac death is extraordinarily small.

1    Is it possible, anything is possible.  Likelihood, my

2    answer to that question is, no.

3         Q    Have you ever testified in a Taser lawsuit

4    where someone had died?

5         A    I don't remember -- well, no.  Look, I'm sure

6    that's the case, probably.  I suspect that is probably

7    to case because the conjunction of a restraint and

8    tasers happens frequently.  In cases that I have

9    testified about positional asphyxia, there have been

10   people who have been tased as well.  I guess the answer

11   to your question is, yes.

12        Q    Do you believe -- do you have an opinion -- is

13   your opinion that if someone has -- strike that.  Is it

14   your opinion that if someone who is tased and has a

15   heart attack or dies --

16        A    Wait a minute.  You said the word heart

17   attack.  I'm going to assume you don't mean that.

18        Q    Well, let's say this because we've been

19   talking about death.  You can certainly have a -- what

20   do you want to call it, the real equivalent of a heart

21   attack?

22        A    Myocardial infarction.

23        Q    A myocardia infarction.  Do you believe that

24   the risk of that and/or death from tasering is the same

25   as if someone has that from a little bit of exercise?

TOM NEUMAN                                          July 25, 2018

Page 101

1        A    I think the risk of myocardial infarction from

2   being tasered is zero.

3        Q    The risk of death -- the risk of death from

4   being tased, would you equate that to the same as adding

5   a little bit of exercise to someone who already has

6   issues?  Does that make sense?

7        A    I'm not quite sure what you mean by the risk

8   of death.  People have died from being tased because

9   they were on the edge of a wall and have lost control,

10  fallen, hit their head and died, okay?  That's a real

11  risk of being tased.

12            That's a real risk of death from a Taser.  I'm

13  not sure exactly what you mean by that question.

14       Q    I'll try and rephrase my question, and I get

15  what you're saying.  Let's say there's -- it seems to me

16  that you're equating the damage to one's body from a

17  Taser to be the same as increasing one's level of

18  exercise?

19       A    I wouldn't say damage because there is no

20  damage.  The damage from a Taser is several small burn

21  marks on the skin.  That's the damage.

22       Q    Can a Taser cause any other damage to one's

23  body or --

24       A    In what way?

25       Q    In any way in terms of --

Page 102

1      A    What do you mean?

2      Q    You've been talking about enzymes, blood,

3  ventilation, heart damage.  Can aside from a couple of

4  burn marks in your skin --

5      A    Excuse me.  I never said heart damage.

6      Q    Well, I'm asking you, do you believe that a

7  Taser can cause damage to one's heart?

8      A    Not in the way that it is used in human

9  beings.

10     Q    What does that mean?

11     A    Well, there's a experimental model where

12  Tasers were applied to the pig heart by going through

13  the intercostal space on the longitude and axis of the

14  heart.  They were able with the Taser to induce

15  ventricular fibrillation in pigs under that

16  circumstance.

17          Now we come to methodology once again.  That's

18  not a human being, number one.  That's not the thickness

19  of the human being's chest, but the most important part

20  of it is the pig conduction system of the heart is

21  entirely different than the conduction system of a human

22  being.

23          The conduction system, the electrical

24  conduction system, the wiring of the heart in a human

25  being is buried in the heart.  The wiring to a pig

Page 103

1    reaches the surface of the heart.  If you put those

2    electrical contacts over a pig heart, you can, in

3    essence, gain access to the wiring.

4           That doesn't happen in human beings.  That's

5    why I phrased it not in human beings.

6       Q    Fair enough, not in human beings.

7       A    Correct.

8       Q    So you believe that tasering someone does not

9    cause damage to a human being's heart?

10      A    Correct.

11      Q    In any circumstance?

12      A    You know, give me --

13      Q    Let me ask you this, if someone has -- if

14   someone is under the influence of drugs, someone who had

15   just exercised, someone who may have a mental health

16   disorder --

17      A    Mental health disorder, let's get this out of

18   there because that doesn't affect -- you know, other

19   than making your heart beat maybe a little faster --

20      Q    Fair enough.  Let's take that out.

21      A    Okay.

22      Q    The other things that I said, do you believe

23   that in someone who is under the influence of some sort

24   of drug, someone who had just exercised, someone who has

25   higher blood pressure, would tasering them -- could

TOM NEUMAN                                          July 25, 2018

1   tasering affect their heart?

2       A    Anything is possible.  Is it likely, no.

3   There have been -- there's at least one case where

4   somebody who had a pacemaker was tased, no problem.

5   Now, that's a bad heart.  You don't have a pacemaker

6   without a bad heart.

7       Q    I know Kendole Joseph, there's no evidence

8   that he had a bad heart.

9       A    I'm sorry?

10      Q    There's no evidence that Kendole Joseph had a

11  bad heart.

12      A    Oh, that's wrong.  That's wrong.  We'll get to

13  that.

14      Q    We'll get to that.  I'm happy to get to that.

15  We're getting there slowly, but we're getting there.

16      A    That's one hundred percent wrong.

17      Q    We're getting there.  Do you believe then --

18  you know, obviously, there's lawsuits accusing Taser of

19  causing someone's death.  They're a bunch of bunk.

20      A    They're a bunch of what?

21      Q    BS.

22      A    I don't use that phraseology ever, certainly

23  not in a situation like this.  Every case has to be

24  evaluated on its individual merits.  However, in broad

25  swaths from a demographic point of view and given the

TOM NEUMAN                                    July 25, 2018

Page 105

 1   number of people who have been tased across the United

 2   States, I think it's extraordinarily unlikely that there

 3   is a causal link of any numerical importance between

 4   Tasers and sudden death.

 5        Q    Fair enough.

 6        A    Do you want to get to Mr. Kendole's heart --

 7   Mr. Joseph's heart?

 8        Q    We're getting there.  We're almost there.  I

 9   know you're anxious to get there.

10        A    I'm chomping at the bit for that one.

11        Q    We're getting there very soon.  In your

12   career, as you're not a pathologist, how many times --

13   or have you ever been asked to opine as to the cause of

14   death of someone?

15        A    I frequently opine to the clinical cause of

16   death.

17        Q    Explain that.

18        A    Well, there's the pathologist who does an

19   autopsy and makes a forensic or a pathologic cause of

20   death.  Then, I work in a hospital.  I see what happens.

21   I investigate diving accidents.  Based upon the clinical

22   circumstances and my knowledge of clinical medicine, I

23   make a clinical diagnosis as to the cause of death.  I

24   do that frequently.

25        Q    Were most of your diagnoses clinical causes of

TOM NEUMAN                                        July 25, 2018

Page 106

1   death based on diving accidents or something related to

2   that?

3        A    And also these.

4        Q    These meaning?

5        A    Restraint and asphyxia kind of things.

6        Q    When you say a pathologist makes their cause

7   of death, they do homicide and manner of homicide cause.

8   Have you ever --

9        A    That's not a cause of death.  That's a manner

10  of death.

11       Q    I understand.  Have you ever been called upon

12  to give manner of death or anything else?

13       A    No.  Well, I've given advice on manner of

14  death.  Ultimately, remember, it's the county medical

15  examiner who signs the death certificate.

16       Q    Understood.

17       A    We have given him advice many times in the

18  diving accident committee as to what the manner of death

19  should be in various and sundry different circumstances.

20       Q    Have you ever been barred or not allowed to

21  testify as an expert in any case?

22       A    Not to the best of my knowledge.

23       Q    I think we're about ready to get to

24  Mr. Joseph.

25       A    Heart first?

TOM NEUMAN                                      July 25, 2018

Page 107

1      Q    You are excited about that, right?

2      A    I am very excited about it because it deals so

3    much with the diving accidents as well.

4      Q    Okay, I'll bite.  Let's talk about

5    Mr. Joseph's heart.

6      A    Mr. Joseph's heart was sent to a cardiac

7    pathologist.

8      Q    Correct.

9      A    I have not pathology, statistics, methodology,

10    okay?  I'm not going to argue with a pathologist about

11    what he sees on a slide, okay?  Remember, I told you how

12    difficult it is to define what normal pulmonary function

13    tests are?

14      Q    Yes.

15      A    You've got a pathologist here -- and I've got

16    that piece of paper somewhere, and I want to find it.

17      MR. OPPENHEIMER:  Let's take two minutes.

18                  (Recess was taken.)

19      MR. OPPENHEIMER:  On the record.

20    BY MR. OPPENHEIMER:

21      Q    You were looking for a document, and you found

22    it.  What did you find?

23      A    I found the cardiac pathology consultation on

24    Mr. Joseph's heart performed at the Jesse Edwards

25    Registry of Cardiovascular Disease.  I understand why

TOM NEUMAN                                          July 25, 2018

1   Dr. Eserman sent the heart for evaluation.  Because the

2   clinical diagnosis in this case is clearly of a sudden

3   cardiac dysrhythmia, and we'll get to that later.

4           She was looking for some sort of a disturbance

5   in the electrical conducting system of the heart to

6   account for that, which was not noted.  What is wrong is

7   the statement that there's nothing structurally abnormal

8   about the heart.

9           If you read on page two, the gross description

10  of Mr. Joseph's heart is an undissected formalin fixed

11  heart weighing 455 grams.  Now, that weight is different

12  than the weight of the heart that Dr. Eserman weighed,

13  and I'm going to ascribe that for the formalin fixation.

14          I'm not a hundred percent sure of it, but I'm

15  going to give everybody the benefit of the doubt that

16  nobody mis-weighed anything, okay?  It says, the normal

17  heart weight reference range for a body of 212 pounds is

18  290 to 506 grams.

19          For a body height of 72 inches is 241 to 481

20  grams.  Therefore, the heart is of normal size.  So now,

21  we have to ask ourself the question, where does that

22  reference range come from?  Now, I have some experience

23  with the normal weight of hearts having lectured on the

24  importance of that several times in part of my lectures

25  on death and divers and death in restraint, asphyxia.

TOM NEUMAN                                          July 25, 2018

 1              I'm fairly familiar with the literature on

 2    normal hearts.  Those numbers rang a bell to me.

 3    Because there's almost no paper in the literature that

 4    says a normal heart can weigh as much as 506 grams,

 5    except one.

 6              That paper was published by an individual by

 7    the name of Kitzman.  I pulled out Kitzman's paper, and

 8    that is referenced in my report, and looked to see in

 9    her tables -- I think it's a her.  The first name is

10    Dalane, so I'm not sure if it's a he or a she.

11              I pulled out the reports and low and behold,

12    the numbers for that reference range are to the gram,

13    exactly the same as the reference ranges that are in

14    this report.  I concluded that that is where this

15    reference range came from.

16              I mean, they are to the gram for the weight

17    and for the height.  I concluded that's where it came

18    from.  Now, methodology, how did Dr. Kitzman get the

19    normal hearts, which is what that paper was about, to

20    give what normal heart weights were?

21              If you look in the methods section, you'll

22    find that he or she says hearts were obtained as

23    previously described, and there are two references.  You

24    go to one of those -- the more recent to those

25    references, and that one says hearts were obtained as

TOM NEUMAN                                      July 25, 2018

 1   previously described.

 2            Now you go to the original reference, which

 3   was not a reference of trying to get -- particularly

 4   trying to get normal hearts.  It was a paper that was

 5   looking at the incidents of a congenital -- not a

 6   congenital malformation.

 7            It's probably better called a variation in the

 8   way hearts are formed.  They were looking for something

 9   called a patent foramen ovale.  Are you familiar with

10   what that is?

11       Q    I've heard of it, but you can explain.

12       A    We really don't need to explain it.  It's the

13   way the interatrial septum closes and whether it fully

14   closes or doesn't close, and there's a little flap that

15   exists so that blood can shunt from the left side to the

16   right side in very small amounts.  That's a patent

17   foramen ovale.

18            It's present in about 30 percent of the

19   people, and that's what that paper was about.  They said

20   in that paper they excluded hearts, because they wanted

21   normal hearts, that they got these whatever number it

22   was, 500 hearts in people who had died in the Mayo

23   Clinic over the past, I forgot how many years, and they

24   excluded people who had critical valvular disease.

25            Good decision because that could change the

TOM NEUMAN                                              July 25, 2018

1    dynamics of blood flowing in the heart and change the

2    incidents of patent foramen ovale, critical or severe

3    coronary artery disease, good idea.  That can also

4    change the dynamics within the heart, and hypertension,

5    and other hearts were deemed normal.

6              That's not normal.  That's not -- what she

7    took was a -- or he.  I'm sorry.  I still don't know

8    what Dalane is.  What he or she took was basically

9    hearts of people who died in the Mayo Clinic, and they

10   excluded a very small number or a small part of cardiac

11   pathology.

12             They didn't exclude people with renal disease.

13   They didn't exclude people with hepatic disease.  They

14   didn't exclude people with subaortic stenosis, and you

15   can keep going on and on and on.  The question then

16   becomes what is truly a normal heart weight because this

17   paper does not define what a normal heart weight is.

18             Now, there are actually real problems, not

19   pathology, methodology of obtaining normal hearts.

20        Q    What is a normal heart weight, in your

21   opinion?

22        A    It's not my opinion.  It's what's published,

23   okay?  There are two different ways to look at it.  You

24   can look at autopsy studies.  Autopsy studies all have

25   the same basic flaw, and that is, A, you're dealing with

TOM NEUMAN                                                    July 25, 2018

Page 112

 1   dead people.

 2              More importantly, you don't know their medical

 3   history.  People with hypertension have bigger hearts,

 4   which is pathologic, and a good percentage of the

 5   population of the United States has hypertension and

 6   doesn't know about it.

 7              There's no way of excluding them from autopsy

 8   studies.  You can only exclude the people who you know

 9   have disease.  Now, Molina and DiMayo tried to do that

10   several years ago, and their range for normal hearts

11   is -- I think the average is around 350 grams.

12              I forgot what their range was.  It may go up

13   to 375 or so, but that weight is also flawed

14   methodologically on the basis of having hypertensives

15   who didn't know they were hypertensive who had no record

16   of being hypertensive.

17              Because what Molina and DiMayo tried to do in

18   that study, which was an autopsy study of traumatic

19   deaths -- in other words, people who died in car

20   accidents, getting shot, things like that.  They tried

21   to exclude anybody who had any known disease.

22              They went back to their medical records and

23   excluded all of those people.  Like I say, that's what

24   their heart weights were.  However, that too is flawed

25   on the basis of hypertensives not knowing they were

TOM NEUMAN                                                July 25, 2018

1    hypertensive, not being treated for hypertensive, the

2    doctrine of not knowing.

3           Now, we have to go to the live literature, and

4    that basically all comes from the longitudinal health

5    studies in Framingham where a methodology was designed

6    to, in essence, weigh hearts in living people.  We can

7    talk about that methodology if you want, but that

8    methodology was validated for reliability and validity.

9           Then, they interviewed and took people and

10   really only took normal people.  They in turn discovered

11   that normal heart weights were considerably less than

12   that.  Equally importantly coming out of Framingham was

13   the observation -- and this is very important for the

14   live literature -- that increases in the heart weight of

15   as little as 50 grams per meter incurred a risk of

16   sudden cardiac death.

17          That's 150 percent above normal, and that's

18   for 50 grams per meter of excess heart weight.  So what

19   you're looking at is, in fact, an abnormal heart, a

20   heart that's enlarged, and someone who clinically had a

21   sudden cardiac dysrhythmia which caused his death.

22          Now, the etiology of that sudden cardiac

23   dysrhythmia is his schizophrenia, his behavior, his

24   struggle, his heart, his hyperkalemia, his renal

25   failure.  All of those things, each and every one of

TOM NEUMAN                                          July 25, 2018

Page 114
 1   them, is sufficient cause of dysrhythmia, a lethal

 2   dysrhythmia.  His heart is not normal.

 3           Not that it's critical as a point of opinion,

 4   but it's not normal.  It's not normal enough that it

 5   incurs a markedly increased risk of sudden death.  You

 6   can argue about the exact numbers.  In DiMayo's paper --

 7   who has published one of the better well-known textbooks

 8   on pathology.  In his paper, he says a heart over 500

 9   grams is never normal.

10           The shortcomings of Kitzman's papers are

11   known, and it surprises me tremendously that a cardiac

12   pathologist could still be using -- this was printed,

13   you know, 30 years ago or 25 years ago -- that he could

14   still be using -- or she could still be using that as a

15   reference range instead of the much more recent papers

16   that look at this.

17           But once again, it's -- aside from something

18   that sort of interests me and kind of rubs me the wrong

19   way that a cardiac pathologist is using these as a

20   reference range, it doesn't make much of a difference.

21   He still had the same dysrhythmia, and he still died of

22   that dysrhythmia.

23       Q    So you certainly believe that Kendole Joseph

24   had an enlarged heart?

25       A    He had a heart that weighed more than it

TOM NEUMAN                                    July 25, 2018

Page 115

1    should, yes.

2        Q    That was, in your opinion, a contributory

3    factor in his death?

4        A    Could have been a contributory factor.

5        Q    Okay, could have been?

6        A    So many things that could have contributed to

7    his death.

8        Q    Except positional asphyxia?

9        A    That did not.  The Taser did not, no.

10       Q    We'll get to that in a second.  When you look

11   at -- anything else that the cardiologist you disagree

12   with in his report?

13       A    That's the thing the stuck out.  There's so

14   many things in here that I can't comment on because

15   those are pathology things that I don't know about.  You

16   know, he talks about the valves.  He talks about the

17   left ventricular outflow tract being mildly

18   hypertrophic.

19            That's also something that you always have to

20   be concerned about, hypertrophic cardiomyopathy.  But,

21   you know, I can't talk about his microscopic dissection,

22   the conduction system, all of these things.  I only talk

23   about methodology.

24       Q    I want to go over your report now, if you want

25   to grab that.

Page 116

1       A    Fine.

2       Q    You give a list of things that you find to be

3   important in your analysis of the case, correct, in your

4   opinion?

5       A    Yes.

6       Q    I want to go through each one.

7       A    Okay.

8       Q    First one, following a period of agitated and

9   potentially delirious behavior --

10      A    Where are we?

11      Q    I'm sorry, page three.  Number one, following

12  a period of agitated and potentially delirious behavior,

13  Mr. Joseph became involved in an altercation with police

14  officers.  Number two, Mr. Joseph had a history of

15  schizophrenia and was apparently not taking his

16  medication.

17           I don't think we need to discuss that right

18  now.  Number three, during this altercation, Mr. Joseph

19  was struck, and he received two discharges from a CEW,

20  from the Taser, correct?

21      A    Correct.

22      Q    Incidentally, you reviewed -- I believe you

23  said you reviewed the tape from inside the store?

24      A    Yes.

25      Q    Number four, after he was subdued, handcuffed

TOM NEUMAN                                          July 25, 2018

1    with his hands behind his back and shackled, he was

2    placed in the back seat of a police vehicle.  His

3    position in the vehicle was described as sitting upright

4    and/or lying facedown across the back seat with his

5    knees flexed.

6              We've been talking a lot this morning about

7    hog-tying, and I don't think -- there are no allegations

8    that his ankles were ever connected by way of a tie or a

9    device.  I think one of the officers said they were

10   going to get a hobble.  They didn't do it.  So we're not

11   really dealing with the exact hog-tying anyway.

12        A    But his knees were flexed.

13        Q    But his knees were flexed, the same position

14   of a hog-tie; would you agree?

15        A    It's the same position as a hobble, as if they

16   had hobbled him.

17        Q    Fair enough.

18        A    The knee is at a kind of 90-degree angle is

19   how I interpreted that.  However, it makes no difference

20   to me whether he was actually hog-tied or just with his

21   knees upright, since we've shown there's no difference

22   in ventilatory function comparing those two positions.

23        Q    Before we get to the rest of them -- I

24   apologize.  I skip around sometimes.  You read

25   Dr. Eserman's report?

TOM NEUMAN                                          July 25, 2018

Page 118

1        A     Yes, I did.  A report or you mean the autopsy

2   or the deposition?

3        Q     No, the autopsy report.

4        A     Yes, I did.

5        Q     Did you read the deposition also?

6        A     Yes, I did.

7        Q     Dr. Eserman says, I know, in her deposition

8   that she believes that Kendole Joseph would have died

9   anyway if he had had no interaction with the police, no

10  tasering, no placing in the back seat, nothing else.  He

11  would have died anyway.

12       A     Yes.

13       Q     Do you agree with that?

14       A     In general, yes.

15       Q     Why do you agree with that?

16       A     Because he already had renal failure,

17  hyperkalemia, temperature of 101, bad heart.  These are

18  all things in and of themselves that are potentially

19  highly lethal.

20       Q     Let's go back to your report.  Number six,

21  while in the backseat of the car, he continued to

22  struggle, yell, and kick.  You got that information from

23  the police officers, right?

24       A     Correct.

25       Q     And any other witnesses, I don't mean to

TOM NEUMAN                                    July 25, 2018

Page 119

1   exclude them?

2        A    I don't think there are other witnesses while

3   he was in the car.

4        Q    That's correct.

5        A    Although, maybe somebody said, yes, I heard

6   him yelling in the car, but I'm not one hundred percent

7   sure.

8        Q    I think you're right in that -- maybe Levenson

9   can correct me.  I don't think there were any other

10  witnesses as far as his behavior inside of the car.  So

11  you got that information from the testimony of the

12  police officers, correct?

13       A    Yeah, if nobody else reported it.  I believe

14  they said he was kicking -- trying to kick the window.

15  That's why they bent the -- yeah.

16       Q    Number seven, after what it described as a few

17  minutes, he was discovered to be unresponsive by the

18  police.  Paramedics who were present found him to be

19  pulseless and apneic.  What is apneic?

20       A    Not breathing.

21       Q    Number nine, treatment resulted in a return of

22  spontaneous circulation, and $EtCO_2$ was determined twice.

23  It was noted to be 43 millimeters Hg at the time of --

24  it says what it says.  Where did you get that

25  information from?

TOM NEUMAN                                          July 25, 2018

Page 120

1        A      From the paramedic run sheet.

2        Q      That run sheet, do you have a copy of that

3   with you?  I think I have an extra copy.  It might take

4   a minute to find it.

5        A      It is on the first page under medications,

6   allergies history.  There are some times.  At 14:02, it

7   says, blood pressure 108 over 72, pulse 102, 12 breaths

8   per minute, 94 percent oxygen saturation, and an

9   end-tidal $CO_2$ of 43.  Underneath that, there's an

10  end-tidal $CO_2$ of 38, 30 minutes later.

11       Q      Page one, correct?

12       A      The first page, page 1 of 10.

13       Q      The things that you describe in number nine,

14  you get that from that graph or chart on page one,

15  correct?

16       A      Well, it's a paramedic run sheet.  It's not a

17  graph.

18       Q      There is also -- actually, I'll refer you to

19  page 11.

20       A      Actually, this thing supposedly only has 10

21  pages.

22       Q      Do you have this?

23       A      This says 10 of 10.  I don't have that as 11.

24       Q      Do you have this?

25       A      Yes.

TOM NEUMAN                                          July 25, 2018

1        Q    Because mine says page 11 of 11 at the bottom.

2   I don't know.

3        A    Mine says page 10 of 10 on the bottom.

4        Q    I just want to make sure it's the same.  Oh,

5   you're right.  It does.  That's interesting.  It looks

6   like everything else is the same, right?  It looks like

7   it's the same graph.

8        A    I don't have yours.  I can't compare it to

9   yours.

10       Q    I'm going to ask you to compare it to mine,

11  just so we're not making any mistakes.  It looks to me

12  to be the same.

13       A    Let me have both of them.

14       Q    This is mine and this is yours.

15       A    Yeah.  Mine has my notes on it.  Okay, the top

16  is the EKG.

17       Q    Do they look to you to be the same page,

18  except one says 10 of 10 and one says 11 of 11?

19       A    Yeah.

20       Q    You do not detect any difference when you're

21  looking at it?

22       A    Yeah.

23       Q    I'll take that back.  You keep yours.

24       A    I don't see any difference.

25       Q    What information is contained on your page 10

TOM NEUMAN                                          July 25, 2018

1    of 10 and my page 11 of 11?

2         A    Well, the graph is of his EKG.  He's got some

3    spikes.  I can't tell from this what kind of rhythm it

4    is.  It looks like there's a P-wave in front of every

5    QRS complex.  It looks like there are inverted T-waves.

6         Q    What does that mean?

7         A    Well, that's what I'm looking at at the top

8    over here.  It doesn't say he's getting CPR at the time.

9    The bigger spikes look to be almost as if there's some

10   sort of a premature contraction.  Because you can see

11   over here, these things I'm sort of interpreting as

12   P-waves, and then the QRS complex and an inverted

13   T-wave.

14        You can see the P-wave over here, but the QRS

15   complex comes soon.  This is some sort of premature,

16   maybe a ventricular premature, but these are wide

17   complex.  These are ventricular.  I'm not sure what this

18   rhythm is.

19        Q    Did you use any of the data on the page we're

20   referring in your analysis?

21        A    No.

22        Q    Not at all?

23        A    No.

24        Q    All right.

25        A    You can see his end-tidal CO2 here goes --

TOM NEUMAN                                                   July 25, 2018

1   this is a typical wave form for end-tidal $CO_2$.  I assume

2   that's on the bottom.  It says $CO_2$.

3       Q    Where it says $CO_2$, does that mean anything to

4   you in terms of --

5       A    Yeah, that's carbon dioxide.  I conclude that

6   to mean that's the end-tidal $CO_2$ because that's the only

7   way they can measure it.  They can't measure it in the

8   blood or any other way.

9       Q    Because the arterial catheters that we talked

10  about in your first study --

11      A    They've got a different device.  They've got a

12  device that fits on the end of an endotracheal tube or

13  on the ambu bag that measures the carbon dioxide at the

14  end of somebody's breath.  You see it goes down to zero

15  over here at the bottom?

16           That's when the air is going into him, because

17  there's essentially zero carbon dioxide in the air we're

18  breathing.  It's .04 percent.  It's zero, okay?

19      Q    Okay.

20      A    But on expiration, you see it come up to about

21  40, 45, something like that.  Here is 50.

22      Q    What does that mean in terms of normality?

23      A    That's normal.

24      Q    Would you agree with me -- well, if they are

25  doing CPR and they're also giving him oxygen, how would

TOM NEUMAN                                    July 25, 2018

Page 124

1   that affect his CO2?

2        A    They're not doing -- that was the point that I

3   made.  This is after the return of spontaneous

4   circulation.  This is when his heart is beating on its

5   own.  You are right.  While you are doing CPR, you're

6   not getting as good circulation through lungs, so you

7   don't get accurate end-tidal CO2 readings.

8             However, this is at a time when he has got a

9   return of spontaneous circulation.  Blood is going

10  through his lungs in a more or less normal fashion, and

11  you are seeing a more or less normal end-tidal CO2

12  monitoring going on over here.  On the first page, more

13  or less normal end-tidal CO2 readings that they record.

14       Q    Because they've been working on him, for want

15  of a better phrase?

16       A    He's got -- well, yeah, they got a return of

17  spontaneous circulation.

18       Q    This is not -- what we've just talked about is

19  not recording how he was as he went unconscious in the

20  back of that car, most likely?

21       A    I guess I don't understand.  That's recording

22  how he is now -- at the time that that's being done.

23       Q    Going back to number nine, because you found

24  it to be an important fact, obviously.

25       A    It's a fact.

TOM NEUMAN                                          July 25, 2018

1        Q    You called it important, but it's a fact?

2        A    Yeah.

3        Q    When it says treatment resulted in a return of

4    spontaneous circulation, what does that really mean?

5        A    The CPR, the epinephrin -- what did they do?

6    I have to read exactly what they did.  It's standard

7    advanced cardiac life support.  Bag valve mask, normal

8    saline, epinephrin, epinephrin, more epinephrin,

9    ventilation, and then he got a return of spontaneous

10   circulation.

11            He lost his spontaneous circulation at about

12   14:05 because there's no -- CPR is discontinued at 14:02

13   and resumed at 14:05.

14       Q    Number 10, he was transferred to the Oschner

15   West Hospital where an initial temperature of 101 was

16   noted with a lot of abnormalities.  A potassium of 8.1,

17   what does that mean?

18       A    It's very high.

19       Q    Lethal?

20       A    Yeah, potentially lethal.

21       Q    Creatinine of 2.4, what does that mean?

22       A    That's evidence of a chemical in blood call

23   creatinine that comes from protein metabolism.  That

24   creatinine at 2.4 took at least 12 to 24 hours to

25   develop if he was at baseline when things started.

TOM NEUMAN                                    July 25, 2018

Page 126

1        Q     How does that develop potentially?

2        A     It's through the metabolism of proteins.

3        Q     What would cause that to be that high?

4        A     Renal failure.

5        Q     Are you able to determine when his renal

6    failure started?

7        A     At least 24 hours -- 12 to 24 hours before

8    that.

9        Q     Possibly more but probably not less?

10       A     Unlikely more.  Unlikely more, unlikely less.

11       Q     Do you know in this case what could have

12   caused the renal failure?

13       A     Yeah.  His psychosis, agitation, whatever he

14   was doing.  I noticed in Dr. Baden's report, there was

15   no evidence that he actually had been agitated for more

16   than three hours or anything like that.  I forgot his

17   exact words.  I can go look for them if you want them.

18            This creatinine is clear evidence that that's

19   incorrect.  This cannot happen in a short period of

20   time.  That's also, by the way, consistent with what I

21   interpret his mother's behavior to reinforce.  I mean,

22   who takes a son to work with them at three o'clock in

23   the morning?  He's behaving very bizarrely.

24            He hasn't been taking his medications.  So

25   mom, for good reasons, takes him with her.  I would say

TOM NEUMAN                                           July 25, 2018

Page 127

1  that's the earliest that this could have started but

2  probably even before that.  That was about 10 hours

3  before this whole event.  I put 12 hours as a minimum

4  but maybe.  I'm willing to buy off on 10 hours.

5       Q    Number 11, Mr. Joseph never regained

6  consciousness and died two days later with acute renal

7  failure and a diagnosis of rhabdomyolysis.  What is

8  rhabdomyolysis?

9       A    A breakdown of muscle.

10      Q    Would you agree with a diagnosis of

11 rhabdomyolysis?

12      A    That's the easiest thing to ascribe the

13 elevated CK to.  His CK isn't all that high.

14      Q    CK is what?

15      A    That's the CPK of 2000 whatever it was.

16      Q    I forgot to talk about that.  CPK of 2624,

17 what does that mean?

18      A    That's creatinine phosphokinase.  It's an

19 enzyme that comes out of muscles.

20      Q    Can you explain that to me in terms of what is

21 an average normal person's CPK?

22      A    It depends on the laboratory and the reference

23 range in the laboratory, but let's just say around 100,

24 150, what have you.

25      Q    So your average person, it's around 100?

TOM NEUMAN                                        July 25, 2018

1      A     Normal.  Not average, normal.  There's a

2    difference.

3      Q     Rhabdomyolysis, the breakdown of muscles --

4      A     Well, yeah, the breakdown of muscle --

5      Q     I don't want to misspeak.

6      A     The breakdown of muscle will release CK into

7    the blood.

8      Q     So the higher CK, the higher -- the more

9    intense breakdown of muscles, the greater the breakdown

10   of the muscles?

11     A     Under some circumstances.  Muscles can also

12   leak CK without being damaged, but the vasculature just

13   leaks it.  Because remember, there's a barrier between

14   the muscles and the blood system.  There's a membrane

15   between the muscles and the blood vessels.

16         Those membranes keep the stuff that's inside

17   supposed to be inside.  Now, you can tear that apart,

18   and everything is going to leak out, okay?  But there

19   are circumstances under which that stuff will leak out

20   without tearing apart the muscles.

21         Admittedly, they're unusual.  I'm not sure

22   they're germane in this particular case, but it

23   certainly can happen.  This CK, although high -- I mean,

24   there's no question about it -- is, for example, nowhere

25   near as high as the CK was in 2016.

TOM NEUMAN                                                    July 25, 2018

1      Q      He recovered from that?

2      A      Well, he had severe renal failure.  He was on

3      dialysis and what have you.

4      Q      Correct.  You agreed with a diagnosis of

5      rhabdomyolysis?

6      A      Probably, probably to a small degree.

7      Q      Is that diagnosis, although to a small degree,

8      based on the CK number?

9      A      Just the CK.

10     Q      So that number tells you there's probably

11     rhabdomyolysis?

12     A      Yeah, just the CK.

13     Q      Do you think that was a factor in his death at

14     all?

15     A      Hard to say.  You know, could he have had --

16     we have to ask the question what's his renal failure due

17     to that's been going on for 12 hours?  Is it possible

18     that his rhabdo was even worse before, you know, with

19     his agitation and whatever was going on that demanded

20     his mother bring him to Walmart?

21            Is this all sort of related to his

22     schizophrenia?  Is it potentially related to his

23     Benadryl toxicity?  Is it potentially related to excited

24     delirium in which you see these kinds of CK

25     abnormalities in renal failure?

TOM NEUMAN                                            July 25, 2018

Page 130

1           I don't have an immediate answer to what

2     caused it.  What I can tell you is that his renal

3     failure has been going on for 12 to 24 hours.  That

4     elevation of CK is just not all that high.  I mean, it's

5     high.

6           Please, don't misunderstand me and if I saw

7     that in a patient, I would be concerned about it.  I

8     would want to hydrate them to make sure that they didn't

9     develop renal failure as a consequence of it.  I can't

10    give you an answer as to the exact sequence of events in

11    his renal failure and his rhabdomyolysis.  Too many

12    things going on.

13    Q     Would you agree with Dr. Eserman that -- well,

14    I don't think you do.  You do not believe that the

15    rhabdomyolysis was a factor in his death?

16    A     It may have been.  I'm not saying it wasn't.

17    There are just too many things going on with him that

18    could have resulted in his dysrhythmia.  To point at any

19    one of them and say that's the key, that's what I have

20    trouble with.  There are just too many things.

21    Q     In that respect, you kind of differ from

22    Dr. Eserman?

23    A     Well, she apparently didn't pick up on the

24    abnormality of his heart weight.  If we had that -- if I

25    had that conversation with Dr. Eserman, she might

TOM NEUMAN                                              July 25, 2018

 1    conceivably change her mind.  I don't know.  All of that

 2    sort of, though, to my opinion, kind of doesn't make a

 3    difference.

 4            Because the clinical diagnosis of a lethal

 5    dysrhythmia is the only thing that this could be based

 6    upon the sequence of events and what was found.  So

 7    exactly all of the things that played into that final

 8    common -- that final pathway of a lethal dysrhythmia --

 9    it's sort of like you've got this stew and it tastes

10    really good.  Well, is it the salt?  Is it the pepper?

11            Is it the tomato paste?  Well, it's all of

12    them.  You can't say, oh, it's the tomato paste that

13    makes it good, or it's the salt that makes it good.

14    It's all of them together.

15        Q    He died, in your opinion, of the dysrhythmia?

16        A    Yes.

17        Q    And the stew, if you will, there was some

18    rhabdomyolysis that could have, could have not played --

19        A    Could have contributed.

20        Q    In your opinion, you disagree with the cardiac

21    guy.  He had an enlarged heart that --

22        A    Based upon what I've told you.

23        Q    -- could have contributed?

24        A    Yes.  I'd love to have a chance to go at that

25    cardiac pathologist to see how they justify using

1    Kitzman's reference range.

2        Q    Maybe Mr. Levenson can arrange that.  The

3    potassium of 8.1 --

4        A    Absolutely, potentially lethal.

5        Q    The creatinine of 2.4?

6        A    That in and of itself is not dangerous, but it

7    represents the renal failure, which produces the --

8    which is associated with the acidosis and the

9    hyperkalemia.  We forgot to mention the acidosis.

10       Q    We're getting there.  Let's talk about that.

11   Tell me about the acidosis.

12       A    That's another risk factor for a sudden lethal

13   arrhythmia.

14       Q    What would cause that?

15       A    Exercise renal failure.

16       Q    The hyperkalemia, let's talk about that.

17       A    Renal failure.

18       Q    That's the renal failure?

19       A    Yeah.

20       Q    That would have been caused by -- in your

21   opinion, it was caused by the renal failure?

22       A    The hyperkalemia?

23       Q    Yes.

24       A    Well, that's the typical cause of

25   hyperkalemia.  That would be the first on the list of

TOM NEUMAN                                          July 25, 2018

 1   usual suspects.

 2        Q    Do you believe that the rhabdomyolysis -- I

 3   know you disagree with Dr. Eserman on this.

 4        A    I don't think we disagree.

 5        Q    Well, she felt it was a much bigger factor in

 6   his death than you do.

 7        A    I'm not disagreeing that it was a factor.

 8   It's just that I think there are other factors as well.

 9   I think that characterizing it as a disagreement is

10   going too far.  If I did not consider the heart as a

11   factor, well, then, you're left with the rhabdo.  You've

12   got to find something.

13             Then, you got the rhabdo, the acidosis, and

14   the hyperkalemia.  Once you throw in the heart and the

15   exertion, those are additional factors.

16        Q    Let's talk about the rhabdo for a second since

17   you're now placing the emphasis on it.  Dr. Eserman

18   believes that the rhabdo was caused by some of the

19   things you've talked about, the breakdown and things

20   like that.  She does not allow for -- well, strike that.

21             The rhabdomyolysis can be caused -- the muscle

22   breakdown can also be caused by, for want of a better

23   word, breeding -- beating, trauma to the muscles?

24        A    Not in this case.  There's no evidence of

25   muscle injury on autopsy, and she looked for it very

TOM NEUMAN                                        July 25, 2018

1   carefully.  There's not a hematoma in a single muscle.

2        Q    That's what I want to talk to you about.  You

3   would agree with me that rhabdomyolysis can be caused

4   by --

5        A    Severe beating.

6        Q    -- severe beating to --

7        A    Muscles.

8        Q    -- muscles, right?

9        A    No evidence of that.

10       Q    You read Dr. Baden's report, and he talks

11  about muscle damage in 26 different locations, correct?

12       A    No.  He talks about black and blue marks in 26

13  different locations, and they are all superficial.

14       Q    Do you believe -- well, would you agree with

15  me that the only way to determine the muscle damage that

16  we're talking about is by taking microscopic slides and

17  going in there to look?

18       A    No.  Now, you're going to have to talk to a

19  pathologist about it, but my answer to that is, no,

20  after looking at lots of autopsies of traumatic deaths.

21  The answer to that from my experience is no, but that's

22  one you can take up with a pathologist.  My experience

23  says no.  There's not a single hematoma in a single

24  muscle.

25       Q    Do you believe -- first of all, do you believe

TOM NEUMAN                                          July 25, 2018

Page 135

 1    that Kendole Joseph had any muscle damage from the

 2    beating, from the hits that he took?

 3         A    If he did, it was not reflected

 4    biochemically -- I mean, it was not reflected at the

 5    autopsy.  Excuse me.

 6         Q    Do you believe that Dr. Eserman did everything

 7    she could do to determine if there was, in fact, muscle

 8    damage from --

 9         A    Take that up with a pathologist.

10         Q    You do not have an opinion on that?

11         A    I'm not a pathologist.  Remember, I'm

12    methodology, okay?  I'm methodology, statistics,

13    breathing.  I'm not a pathologist.  I can see the flaws

14    in what a pathologist does based on methodology and

15    statistics.  I will not get into what the slides show.

16              Unless we talk about slides of the lung

17    because I'm a trained pulmonologist, and I can deal with

18    that.

19         Q    We're not going to do that.

20         A    No.

21         Q    You don't know what slides Dr. Eserman

22    reviewed or what slides she took in terms of muscle

23    damage?

24         A    I didn't pay attention to it.

25         Q    You did not base your opinion, you're saying,

TOM NEUMAN                                          July 25, 2018

1    on any of that?

2         A    Correct, other than her statement that there

3    was no gross injury to the muscles.

4         Q    You took that to be for purposes of your

5    analysis to be true?

6         A    Correct.  I'm not a pathologist.

7         Q    Let's talk about the Benadryl.

8         A    Yes.

9         Q    You reviewed -- number 12, both an admission

10   blood test, marked blood, and an autopsy heart blood

11   test two days later revealed diphenhydramine in a

12   concentration found 2100 ng --

13        A    Nanograms per milliliter.

14        Q    Thank you, nanograms per milliliter.  Is that

15   a factor in his death?

16        A    Well, it may be.  We got another thing.

17   Remember, this -- it's not a lethal -- I mean, it's not

18   a lethal concentration.

19        Q    It's nowhere close in an average --

20        A    I wouldn't argue nowhere as close.  Remember,

21   it's not a question of the average lethal concentration.

22   It's a question of the lowest lethal concentration.  But

23   it is not -- no argument.  It's not a lethal

24   concentration.

25              However, it is certainly high enough to

TOM NEUMAN                                                July 25, 2018

Page 137

1    produce some of the behavioral changes that we saw in

2    Mr. Joseph.  You know, there's -- pneumonic is the wrong

3    word.  It's sort of a rhyme for the clinical syndrome

4    that's produced by diphenhydramine type drugs.

5              You know, it's red as a beet, hot as a pistol,

6    dry as a bone, mad as a hatter, stuffed as a pipe.  He's

7    4 out of 5 on those.  Now, that's not lethal, but that

8    stuff helps explain his behavior as well.  Then it's his

9    behavior, agitation, physical exertion and so on that

10   continue from that.

11             Did it play a role in his death?  Not directly

12   as a toxic agent but potentially through it's behavioral

13   manifestations.

14        Q    It's part of the stew?

15        A    It's part of the stew.

16        Q    Part of this is going into 14.  You quote

17   Dr. Eserman.  It says, the remainder of the autopsy

18   revealed no other potentially lethal abnormalities and

19   concluded Mr. Joseph died -- "died as a result of acute

20   psychosis exacerbated by diphenhydramine toxicity in the

21   setting of schizophrenia while in police custody."

22   Agreed?

23        A    Yeah.  That pretty much sums it up.

24        Q    I want to go back to rhabdomyolysis for a

25   second.  You saw the video, correct?

TOM NEUMAN                                           July 25, 2018

 1      A    Yes.

 2      Q    In your opinion -- I know you're not here as a

 3   video expert, so I'm not holding you to that.

 4      A    Nor a police practices expert.

 5      Q    I understand that.  You did observe in the

 6   video officers striking -- at least one officer striking

 7   Kendole Joseph?

 8      A    Yes.

 9      Q    Numerous times?

10      A    I forgot how many times.

11      Q    More than once?

12      A    Yes.

13      Q    We don't need to argue about how many times

14   here.

15      A    No.

16      Q    You also saw at least one officer kicking

17   Kendole Joseph?

18      A    Yes.

19      Q    At least once?

20      A    That, I think we can safely say more than

21   once.

22      Q    Could those strikes, at least what you saw,

23   cause rhabdomyolysis?

24      A    Well, without evidence of muscle damage, I'm

25   going to say no.

TOM NEUMAN                                          July 25, 2018

Page 139

1          Q    But if there were evidence of muscle --
2     hypothetically, if there were muscle damage or if proper
3     tests were done, meaning, slides, microscopic
4     evaluation, and there were muscle damage, could those
5     strikes, in your opinion, cause some muscle damage?
6          A    Well, it could cause a release of CPK, no
7     question about it.  To a degree, that is the definition
8     of rhabdomyolysis, but it didn't cause the renal
9     failure.  That had come 12 to 24 hours prior to that.
10    It didn't cause the hyperkalemia.
11              That came 12 to 24 hours.  It didn't cause the
12    acidosis.  It didn't cause his enlarged heart.
13    Remember, you're a runner.  If you run a good race, your
14    CPK is going to be elevated after that.  It will be 500
15    to a thousand.
16              If I go scuba diving and I jam my arm into a
17    sea urchin, your CPK is going to be elevated.  If you
18    are in the hospital and I draw your blood after I give
19    you an IM injection, your CK is going to be elevated as
20    a result of those things.
21              You have to remember how sensitive these tests
22    are.  Yeah, absolutely, that kind of beating, given
23    muscle damage that you can see, I would say could cause
24    an elevation of the CK.  It's not enough to cause renal
25    failure, though.

TOM NEUMAN                                        July 25, 2018

Page 140

1        Q    Understood.  Then you talk about in 15 what I
2   think we've already discussed, normal heart --
3        A    I think we've beaten that one to death, no pun
4   intended.
5        Q    Okay.  We talked about that.  You mentioned
6   here in 16 medical records dated January of 2017
7   revealed normal renal function?
8        A    Yes.
9        Q    That's from before?
10       A    Yeah.  This is two weeks before this.
11       Q    Right.  How do you -- we talked about renal
12  failure from his prior incident?
13       A    Yeah.  That was acute renal failure that was
14  completely resolved.
15       Q    Resolved?
16       A    Yes.
17       Q    What do you believe that this renal failure
18  was caused by, the renal failure that you believe
19  contributed to his death?
20       A    We're back to our stew.  Psychosis, exertion,
21  high temperature, the whole thing.  Excited delirium,
22  we've talked about it all.
23       Q    We're going to come around to positional
24  asphyxia in a minute.
25       A    I would hope so.  We're running out of time.

TOM NEUMAN                                        July 25, 2018

```
 1        Q    No, we're okay.  Let me ask you a question,
 2   actually.  If we go until two o'clock --
 3        A    Yes.
 4        MR. OPPENHEIMER:  Off the record.
 5                    (Recess was taken.)
 6        MR. OPPENHEIMER:  Okay, back on the record.
 7   BY MR. OPPENHEIMER:
 8        Q    Excited delirium, what's your definition of
 9   excited delirium?
10        A    It's a syndrome.  It's associated with drug
11   use.  It's associated with typically certain psychiatric
12   disorders.  It happens most of the time with psychiatric
13   disorders when people are not taking their medications.
14             It's basically dialing up the whole central
15   nervous system to the extent that the feedback
16   mechanisms to stop you from doing stuff internally don't
17   seem to work.  There are people who believe that this is
18   a separate and distinct entity, and I think the proof is
19   not quite in on that yet.  That's Debra Mash in Miami.
20             She believes it's a distinct entity, and she
21   thinks she can characterize it by a change in up
22   regulation of certain receptor sites in the brain.
23   Other people believe it's just the extreme end of the
24   drugs or the psychosis.
25             It existed as much as 100 years ago.  It was
```

TOM NEUMAN                                          July 25, 2018

1   then described as fatal excited mania.  I forgot exactly

2   what it was called.

3        Q    Some people believe --

4        A    It's a syndrome.

5        Q    Some people believe -- and I'll throw in

6   pro-police people.  Some people believe that excited

7   delirium can be a cause of death.

8        A    It's something that can trigger the death by

9   the same stew we are talking about here, but the

10  mechanism of death is still a cardiac dysrhythmia.

11       Q    Can excited delirium cause cardiac

12  dysrhythmia, in your opinion?

13       A    Is it causing it or is it causing stuff that

14  causes the dysrhythmia?  The excited delirium maybe

15  causes extreme exertion, extreme agitation.  It's not

16  the actual delirium that causes the dysrhythmia.  It's

17  the chemical changes due to the behavior that causes the

18  dysrhythmia.

19            The same behavior in somebody who wasn't

20  psychotic, would it produce the dysrhythmia?  There's

21  some disagreement about that, and I don't have an answer

22  to it yet.  That's why emergency physicians are now

23  calling it a syndrome rather than a specific diagnosis.

24            We just don't know the mechanism by which

25  death is associated with excited delirium.

TOM NEUMAN                                        July 25, 2018

Page 143

1       Q    Is it possible that someone who has, let's

2   say, excited delirium syndrome -- let me ask you this,

3   excited delirium syndrome alone as a cause of death; do

4   you buy into that?

5       A    I tried to explain it.  Is it the excited

6   delirium?  I don't think so.  I think it's the things

7   that the excited delirium causes that precipitate the

8   death, especially in the setting of an enlarged heart.

9            Which in the one paper that looks at heart

10  weight in people who die under the observation of

11  paramedics with excited delirium, essentially all of

12  them have hearts the weight of Mr. Joseph.

13      Q    One who has excited delirium syndrome, can the

14  death be exacerbated by a beating by police or something

15  by police like a struggle?

16      A    Give me a mechanism.  The CK in and of itself

17  is not lethal stuff.

18      Q    I understand that.

19      A    Since the striking occurred minutes before --

20  whether it's five minutes or seven minutes or ten

21  minutes before Mr. Joseph suffered his cardiovascular

22  event, even if he does have release of CK from his

23  muscles from the kicking and the punching, that is not

24  going to contribute to the death.

25            Now, if you told me that that beating happened

TOM NEUMAN                                          July 25, 2018

Page 144

1    24 hours ago and nothing else was going on, and he has

2    this terrible beating and his muscles are full of blood

3    and he's got myoglobin casts in his urine, and he's got

4    creatinine like this, and hyperkalemia like this, and

5    acidosis like this, I'd say, yeah, the beating did it

6    but not in this time sequence.

7         Q    You indicate in your report, page five, the

8    first section, you were asked to review is it more

9    likely than not asphyxia occurred based upon what is

10   described as the sequence of events in this case.  You

11   indicate as one of the factors, Mr. Joseph was screaming

12   and fighting as he was put in the police vehicle and

13   continued to do so for some period of time.

14             Where do you get that information from that he

15   continued to do so for some period of time?

16        A    I believe that was from the police officer.

17   We talked about that, that he was still screaming while

18   he was in the vehicle, kicking while he was in the

19   vehicle.

20        Q    Obviously, you can only go from what you are

21   given.  You were not there.  So if they're not telling

22   the truth, that obviously affects -- just like the

23   cardiologist's data, that can affect your future

24   opinion?

25        A    The cardiologist data could affect --

TOM NEUMAN                                          July 25, 2018

Page 145

1      Q    Dr. Eserman relied on the fact that he had a

2  normal heart, and you disagree with that.  That could

3  affect --

4      A    Whose opinion?

5      Q    Dr. Eserman's opinion.

6      A    Maybe.  You'd have to speak to Dr. Eserman

7  about it.

8      Q    Understood.  You did not examine the inside of

9  the police vehicle?

10     A    Correct.

11     Q    Were you given any pictures of the inside of

12  the police vehicle in terms of measurements and how big

13  or small it was?

14     A    No.

15     Q    When you comment that Dr. Baden says

16  Mr. Joseph was squeezed in the back of this police

17  vehicle, you said there was no evidence of pressure,

18  meaning, somebody on his back or something on his back,

19  correct?

20     A    Yes.

21     Q    As far as being in a tightly confined space,

22  you wouldn't necessarily disagree that he was placed in

23  a tightly confined space?

24     MR. LEVENSON:  I'm going to object to that, but he

25  can answer.

TOM NEUMAN                                           July 25, 2018

Page 146

 1        THE WITNESS:  Yeah, he's in the back seat of a car,
 2   and they had to bend his knees.  I will let somebody
 3   else, anybody else once they see -- I don't understand
 4   how that means squeezed but whatever.  Take that up with
 5   Dr. Baden.  What I interpret it to mean is that there's
 6   no weight on his back.
 7   BY MR. OPPENHEIMER:
 8        Q    You say, for an individual to suffer a
 9   cardiopulmonary arrest from asphyxiation would as noted
10   above require at least five minutes of no breathing at
11   all for which there is no evidence in this case.
12        A    Yes.
13        Q    Are you aware -- do you know the amount of
14   time that elapsed from the time that the police officers
15   carried Mr. Joseph out of the store and until the time
16   that he went into arrest or unconscious?
17        A    What I base that on is the statement that he
18   was in the car for two or three minutes.  I am aware
19   that he continued to fight before being put in the car,
20   and he was screaming before he was put in the car.
21   Obviously, under those circumstances, he was alive and
22   breathing.
23             My estimate of the time in this situation is
24   the two to three minutes that he was in the car
25   unobserved between the time the doors were closed and

TOM NEUMAN                                           July 25, 2018

1    the time somebody noticed that he was unresponsive.  I

2    don't care about how long the previous stuff was.

3         Q    If, in fact -- where did you get the two or

4    three minutes from in the back of the car?

5         A    I seem to remember reading that in one of the

6    statements.  How long was it, and they said a short

7    period of time, a few minutes, two to three minutes, not

8    even three minutes.  I think those were the words.

9         Q    If the time frame from being taken out of the

10   store to being --

11        A    I don't care what taking out of the store is.

12        Q    Fine, because he was still kicking and

13   screaming?

14        A    Kicking, screaming, yelling as he was being

15   put in.

16        Q    Does that mean you take it as --

17        A    He's alive.

18        Q    If he's kicking and screaming, he's breathing?

19        A    Yeah.  Screaming, you're breathing.

20        Q    If, in fact, the time frame from when he was

21   placed in the car until the time he went unconscious was

22   longer than that, does that affect -- could that affect

23   your opinion?

24        MR. LEVENSON:  This is a hypothetical situation

25   you're asking him about as opposed to a factual

TOM NEUMAN                                          July 25, 2018

Page 148

1  situation?  Do you want him to answer that as a

2  hypothetical?

3      MR. OPPENHEIMER:  Yes.  It can be hypothetical for

4  purposes of this deposition, yes.

5      THE WITNESS:  No, I don't care.  Because that's not

6  a position that --

7      MR. OPPENHEIMER:  All that work you just did,

8  nothing.

9      THE WITNESS:  It's not a position that adversely

10  affects ventilation to the point that it's going to

11  cause any trouble.

12  BY MR. OPPENHEIMER:

13      Q    In your opinion then, no matter how long he

14  was in the back of that car -- well, for the first two

15  hours of the deposition, you told me that essentially,

16  what we -- what a lot of people say causes positional

17  asphyxia does not, in fact, cause -- positional asphyxia

18  does not cause asphyxia, correct?

19      A    Correct.

20      Q    In your opinion, they could have placed

21  Mr. Joseph in the back seat of that car facedown,

22  handcuffed --

23      A    As long as he's not being smothered.

24      Q    Yes, I understand that.

25      A    As long as he can turn his head to the side or

TOM NEUMAN                                          July 25, 2018

Page 149

1    lift his head up.  I made no comment --

2         Q    Like your subjects?

3         A    I make no comment if you're saying they

4    stuffed a sock in his mouth and he couldn't breathe,

5    okay?  I make no comment about that.  We're not talking

6    about anything else other than the mechanics of

7    ventilation.

8         Q    Understood.  Just to be clear -- we can go

9    over timelines and everything else, but in your opinion,

10   if he was placed in the back of that car handcuffed

11   behind his back, he wasn't officially hog-tied, but legs

12   were shackled together, and his feet were in the upright

13   position that you described, the 90 degrees.

14             Number one, he's a 6-foot tall guy, and it's a

15   shorter car.  If he was placed in that position, it does

16   not -- as long as he can move his head -- and it would

17   require him to be conscious to move his head -- it does

18   not matter to you for your opinion as to how long he was

19   in that position for?

20        A    That is essentially correct.  I mean, he can

21   starve to death in that position if left there for two

22   weeks, okay?

23        Q    I understand.

24        A    Short of that sort of extreme absurdity, it

25   makes --

TOM NEUMAN                                    July 25, 2018

Page 150

1      Q    Someone holding his nose.  Somebody choking

2  him?

3      A    Right, exactly.

4      Q    But if he is placed in the position that we're

5  all fighting about today, and that's why you're here, it

6  does not matter to you how much time he was placed in

7  that position, 30 seconds, five hours?

8      A    You ever sleep on your belly?

9      Q    I'm not the subject here but, yes.

10     A    You think you're going to suffocate if you

11  bend your knees?

12     Q    I'm not going to answer that question.

13     A    I understand you're not, so let me make it as

14  a hypothetical.  Tom, I'm sleeping on my belly.  Do you

15  think you're going to suffocate if you bend your knees

16  and put your arms behind your back?  No, I don't think

17  so.

18     Q    Let me ask you this, me going to bed and

19  sleeping on my belly is different than -- which is my

20  next question because you've already answered the one

21  about time.  For purposes of my discussion with you, it

22  didn't matter if it's 10 seconds, assuming he didn't

23  starve to death, or 10 hours?

24     A    Well, 10 seconds becomes an absurdity

25  because -- hold your breath.  I mean, even if you

TOM NEUMAN                                        July 25, 2018

Page 151

1   couldn't breathe at all, 10 seconds aren't going to do

2   anything.

3        Q     I understand.

4        A     Let's say an hour, okay?

5        Q     Fair enough.

6        A     Three minutes or an hour make no difference.

7        Q     Make no difference if he's in that position?

8        A     Yeah.

9        Q     Does it make a difference using the three

10  minutes to an hour analogy if it's not just me going to

11  bed on my stomach.  It's a struggle, for want of a

12  better word today, with the police where he was at least

13  punched more than one time and kicked more than one

14  time, carried out in the position that he was carried

15  out in, placed in the back of the car -- strike that.

16           Do you believe that the amount of time from

17  three minutes to an hour placed in a way that we are

18  alleging that he was after everything --

19       A     I'm accepting the way that you say he was

20  placed.

21       Q     That's fine.  I appreciate that.  Assuming

22  everything that he had been through and everything you

23  talked about, do you think that contributed to his death

24  in any way, shape, or form?

25       A     His position in the car the way he was placed

TOM NEUMAN                                          July 25, 2018

Page 152

1    that I'm granting you his placement?

2        Q    Yes.

3        A    No.  It had nothing to do with his death, from

4    an asphyxial point of view.

5        Q    That would not -- okay, fair enough.  Ever

6    read the medicolegal investigation of death?

7        A    By Spitz?

8        Q    Yes.

9        A    Of course.

10       Q    Your opinion of it?

11       A    Which edition?

12       Q    I knew you were going to ask that.  I don't

13   know, the most recent one.

14       A    The 4th?

15       Q    Sure.

16       A    Have you read it?

17       Q    Not all of it, some of it.

18       A    Have you read the part with positional

19   asphyxia?

20       Q    I am not the witness here.  Yes, I have.

21   Let's get to that.  That's the basis of my question too.

22       A    If you look at the references for it, they're

23   all wrong.  The numbers are all out of place.

24       Q    Now you're answering my question.

25       A    Well, I'm trying to give you my opinion of it

TOM NEUMAN                                    July 25, 2018

Page 153

 1  without saying what it is, okay?

 2       Q    I think you are, but that's okay.  I want your

 3  opinion.

 4       A    I'll give you my opinion.  It's absolutely

 5  junk, that section.

 6       Q    Fair enough.

 7       A    He makes medical opinions based upon what a

 8  judge says.

 9       Q    Would you disagree with this statement -- I

10  can guess that you would.  I could save some money by

11  not having you answer this.  A struggling agitated

12  individual breathes faster, has a faster heart beat,

13  elevated blood pressure, and heightened metabolism.

14  I'll read the whole paragraph.  I'm not going --

15       A    No, you don't have to.  The only thing that's

16  probably wrong about that is the blood pressure.  Normal

17  people don't really raise their blood pressure much with

18  exercise, but anybody who is struggling breathes more,

19  okay?

20            Their metabolism -- if by metabolism they mean

21  oxygen consumption increases under the circumstances,

22  it's exercise.

23       Q    Or it could be something else besides

24  exercise.  Would you call the struggle with Kendole

25  Joseph in the store exercise?

TOM NEUMAN                                       July 25, 2018

 1      A    Exertion, yeah, it is.  From a physiologic

 2  point of view, that's what it is.

 3      Q    Fair enough.  Second sentence of that first

 4  section, such an individual requires more air and more

 5  oxygen?

 6      A    Yes.

 7      Q    Immobilization of the chest, even if only

 8  partially reducing the ability to maintain vital

 9  functions culminates in cardiac arrhythmia or could.

10      A    How much is the chest immobilized?  If you put

11  a nickel on somebody's back, it's not going to be

12  immobilized or impaired enough.  If you put a great deal

13  of weight on it, it will.  The devil is in the details.

14           How much is ventilation impaired, and what is

15  the requirement for ventilation under those

16  circumstances?  Yes, oxygen consumption increases under

17  those circumstances.  How much?  Ventilation may be

18  decreased under those circumstances, or maximum

19  ventilation is decreased.

20           It's an important difference.  Your

21  ventilation isn't decreased.  Your maximum ventilation

22  is decreased.  How much and does that decrement actually

23  get below what you need to ventilate?  These are the

24  details that are critical.

25      Q    Understood.  How about this statement:

TOM NEUMAN                                    July 25, 2018

Page 155

1   Postural asphyxia also known as positional asphyxia

2   occurs when the head and neck are turned or situated so

3   as to obstruct the upper airway and the reflex drive to

4   right the head is or can be dulled by intoxication,

5   concussion, or neurological disease.

6       A    Well, there are several statements in there.

7   Basically what I'm taking that to mean is, you get so

8   drunk that you can't wake up -- and this is another true

9   positional asphyxia.  You get so drunk that you don't

10  wake up, and then you fall into a position where you

11  can't breathe and your brain is sudated to the point

12  that you don't move your head.  That's positional

13  asphyxia.

14      Q    Fair enough.  I think you may have already

15  answered this question, but I'll ask it again.  I think

16  I'm asking it again.  If Kendole Joseph or if someone

17  has all the things that Kendole Joseph had and went

18  through what he had going into that car, assuming he's

19  there three minutes to an hour, whatever we said, that

20  could not have affected his death or made things worse?

21      A    Correct.  The position did not cause him to

22  asphyxiate.  The ongoing exertion is not good for

23  somebody with a bad heart, hyperkalemia, acidosis.  All

24  of that makes that stuff worse.

25      Q    This is where you and Dr. Eserman apparently

TOM NEUMAN                                              July 25, 2018

Page 156

1    agree that he would have died anyway?

2         A    Yes.

3         Q    Do you think he would have died that day?

4         A    Potassium at 8.1, PH is 6.5?

5         Q    Is there anything that we've discussed in

6    terms of -- is there anything else that the police

7    officers -- strike that.  Are there any other reason for

8    the potassium increasing that high, besides from what

9    you've said?

10        A    No.  We mentioned this before.  Hyperkalemia

11   is a pretty -- you know, the number one cause of

12   hyperkalemia is going to be renal failure.  Other than

13   some drugs that people take for hypertension, some drugs

14   that interfere with glomerular filtration rate can cause

15   it.

16             There can be abnormalities of platelets that

17   cause hyperkalemia.  There are relatively few things

18   that cause hyperkalemia, and renal failure is just

19   number 1, 2, 3, 4, and 5.

20        Q    I want to go back to your report.  I'll stop

21   asking you about the medicolegal stuff that you don't

22   like.  Page seven in your report, you indicate an

23   additional point is whether Mr. Joseph was suffering

24   from the excited delirium syndrome at the time of his

25   final interaction with the police.

TOM NEUMAN                                          July 25, 2018

 1              Dr. Eserman in her deposition points out, if
 2    you wanted to substitute excited delirium into acute
 3    psychosis, I wouldn't terribly object to it.  You said,
 4    I would argue the elevation of creatinine, CPK, and a
 5    number of other laboratory abnormalities are all more
 6    consistent with EDS than psychosis, and the
 7    anticholinergic signs of diphenhydramine toxicity;
 8    however, this does not alter the basic physiology of
 9    Mr. Joseph's death.
10        A    Right.
11        Q    Comment?
12        A    I think we've discussed that one half to
13    death.  It's a stew.  Whether you want to call it
14    excited delirium, whether you want to call it a
15    psychosis, whatever, you're left with renal failure,
16    hyperkalemia, severe acidosis.
17              In my opinion, and as the numbers would
18    dictate, a bad heart on top of it.
19        Q    In the next paragraph, you talk about
20    Dr. Baden, but I want to go to the second part of that
21    paragraph.  Dr. Baden further seems to imply the
22    elevated CPK, rhabdomyolysis, and elevated creatinine
23    are due to the trauma Mr. Joseph received, but without
24    major evidence of direct muscle injury on autopsy, this
25    is highly unlikely.  I know you've already discussed

TOM NEUMAN                                        July 25, 2018

Page 158

1    that a bit?

2         A    Yes.

3         Q    I do want to ask you, if there was more

4    evidence of direct muscle injury on autopsy than you

5    considered and maybe, perhaps, Dr. Eserman found or

6    considered, would that change your opinion or cause you

7    to agree with Dr. Baden's statement?

8         A    But they had no affect -- that didn't cause

9    the renal failure.  It didn't cause the hyperkalemia.

10   It didn't cause the acidosis.  It would not materially

11   change the stew.  Then, of course, we're talking about a

12   cause of death unrelated to asphyxia.

13        Q    I understand.

14        MR. OPPENHEIMER:  Let's take a few minutes.

15             (Recess was taken.)

16   BY MR. OPPENHEIMER:

17        Q    Going back to your number nine in your report

18   when you talk about -- we went over this in fairly good

19   detail, so if I'm answering a question we've already

20   done, just let me know.

21        A    Number nine, the facts?

22        Q    Right.  When you talk about treatment resulted

23   in a return of spontaneous circulation, is there an

24   issue in terms of getting CO2 levels because they

25   weren't able to get into -- they had problems getting

TOM NEUMAN                                      July 25, 2018

Page 159

1   into the windpipe, according to the medical records?

2        A    Yes.

3        Q    How does that affect everything in terms of

4   CO2 levels?

5        A    It would affect it if they weren't ventilating

6   the lungs properly.  However, you were kind enough to

7   show me that graph, which is a normal wave form.  So in

8   this case, it didn't.

9        Q    Getting the air from the esophagus, that would

10  have little -- less CO2?

11       A    Well, it wouldn't -- it wouldn't have any to

12  speak of, and it wouldn't give you that kind of wave

13  form.  The whole purpose of a Combitube is to prevent

14  that from happening.

15       Q    If a PCO2 level is 54, that would be high?

16       A    Yes.

17       Q    If his oxygen was 62, that would be low?

18       A    Yes.

19       Q    He would be in respiratory arrest at that

20  time?

21       A    Well, he might be in it.  I mean, you can have

22  those blood gases with or without being in respiratory

23  arrest.

24       Q    Low oxygen, high CO2, how does that comport

25  with your conclusion in number nine?

TOM NEUMAN                                        July 25, 2018

Page 160

1        A    Well, that was taken in the hospital after --
2   while he was in cardiac arrest.  Those are cardiac
3   arrest gases.  This is with spontaneous circulation.
4        Q    If Kendole Joseph had blood in his throat
5   during this incident, would you agree with me that could
6   make it harder for him to breathe?
7        A    How much blood in his throat?  He's screaming.
8   He's yelling.  It sort of goes into the so what
9   category.
10       Q    What could cause the blood in his throat?
11       A    Cut in the mouth.  Look, he was in a fight.
12  He was in a struggle.  He's got black and blue marks
13  from wherever they came.
14       Q    If he was -- and I know we talked about
15  Dr. Baden saying he was squeezed in.  We already talked
16  about the potential size of the back seat.  If he had
17  been placed down in that fashion -- we already talked
18  about time and everything.
19            If he was placed down against the seat with
20  his mouth down and nose down against the seat and he
21  couldn't move, that can certainly affect and interfere
22  with his breathing, correct?
23       A    It depends upon how hard the seat is; whether
24  he could pull his lips back, but I'm not talking about
25  that, okay?  That's back to the category of smothering.

TOM NEUMAN                                              July 25, 2018

Page 161

1   As long as he was not unconscious and there is no reason

2   for him to be unconscious, he should just turn his head

3   or lift his head.

4           If you tell me somebody is holding his head

5   into there and he couldn't move it, and his face and

6   nose were crushed into the seat, that's a different

7   story.

8       Q    I don't think I did ask you this.  EMS was

9   already there because they were called because of the

10  tasering, and they have to be there when someone is

11  tasered, right?

12      A    That's my understanding.

13      Q    In your opinion -- and it's also clear that

14  EMS did not take a look at Kendole Joseph until after he

15  went into arrest.

16      A    That's my understanding.

17      Q    Their time was spent helping to clean blood

18  off the officers, and the blood that was on the

19  officers, was Kendole Joseph's blood.  Most of it, from

20  what we could tell.  It doesn't matter for purposes of

21  the question.

22          Do you believe that things would have been

23  different or that Kendole Joseph's condition would have

24  been different if they had taken him from the store and

25  placed him in the ambulance so they could start working

TOM NEUMAN                                    July 25, 2018

Page 162

1    on him instead of the delay?

2         MR. LEVENSON:  As a hypothetical, you can answer.

3         THE WITNESS:  Well, that becomes a very complicated

4    question.  Because the paramedics are not going to be

5    working on him while he's still overtly fighting and

6    stuff like that.  They have to get him onto a gurney.

7         They have to get him strapped down because

8    they can't work on him in a facedown hobbled position.

9    They have to have him turned over.  They have to have

10   his arms strapped down individually.  The first question

11   is, what is the treatment that is going to be given to

12   him?

13        You know, what is the time to even begin to

14   treat him?  I'm not sure what the time delay would have

15   been under those circumstances, but let's imagine that

16   we are going to magically get him treated

17   instantaneously as he comes out of it.

18        What are they going to do?  They're going to

19   sedate him.  That's what has to be done.  You want to

20   talk about something that's going to lower his breathing

21   and make his acidosis worse?  That's going to be

22   sedation.

23        So, no, I really don't think given the

24   criticality of his numbers, that PH and that

25   hyperkalemia, the likelihood of what the paramedics were

TOM NEUMAN                                         July 25, 2018

                                                    Page 163
 1   going to be able to do in the street would have made

 2   much of a difference.

 3           This was a man who on the knife edge of death

 4   with those numbers.  You have to appreciate just how

 5   awful they are.  They're almost incompatible with life.

 6   BY MR. OPPENHEIMER:

 7       Q    He apparently had three intubations during the

 8   EMS procedure?

 9       A    Yes.

10       Q    Did that affect anything in your -- it may

11   have been because there was blood in the windpipe.  Does

12   that --

13       A    Well, they said it was.  They said they had

14   trouble visualizing it.

15       Q    Does that affect your opinion at all?

16       A    Well, that's post-arrest.  My opinion is all

17   pre-arrest.

18       MR. OPPENHEIMER:  I think I have no further

19   questions.

20       THE REPORTER:  Do you want a copy?

21       MR. LEVENSON:  Yes.

22           (Whereupon, at 1:06 p.m., the deposition was

23   concluded.)

24

25

Page 164

1                         *     *     *

2               I hereby declare under penalty of perjury that

3      the foregoing is my deposition under oath; that I have

4      read my deposition and have made the necessary

5      corrections, additions or changes to my answers that I

6      deem necessary.

7               In witness thereof, I hereby subscribe my name

8      this _____ day of _____, 2018.

9

10     _____
                 TOM S. NEUMAN, MD
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TOM NEUMAN                                    July 25, 2018

Page 165

I, _____, do hereby
certify that I have read the foregoing statement and
that, to the best of my knowledge, said statement is
true and accurate (with the exception of the following
changes listed below):

PAGE        LINE        CHANGE TESTIMONY TO READ AS FOLLOWS:

_____       _____       _____

_____       _____       _____

_____       _____       _____

_____       _____       _____

_____       _____       _____

_____       _____       _____

_____       _____       _____

                        _____
                        TOM S. NEUMAN, MD

TOM NEUMAN                                          July 25, 2018

Page 166

STATE OF CALIFORNIA     )
                                    ss
COUNTY OF SAN DIEGO     )
          I, NICOLE GALVIN, Certified Shorthand Reporter
in and for the State of California, Certificate No.
13826, do hereby certify:
          That the witness in the foregoing deposition
was by me first duly sworn to testify the truth, the
whole truth, and nothing but the truth in the foregoing
cause; that the deposition was taken before me at the
time and place herein named; that said deposition was
reported by me in shorthand and transcribed, through
computer-aided transcription, under my direction; and
that the foregoing transcript is a true record of the
testimony elicited at proceedings had at said
deposition.
          I do further certify that I am a disinterested
person and am in no way interested in the outcome of
this action or connected with or related to any of the
parties in this action or to their respective counsel.
          In witness whereof, I have hereunto set my
hand this 27th day of July, 2018.
                    Read and sign was requested.
_____
NICOLE GALVIN, CSR NO. 13826

TOM NEUMAN

**$**

**$750**  87:4,7

**0**

**04**  123:18

**1**

**1**  11:17 120:12
156:19

**10**  18:1 21:16 24:3,
5 26:24,25 39:25
55:18 62:20 63:1,6
74:19 120:12,20,23
121:3,18,25 122:1
125:14 127:2,4
150:22,23,24 151:1

**100**  127:23,25
141:25

**101**  118:17 125:15

**102**  120:7

**108**  120:7

**11**  120:19,23
121:1,18 122:1
127:5

**12**  26:25 74:17,18,
19,23 75:7 87:13
120:7 125:24 126:7
127:3 129:17 130:3
136:9 139:9,11

**120**  18:4,6,14,15
40:6,7

**14**  74:17,18,19,23
137:16

**14:02**  120:6
125:12

**14:05**  125:12,13

**15**  21:15 39:24
40:17,18,19 45:22
47:2,22 49:11 50:8
59:21 140:1

**150**  73:5 113:17
127:24

**16**  140:6

**165**  61:4,20 63:13
72:25

**17**  6:21,23

**170**  40:5,12,25
42:19 45:23 53:4
60:14 71:10

**175**  73:6

**180**  75:5

**19**  9:24

**1974**  11:12,16

**1980**  11:16

**1980s**  18:3

**1988**  22:5 71:24

**1990s**  11:3

**1:06**  5:2 163:22

**2**

**2**  156:19

**2.4**  125:21,24
132:5

**20**  9:13,15 21:15
26:12,15,23,25
57:19 58:3

**200**  75:5

**2000**  127:15

**2016**  128:25

**2017**  87:13 88:1
89:6,7 140:6

**2018**  5:1 6:9 89:13

**2100**  136:12

**212**  108:17

**225**  28:11 72:19
73:1,5,7,9,16 75:10
77:25

**24**  125:24 126:7
130:3 139:9,11

144:1

**241**  108:19

**25**  5:1 9:15 26:12
57:19 72:21 114:13

**25-pound**  73:15

**26**  134:11,12

**2624**  127:16

**28**  89:13

**290**  108:18

**2:00**  78:20

**3**

**3**  156:19

**30**  33:11 43:15,20
44:1 110:18 114:13
120:10 150:7

**350**  40:1,3 112:11

**375**  112:13

**38**  120:10

**4**

**4**  137:7 156:19

**40**  123:21

**43**  119:23 120:9

**45**  123:21

**455**  108:11

**481**  108:19

**4th**  152:14

**5**

**5**  6:8 21:16 137:7
156:19

**50**  72:21 74:15
113:15,18 123:21

**500**  74:22 110:22
114:8 139:14

**506**  108:18 109:4

**54**  159:15

**6**

**6-foot**  149:14

**6.5**  156:4

**62**  159:17

**7**

**7**  88:1 89:5

**72**  108:19 120:7

**8**

**8**  89:6

**8.1**  125:16 132:3
156:4

**85**  19:7,14 21:20,
25 24:22 25:2

**9**

**9**  89:8

**9-inch**  61:5

**90**  19:7,14 21:20
24:23 70:16 149:13

**90-degree**
117:18

**92**  11:3

**93**  11:3

**94**  10:2 120:8

**95**  9:25 19:6 21:4

**95-ish**  24:14

**96**  10:2

**97**  21:5

**9:14**  5:2

**A**

**A-A**  21:11,14

**A.M.**  5:2

**abdomen**  28:12
61:6,21

**ability**  42:25
44:21,23 58:12,14,
16 59:13 60:2,3,4,6,
16,17 74:9 75:11
77:4 78:12 154:8

**abnormal**  108:7
113:19

**abnormalities**
97:1 125:16 129:25
137:18 156:16
157:5

**abnormality**
130:24

**absolute**  75:15

**absolutely**
17:11 53:20 55:1
56:2 59:20,22 63:9
83:11 132:4 139:22
153:4

**absurdity**
149:24 150:24

**academic**  66:15
92:24

**academically**
6:1

**academician**
92:23

**academics**
64:21

**accept**  65:8

**acceptable**  96:8

**accepting**
151:19

**access**  47:14
66:12 103:3

TOM NEUMAN

**accident** 10:13
15:16 106:18

**accidents** 12:18,
20 105:21 106:1
107:3 112:20

**account** 27:15
108:6

**accurate** 124:7

**accusing** 104:18

**acidosis** 132:8,9,
11 133:13 139:12
144:5 155:23
157:16 158:10
162:21

**acknowledge**
86:18

**actual** 88:22
142:16

**acute** 127:6
137:19 140:13
157:2

**add** 28:9

**added** 18:23

**addiction** 44:13

**adding** 101:4

**additional** 35:22
89:20 133:15
156:23

**address** 12:13
48:24 49:1

**addressed** 14:7
35:14

**adjust** 57:17
80:18

**Administration**
7:16

**admission**
136:9

**admitted** 34:11

**Admittedly**
128:21

**advanced** 125:7

**adversely** 78:11
92:14 148:9

**advertisement
s** 54:11

**advice** 106:13,17

**advised** 14:11

**affect** 42:25 77:25
78:11 84:8,10
90:10,13 92:14
103:18 104:1 124:1
144:23,25 145:3
147:22 158:8 159:3,
5 160:21 163:10,15

**affected** 49:4
72:7 155:20

**affects** 52:20
59:13 144:22
148:10

**afraid** 82:22 96:18

**agencies** 65:16,
17 67:22,25 68:20
69:2,5

**agency** 69:11

**agent** 137:12

**agitated** 116:8,
12 126:15 153:11

**agitation** 126:13
129:19 137:9
142:15

**agree** 9:9,11 29:9
55:7 59:10 61:8,9
66:25 84:13 98:4
117:14 118:13,15
123:24 127:10
130:13 134:3,14
156:1 158:7 160:5

**agreed** 30:5
32:12 98:3 129:4
137:22

**agreement** 33:9

**air** 20:11,15,25
21:1 41:20 57:7,10,
11,23 123:16,17
154:4 159:9

**airway** 155:3

**alive** 146:21
147:17

**allegations**
91:13 117:7

**alleged** 37:12

**alleging** 151:18

**allergies** 120:6

**allowed** 48:17
88:16 106:20

**alter** 44:20,22
157:8

**altercation**
116:13,18

**altered** 45:13

**alveoli** 20:10,11,
12 47:13

**amateurish**
62:22

**ambu** 123:13

**ambulance**
37:25 161:25

**American** 31:17
53:11

**amount** 10:9
17:19 38:4 54:2
60:18,19 62:5,6,13
68:9,12 72:22 73:1
76:20 77:25 79:2
99:14,16 146:13
151:16

**amounts** 110:16

**anaerobic** 80:1

**analogy** 151:10

**analysis** 116:3
122:20 136:5

**and/or** 100:24
117:4

**anesthesiologi
st** 18:18

**angle** 117:18

**ankles** 117:8

**annoyed** 39:8

**answering**
152:24 158:19

**anticholinergic**
157:7

**anxious** 105:9

**anymore** 51:20
75:16 78:16

**apneic** 119:19

**apologize** 59:25
82:15 117:24

**apparently**
116:15 130:23
155:25 163:7

**appearances**
5:25 7:10 8:21

**applied** 19:3
59:16 102:12

**appreciably**
6:16

**approach** 12:13

**approached**
10:5 11:1 13:4
14:25 29:3 64:25
69:10,13,15,17,18

**approved** 39:17

**approximate**
92:2

**approximately**
45:24 85:6 91:24

**argue** 107:10
114:6 136:20
138:13 157:4

**arguing** 30:19

**argument**
136:23

**arguments** 83:4

**arise** 38:10

**arm** 139:16

**arms** 47:13,15

**ankles** 117:8

**arrange** 132:2

**arrest** 99:13
146:9,16 159:19,23
160:2,3 161:15

**arrhythmia**
91:14 132:13 154:9

**arterial** 18:21
23:25 46:6 47:9,12
123:9

**artery** 47:13
111:3

**article** 9:21

**articles** 8:20

**ascribe** 108:13
127:12

**aspect** 95:16

**asphyxia** 9:19
10:23,24 13:4,25
14:23 27:25 29:14
31:5 35:19,25 36:3,
16,20,21 37:10,12,
16 65:3 68:2 79:5,6
100:9 106:5 108:25
115:8 140:24 144:9
148:17,18 152:19
155:1,9,13 158:12

**asphyxial** 152:4

**asphyxiate**
31:25 155:22

**asphyxiated**
79:7,8,15,17,18

**asphyxiation**
28:22 71:20 72:8
146:9

**assessing** 21:10

**assessment**
23:4,6

**assisting** 10:12

**association**
21:13

**assume** 15:23
30:23 41:16 42:11,

150:16 162:10

12 63:25 67:24
86:24 98:23 99:8
100:17 123:1

**assuming**
30:14,16,18 60:15
87:14 98:21 150:22
151:21 155:18

**asthma** 54:6
55:8,12,16,17,21
56:1,4 57:2,5,21
58:13,25 59:2,7

**asthmatic** 55:22
56:8 57:4,6 72:13

**asthmatics**
72:9,12

**astronomer**
86:1

**Atmospheric**
7:16

**attack** 100:15,17,
21

**attempt** 23:22

**attempting** 89:3

**attendants**
37:25

**attended** 15:21

**attention** 91:9
135:24

**attorney** 10:5,7
13:4 28:19,24 85:5

**attorneys** 69:12

**August** 88:1
89:5,6,8

**author** 51:18,19,
21

**automatically**
86:20

**autopsies** 10:13
12:16 15:16,21
134:20

**autopsy** 15:19
105:19 111:24
112:7,18 118:1,3

**average** 40:13
57:4 112:11 127:21,
25 128:1 136:19,21

**aware** 146:13,18

**awful** 163:5

**axis** 102:13

---

**B**

**baby** 41:19

**back** 8:5 24:14
28:11 29:12 34:8
38:2,5,7 45:20
47:15 53:19,22
55:18 59:1,18 61:5,
20 63:14 65:9,10
72:18 73:8,17,19,20
76:2 91:4 112:22
117:1,2,4 118:10,20
121:23 124:20,23
137:24 140:20
141:6 145:16,18
146:1,6 147:4
148:14,21 149:10,
11 150:16 151:15
154:11 156:20
158:17 160:16,24,
25

**background**
5:21 14:17

**backs** 74:11
75:10

**backseat** 118:21

**bad** 14:19 16:1,5,
6,7,24 42:17 104:5,
6,8,11 118:17
155:23 157:18

**Baden** 145:15
146:5 157:20,21
160:15

**Baden's** 126:14
134:10 158:7

**bag** 73:14,15
123:13 125:7

**bags** 73:15

**band** 54:16

**barely** 57:23

**barred** 106:20

**barrier** 128:13

**base** 135:25
146:17

**based** 16:6,23
30:7,8 55:10,11
56:18 69:5,21 79:15
94:12 98:15 99:9
105:21 106:1 129:8
131:5,22 135:14
144:9 153:7

**baseline** 25:10
41:1 46:1 125:25

**basic** 83:11
111:25 157:8

**basically** 7:3
13:23 14:18 43:4
51:22 66:10 81:21
95:6 111:8 113:4
141:14 155:7

**basis** 14:16 27:25
35:12 112:14,25
152:21

**beans** 68:16

**beard** 27:24

**beat** 97:22 103:19
153:12

**beaten** 140:3

**beating** 124:4
133:23 134:5,6
135:2 139:22
143:14,25 144:2,5

**beats** 45:23

**bed** 36:7,11,14
150:18 151:11

**beds** 36:4

**beet** 137:5

**began** 32:25 37:2

**begin** 29:16 32:23
162:13

**beginning** 57:16

**behaving** 126:23

**behavior** 90:20,
24,25 113:23 116:9,
12 119:10 126:21
137:8,9 142:17,19

**behavioral**
137:1,12

**behold** 109:11

**being's** 102:19
103:9

**beings** 102:9
103:4,5,6

**believed** 16:23
29:19,21 30:10

**believes** 118:8
133:18 141:20

**bell** 109:2

**belly** 53:19 150:8,
14,19

**Benadryl** 90:22
129:23 136:7

**bend** 146:2
150:11,15

**benefit** 108:15

**bent** 119:15

**Betty** 77:19

**bias** 94:3,8,10

**bicycle** 40:2

**bifurcated** 74:12
76:13 84:15

**big** 25:12 32:13
36:21 41:21 54:15
73:2 74:16 75:2,8,
11 83:24 97:2
145:12

**bigger** 41:21,23
85:7 112:3 122:9
133:5

**bill** 86:21

**billing** 86:13

**bills** 86:19,22

**biochemically**
135:4

**bit** 5:20 7:5,6 15:7
20:11 22:3 23:17
43:16 80:7,21 95:7
100:25 101:5
105:10 158:1

**bite** 107:4

**bizarrely** 126:23

**black** 134:12
160:12

**Blackmore**
14:10

**Blackstone**
14:10

**bladder** 96:19
97:5

**blank** 19:7

**blocking** 14:9

**blood** 18:21 20:9,
10,12,16,17,22,23
21:7 23:7,20 28:6
46:7,8,20,21,23
47:3 49:7,8 69:1
92:10 95:5,8,20,23
96:5,8,9,12,14,17,
25 97:2,25 98:1,17
99:11,15,17,19
102:2 103:25
110:15 111:1 120:7
123:8 124:9 125:22
128:7,14,15 136:10
139:18 144:2
153:13,16,17
159:22 160:4,7,10
161:17,18,19
163:11

**blow** 41:19,20
57:6,12

**blue** 57:22 134:12
160:12

TOM NEUMAN

**BMI** 43:15 44:1

**board** 8:9 47:14 48:3,4 55:2,3

**body** 53:2 59:12, 14,17 65:6 80:18,19 92:4 101:16,23 108:17,19

**bodybuilder** 80:14,22

**bone** 137:6

**book** 5:25

**borderline** 96:8

**borrowed** 17:24 18:17

**bothered** 42:24

**bottom** 20:22 21:2 121:1,3 123:2, 15

**bought** 68:24

**boy** 91:6 93:17

**brain** 8:6 141:22 155:11

**bread** 18:19

**break** 5:16 23:16 34:14

**breakdown** 127:9 128:3,4,6,9 133:19,22

**breath** 83:23 123:14 150:25

**breathe** 43:1 44:21,23 60:22 62:12 75:3,6,7,11, 12 76:2 78:22 83:20,22 84:9,11 149:4 151:1 155:11 160:6

**breathes** 153:12, 18

**breathing** 7:20, 21 9:7 14:14,25 16:10 23:5,8 25:7 47:3 48:12 52:13,16

54:7 56:5 60:18,19 62:21,22,23,25 63:7 74:15,17,18,20,24 76:6,7,20 79:2 83:23,25 92:4 119:20 123:18 135:13 146:10,22 147:18,19 160:22 162:20

**breaths** 120:7

**breeding** 133:23

**briefly** 90:4 95:15

**bring** 68:22 86:13 129:20

**broad** 75:2 104:24

**brought** 60:5 82:16

**BS** 104:21

**bunch** 16:3 32:14 64:6 75:14 104:19, 20

**bunk** 104:19

**buried** 102:25

**burn** 101:20 102:4

**burning** 77:3

**business** 22:19 25:8

**buttocks** 70:17

**buy** 127:4 143:4

—————————

**C**

**cake** 18:25

**calibrated** 40:1

**California** 5:1 12:23 29:7 30:2 51:4 66:14

**call** 8:12 20:20 36:9,10 100:20 125:22 153:24 157:13,14

**called** 10:15 12:12 20:21 21:3,11 33:6 36:20 57:6 70:7 87:23 106:11 110:7,9 125:1 142:2 161:9

**calling** 142:23

**capacity** 75:6 76:8

**car** 12:20 36:22 112:19 118:21 119:3,6,10 124:20 146:1,18,19,20,24 147:4,21 148:14,21 149:10,15 151:15, 25 155:18

**carbon** 20:16 23:6 46:8 49:8 55:2 58:11 123:5,13,17

**cardiac** 83:6 91:14 95:2 98:2 99:13,25 107:6,23 108:3 111:10 113:16,21,22 114:11,19 125:7 131:20,25 142:10, 11 154:9 160:2

**cardiologist** 94:16 115:11 144:25

**cardiologist's** 144:23

**cardiology** 15:6

**cardiomyopathy** 115:20

**cardiopulmonary** 146:9

**cardiovascular** 44:18 107:25 143:21

**care** 147:2,11 148:5

**career** 105:12

**carefully** 94:7 134:1

**carpet** 61:6,21 72:25

**carried** 27:24 146:15 151:14

**cart** 66:13

**case** 10:14,17,23 11:1 13:17,22 16:2, 5 29:4 33:5 34:10 37:11 38:25 43:10 44:8,13 58:18,20,21 59:1,4,21,23 69:15 72:3 84:17 86:8 92:18,19 100:6,7 104:3,23 106:21 108:2 116:3 126:11 128:22 133:24 144:10 146:11 159:8

**cases** 13:17,24 14:1 16:3 69:8 85:3, 6,9,10,14,22 100:8

**casts** 144:3

**categorize** 43:17

**category** 25:12 75:8 83:24 160:9,25

**catheter** 23:25 46:15,17 47:9,11, 12,15

**catheters** 46:6 78:15 123:9

**causal** 105:3

**causative** 90:25 91:1

**caused** 58:9,10 83:5,6 95:6,11 113:21 126:12 130:2 132:20,21 133:18,21,22 134:3 140:18

**causing** 17:23 104:19 142:13

**caveman** 19:22

**central** 141:14

**certificate** 106:15

**certifying** 27:21

**CEW** 116:19

**chair** 49:17

**Chan** 50:25 92:21

**chance** 26:1,4 31:1 54:20 131:24

**change** 32:18 50:18 78:10 79:20 99:23 110:25 111:1, 4 131:1 141:21 158:6,11

**chapters** 6:1

**characterization** 44:10

**characterize** 141:21

**characterizing** 133:9

**charged** 34:5

**charging** 8:14

**chart** 120:14

**check** 24:5 86:6 95:20

**chemical** 99:14, 16,19,20,21 125:22 142:17

**chemistry** 92:7

**chest** 36:10 54:15 75:3 102:19 154:7, 10

**Chicago** 52:7

**chief** 14:2,8 51:1

**child** 14:19

**chin** 48:15

**choking** 150:1

**chomping** 105:10

**chronic** 54:9,10 55:19

TOM NEUMAN

**circa** 22:5 71:24

**circulation** 119:22 124:4,6,9,11 125:4,10,11 158:23 160:3

**circumstance** 27:22 76:5 102:16 103:11

**circumstances** 20:19 21:5,15 70:8, 9 105:22 106:19 128:11,19 146:21 153:21 154:16,17, 18 162:15

**cities** 93:7

**city** 10:7 32:20 33:10 86:6,9

**CK** 127:13,14 128:6,8,12,23,25 129:8,9,12,24 130:4 139:19,24 143:16, 22

**classic** 36:2

**classifications** 54:14

**Clauson** 51:10

**clean** 161:17

**clear** 82:8 126:18 149:8 161:13

**climb** 36:13,14

**Clinic** 110:23 111:9

**clinical** 105:15, 21,22,23,25 108:2 131:4 137:3

**clinically** 54:1 75:9 113:20

**close** 45:11 110:14 136:19,20

**closed** 146:25

**closes** 110:13,14

**CO2** 23:19,20 24:1 46:19 56:21,24,25

78:17,23 79:1,18,20 80:1 120:9,10 122:25 123:1,2,3,6 124:1,7,11,13 158:24 159:4,10,24

**cocaine** 84:9

**coercive** 68:11, 13

**coffee** 23:17 34:15

**cold** 52:17,18

**Columbus** 85:24

**column** 26:4,24

**columns** 26:13

**combination** 71:14

**Combitube** 159:13

**comment** 115:14 145:15 149:1,3,5 157:11

**committee** 11:20 38:20 39:5,12 106:18

**common** 131:8

**compare** 76:1 98:11 121:8,10

**compared** 24:10 52:3 98:8,9

**comparing** 117:22

**comparison** 49:14,15

**complaint** 22:17

**completed** 51:24

**completely** 35:25 140:14

**complex** 51:13 122:5,12,15,17

**complexities**

31:23 41:13 51:11

**complicated** 162:3

**component** 31:8,10 71:16 74:6

**comport** 159:24

**compress** 28:11

**compressed** 21:1

**compressive** 36:20

**computer** 86:20 90:4

**conceivably** 131:1

**concentration** 136:12,18,21,22,24

**concepts** 9:1

**concerned** 11:24 36:18 44:15 55:1 58:11,18 83:12 115:20 130:7

**conclude** 123:5

**concluded** 13:13 14:5 109:14, 17 137:19 163:23

**conclusion** 52:25 159:25

**concurrent** 81:3

**concussion** 155:5

**condition** 43:12 44:12 161:23

**conditions** 44:25 45:2,16,18 55:9 84:14

**conducted** 15:18

**conducting** 108:5

**conduction** 102:20,21,23,24

115:22

**confined** 145:21, 23

**congenital** 110:5,6

**conjunction** 100:7

**connected** 117:8

**conscious** 149:17

**consciousness** 127:6

**consent** 42:20, 24

**consequence** 130:9

**consequences** 90:24

**considerably** 113:11

**consideration** 27:21

**considered** 158:5,6

**consistent** 126:20 157:6

**constant** 93:22

**constricting** 52:23

**constrictive** 53:3

**consultation** 7:4,6,8,9,12 107:23

**consultations** 8:15

**consulted** 8:10 43:8

**consumables** 66:22

**consumption** 76:21 77:4 84:18

153:21 154:16

**contacted** 8:11 35:16 69:4 87:19

**contacts** 103:2

**contained** 121:25

**continue** 137:10

**continued** 83:19 118:21 144:13,15 146:19

**continues** 98:10

**contract** 29:7 30:1 39:1,2 51:5

**contraction** 95:10,11 122:10

**contracts** 83:17

**contribute** 143:24

**contributed** 115:6 131:19,23 140:19 151:23

**contributory** 115:2,4

**control** 70:10,11 71:4 74:2 94:2 96:19 97:5 98:11 101:9

**controversy** 12:6

**CONV** 87:13

**conversation** 87:14 88:13 89:10, 15 130:25

**conversations** 88:11

**COPD** 54:12

**cops** 70:24 96:4, 11,13,23,24

**copy** 17:4 120:2,3 163:20

**coronary** 111:3

**Coroner's** 11:20

**correct** 13:4,5
15:9,10,12,19,20
23:19 28:14,15
29:13 32:11 37:8
42:11 44:14 50:13
59:3 62:7 63:21
67:22 84:3 85:19
87:20,22 89:16,19
90:11 94:17,20 98:2
103:7,10 107:8
116:3,20,21 118:24
119:4,9,12 120:11,
15 129:4 134:11
136:2,6 137:25
145:10,19 148:18,
19 149:20 155:21
160:22

**correction**
34:13

**correctly** 46:15

**correlation** 58:7

**count** 9:14 92:1

**counted** 8:19

**country** 12:11

**county** 10:7,8,9
11:8,9,20 12:10,15
14:8 39:1 106:14

**couple** 26:13
82:19 102:3

**court** 16:16 34:2
41:23 66:4 85:13
87:5 94:13

**CPK** 127:15,16,21
139:6,14,17 157:4,
22

**CPR** 122:8 123:25
124:5 125:5,12

**creatinine**
125:21,23,24
126:18 127:18
132:5 144:4 157:4,
22

**creeped** 94:8

**criteria** 31:16
53:12

**critical** 110:24
111:2 114:3 154:24

**criticality** 162:24

**criticism** 39:12
93:22

**criticize** 93:23

**crushed** 161:6

**culminates**
154:9

**cup** 23:17 34:15

**curiosity** 92:17

**curious** 89:24

**current** 6:13

**curve** 21:13 92:24

**custody** 37:12,
13 137:21

**cut** 29:7 30:1 89:2
160:11

**CV** 5:21 6:5,7,10,
13 8:18 9:10 67:19
77:20 93:3

**D**

**Dalane** 109:10
111:8

**damage** 101:16,
19,20,21,22 102:3,
5,7 103:9 134:11,15
135:1,8,23 138:24
139:2,4,5,23

**damaged** 128:12

**dangerous**
28:18 38:22 132:6

**darts** 83:18

**data** 8:9 63:15
64:23 82:4 122:19
144:23,25

**date** 6:5,6 86:12

**dated** 6:8 140:6

**day** 52:25 87:9
88:10,12 156:3

**days** 127:6 136:11

**dead** 112:1

**deadweight**
73:9,11

**deal** 17:22 25:12
29:5,6 37:9 57:3
63:14 74:16 75:8
82:20 83:24 135:17
154:12

**dealing** 28:8
111:25 117:11

**deals** 107:2

**death** 12:21 15:15
27:22 37:12,13
91:12,14 92:15
95:25 96:2 97:22
98:2,6,18 99:12,25
100:19,24 101:3,8,
12 104:19 105:4,14,
16,20,23 106:1,7,9,
10,12,14,15,18
108:25 113:16,21
114:5 115:3,7
129:13 130:15
133:6 136:15
137:11 140:3,19
142:7,8,10,25
143:3,8,14,24
149:21 150:23
151:23 152:3,6
155:20 157:9,13
158:12 163:3

**deaths** 10:10
12:8,14,18,19,20
13:9,12,18 14:5,6
17:12 67:13 112:19
134:20

**Debra** 141:19

**decedent** 44:12

**decided** 16:1

**decision** 110:25

**decompressio
n** 9:2 67:14

**decrease** 19:17
20:2

**decreased**
154:18,19,21,22

**decrement**
53:23 154:22

**deemed** 111:5

**defect** 54:16,17

**defend** 10:17

**defense** 33:6
85:13

**define** 41:11,12
49:6 57:1 60:3
76:19 107:12
111:17

**definition** 43:19
139:7 141:8

**degree** 20:20
49:3 57:16 77:14,24
79:3 99:18,23
129:6,7 139:7

**degrees** 70:16
149:13

**DEL** 5:1

**delay** 162:1,14

**delirious** 116:9,
12

**delirium** 90:18,
20 129:24 140:21
141:8,9 142:7,11,
14,16,25 143:2,3,6,
7,11,13 156:24
157:2,14

**Delphi** 12:13

**demanded**
129:19

**dementia** 36:5

**demographic**
104:25

**department**
51:1 56:5 81:22
96:16

**depended** 73:2

**depending**
74:23

**depends** 41:11
55:25 57:20 127:22
160:23

**deposition** 34:2
63:23 87:7,9 88:5
118:2,5,7 148:4,15
157:1 163:22

**depositions**
5:14

**describe** 120:13

**description**
108:9

**design** 39:22

**designed** 22:6
113:5

**designs** 81:13

**detail** 158:19

**details** 50:14
99:20 154:13,24

**detect** 121:20

**determine** 126:5
134:15 135:7

**determined**
119:22

**develop** 125:25
126:1 130:9

**Development**
11:17

**device** 117:9
123:11,12

**devil** 154:13

**diagnoses**
105:25

**diagnosis**
105:23 108:2 127:7,
10 129:4,7 131:4
142:23

**dialing** 141:14

TOM NEUMAN

**dialysis** 129:3

**diaphysis** 55:22

**dictate** 157:18

**die** 42:22 52:18 55:21 143:10

**died** 13:21 43:11 100:4 101:8,10 110:22 111:9 112:19 114:21 118:8,11 127:6 131:15 137:19 156:1,3

**Diego** 10:15,17 11:10,11,18,20 14:2,8 29:8 39:2 51:4

**dies** 100:15

**differ** 130:21

**difference** 18:25 26:15,16 27:8 37:19,24 38:1,12 50:1,3,6 56:2 62:11 70:18 72:4 77:9 90:15,19 114:20 117:19,21 121:20, 24 128:2 131:3 151:6,7,9 154:20 163:2

**differences** 53:17

**differential** 49:23

**difficult** 107:12

**difficulty** 56:8

**Dimayo** 112:9,17

**Dimayo's** 114:6

**dioxide** 20:16 23:7 46:8 49:8 55:2 58:11 123:5,13,17

**diphenhydramine** 136:11 137:4,20 157:7

**direct** 157:24 158:4

**direction** 27:7, 13 48:21

**directions** 41:20

**directly** 45:16 46:7,19 137:11

**disagree** 44:10 115:11 131:20 133:3,4 145:2,22 153:9

**disagreeing** 133:7

**disagreement** 133:9 142:21

**disappeared** 97:1

**discharges** 116:19

**discontinued** 125:12

**discovered** 113:10 119:17

**discriminate** 42:10

**discuss** 116:17

**discussed** 44:5 140:2 156:5 157:12, 25

**discussion** 24:20 28:16 150:21

**disease** 42:17 44:17,18 54:9,10 57:10 59:2 107:25 110:24 111:3,12,13 112:9,21 155:5

**disorder** 103:16, 17

**disorders** 141:12,13

**dissection** 115:21

**distinct** 141:18, 20

**Distribution**

21:7

**disturbance** 108:4

**dive** 7:19

**divers** 108:25

**divide** 46:22

**diving** 7:19 8:21 9:2,5,10,10 10:13 11:17,18,21,24 12:18 15:16 52:6 67:8,12,13 105:21 106:1,18 107:3 139:16

**doctor** 5:10 7:2 28:24 30:7 40:15

**doctrine** 113:2

**document** 87:12 88:2 89:6,7,9,12 107:21

**documents** 82:14 89:18,20 90:2,9,13

**DOD** 8:1,2

**Don** 17:18 25:19 27:7,17 28:2 39:25

**Donald** 13:8 16:8

**door** 33:15

**doors** 146:25

**doubt** 108:15

**dozen** 92:1,2,16

**draft** 89:13,14

**draw** 139:18

**dressed** 31:18

**drive** 155:3

**drowning** 67:14

**drug** 44:13 103:24 141:10

**drugs** 42:21,22 44:22 84:9 103:14 137:4 141:24 156:13

**drunk** 155:8,9

**dry** 137:6

**DSMB** 7:23 8:3,8

**due** 13:25 129:16 142:17 157:23

**duh** 60:21

**dulled** 155:4

**duly** 5:5

**duplicated** 34:22 35:11 37:5

**dying** 17:10

**dynamics** 111:1, 4

**dysrhythmia** 108:3 113:21,23 114:1,2,21,22 130:18 131:5,8,15 142:10,12,14,16,18, 20

———————————

**E**

———————————

**ear** 18:16

**earlier** 67:15

**earliest** 127:1

**Early** 11:3

**earn** 7:7

**earth** 85:25

**easier** 14:14

**easiest** 127:12

**easily** 62:8

**East** 8:5

**edge** 101:9 163:3

**edition** 152:11

**EDS** 157:6

**educate** 62:18

**education** 98:16 99:9

**educational** 5:22

**Edwards** 107:24

**effect** 31:6,14,24, 25 41:5 60:7,9 83:11,13 91:1,10 95:13

**effective** 12:8

**effects** 13:14 27:19 74:8 75:11 92:3 94:18 95:1 97:15,17

**EKG** 95:13 121:16 122:2

**elapsed** 146:14

**elastic** 54:15

**elderly** 36:3

**electrical** 102:23 103:2 108:5

**electrocardiogram** 92:9

**electronically** 88:23

**elevated** 95:21, 23 127:13 139:14, 17,19 153:13 157:22

**elevation** 130:4 139:24 157:4

**else's** 61:7

**embarrassment** 65:15 66:3

**emergency** 15:5 51:1 56:5 142:22

**emotionally** 84:20

**emphasis** 133:17

**employed** 7:2 67:4

**employment**

TOM NEUMAN

7:4 8:17 12:4,22

**EMS** 161:8,14
163:8

**end** 123:12,14
141:23

**end-tidal** 78:17
79:1 120:9,10
122:25 123:1,6
124:7,11,13

**endotracheal**
123:12

**enforcement**
64:20

**England** 72:24

**enlarged** 113:20
114:24 131:21
139:12 143:8

**entity** 141:18,20

**enzyme** 127:19

**enzymes** 92:10
95:5 102:2

**epinephrin**
125:5,8

**equalizes** 20:6

**Equally** 113:12

**equate** 101:4

**equating** 101:16

**equation** 35:7

**equipment**
66:22

**equivalent**
100:20

**ergometer** 40:2,
19 45:23 49:19 56:9
71:10

**erroneously**
22:23

**error** 24:19

**Eserman** 90:18
108:1,12 118:7
130:13,22,25 133:3,
17 135:6,21 137:17

145:1,6 155:25
157:1 158:5

**Eserman's**
117:25 145:5

**esophagus**
159:9

**essence** 16:1
36:14 103:3 113:6

**essentially**
45:19 123:17
143:11 148:15
149:20

**established**
12:9

**estimate** 146:23

**Etco2** 119:22

**etiology** 113:22

**evaluated**
104:24

**evaluating**
10:12

**evaluation**
25:19 108:1 139:4

**evens** 21:8

**event** 17:22 127:3
143:22

**events** 130:10
131:6 144:10

**evidence** 55:22
59:1 104:7,10
125:22 126:15,18
133:24 134:9
138:24 139:1
145:17 146:11
157:24 158:4

**exacerbated**
137:20 143:14

**exact** 48:25 73:3
78:6 86:12 114:6
117:11 126:17
130:10

**EXAMINATION**
5:8

**examine** 94:7
145:8

**examined** 5:6

**examiner** 14:9
106:15

**examiner's**
10:8,10 11:8,13
12:15

**excellent** 94:9

**exception** 93:11

**excess** 113:18

**exchange** 7:20,
24 9:4,8 16:10
17:21 20:2 21:19
49:3

**excited** 90:18,20
107:1,2 129:23
140:21 141:8,9
142:1,6,11,14,25
143:2,3,5,7,11,13
156:24 157:2,14

**exclude** 55:16
72:9 111:12,13,14
112:8,21 119:1

**excluded** 96:14
110:20,24 111:10
112:23

**excluding** 112:7

**Excuse** 102:5
135:5

**exercise** 16:10
19:12,16,18,20
20:2,3 21:6,16,18,
25 22:16,17 23:2,3
24:21 35:9 40:10
42:18,22 46:3,4,16
55:20 56:14 60:8,
10,20,21,22,25
61:1,24 62:3,4,5,12
63:10,12 66:12
71:12 72:1 75:15,
16,25 76:10,11,19,
22,23,24 77:15,17
78:1,2,5 79:3,9,12,
25 80:7,8,15,21
82:5,20 95:7,8
99:18 100:25 101:5,

18 132:15 153:18,
22,24,25

**exercised** 18:3,
14 24:7 39:25
46:10,11,14 56:13
75:17,18,19 77:8
103:15,24

**exercises** 80:10

**exercising** 18:5,
15 19:3,5,10 22:7,
22 23:1,6 25:14
69:1 71:25 77:6

**exert** 76:23

**exertion** 133:15
137:9 140:20
142:15 154:1
155:22

**exist** 24:1

**existed** 141:25

**exists** 28:1,5
36:16 38:8 110:15

**expect** 56:2,6,18
58:4,5

**expectation**
33:7

**expected** 53:20

**experience** 35:1
98:16 99:9 108:22
134:21,22

**experiment**
9:19,22 13:13 29:6
35:9,12,14,16 39:9

**experimental**
18:3 28:2,6 39:22
59:23,25 102:11

**experiments**
32:1 81:13

**expert** 7:9 8:15
10:14 16:11 29:11
33:1 34:9 38:25
63:20 106:21 138:3,
4

**experts** 51:14

**expiration**
123:20

**explain** 19:25
20:8 29:1,2 75:21
78:18 105:17
110:11,12 127:20
137:8 143:5

**explained** 8:25
81:21

**extensive** 14:24
89:8

**extensively**
90:23

**extent** 35:18 49:4
50:12 141:15

**external** 45:10

**extra** 93:2 120:3

**extraordinarily**
27:3 53:11 99:25
105:2

**extrapolatable**
45:6,10,16 84:15

**extreme** 141:23
142:15 149:24

---

**F**

**face** 48:2 161:5

**facedown** 47:23
48:1,2,8 53:4 59:20
117:4 148:21 162:8

**facility** 68:23

**fact** 30:10 39:10
53:17,21 55:16
70:13 78:4 93:8
94:8 113:19 124:24,
25 125:1 135:7
145:1 147:3,20
148:17

**factor** 115:3,4
129:13 130:15
132:12 133:5,7,11
136:15

**factors** 64:12

133:8,15 144:11

**facts** 43:10 158:21

**factual** 147:25

**faculty** 12:23

**failure** 113:25
118:16 126:4,6,12
127:7 129:2,16,25
130:3,9,11 132:7,
15,17,18,21 139:9,
25 140:12,13,17,18
156:12,18 157:15
158:9

**fair** 10:9 24:2
29:24 30:6 32:3
38:11 58:7 79:20
80:17 84:12 91:4
103:6,20 105:5
117:17 151:5 152:5
153:6 154:3 155:14

**fairly** 109:1
158:18

**fake** 70:11

**fall** 23:1 54:20
78:23 155:10

**fallen** 57:19
101:10

**falling** 57:19

**falls** 12:20 36:21,
22

**falsely** 22:23

**familiar** 36:1,17
109:1 110:9

**family** 32:17

**fancy** 86:20

**fantasy** 25:23

**fashion** 124:10
160:17

**fast** 56:9 75:3
78:23

**faster** 62:25 63:3,
4 103:19 153:12

**fatal** 142:1

**fatalities** 11:19,
21

**fee** 29:4,5,6 32:7
33:9 34:5

**feedback** 141:15

**feel** 48:18

**feet** 149:12

**fellow** 13:8 51:9

**fellowship**
31:22

**felt** 45:15 64:12
133:5

**females** 80:20

**fibrillation**
102:15

**field** 10:3 30:8
44:25 45:1,2,16,18
62:1

**fight** 32:13 75:22,
24 146:19 160:11

**fighting** 144:12
150:5 162:5

**file** 82:16,18

**fill** 20:12,16

**filtration** 156:14

**final** 131:7,8
156:25

**finalize** 89:16

**find** 6:12 11:2 26:8
28:13,19 32:2 49:25
50:17 51:25 53:1
56:7 68:17 72:2
91:21 93:25 94:15,
18,25 95:1,13
107:16,22 109:22
116:2 120:4 133:12

**finding** 96:4

**findings** 77:23
79:4 97:2

**fine** 22:12 23:18
59:25 63:11 68:25
76:4 89:3 116:1

147:12 151:21

**finish** 22:10 30:12
62:9 66:1

**finished** 7:25
31:21 63:18

**finishing** 7:22

**firemen** 97:10

**firm** 86:5

**firms** 93:7

**fisherman** 32:22

**fit** 52:5

**fitness** 7:19

**fits** 123:12

**fixation** 108:13

**fixed** 108:10

**flap** 110:14

**flat** 85:25

**flat-out** 19:14

**flaw** 22:9,11 35:5
93:25 111:25

**flawed** 29:23
30:15,21,24 33:18
34:25 112:13,24

**flaws** 16:13,14
135:13

**flexed** 47:16,18
70:17 117:5,12,13

**flight** 78:20

**flogged** 40:9

**floor** 45:3

**flow** 21:7 57:6,14,
15,18 58:3,5

**flowing** 20:9
111:1

**flows** 67:16

**follow** 41:20

**follow-up** 64:1,
4,10

**followers** 35:22

**foramen** 110:9,
17 111:2

**forced** 56:12

**forensic** 105:19

**forget** 23:12 90:6,
9 98:21

**forgot** 27:4 29:11
47:17 64:24 68:9
110:23 112:12
126:16 127:16
132:9 138:10 142:1

**forgotten** 65:22

**form** 123:1 151:24
159:7,13

**formal** 15:17

**formalin** 108:10,
13

**formed** 110:8

**found** 15:1 72:24
83:19 107:21,23
119:18 124:23
131:6 136:12 158:5

**fourth** 71:16 74:1

**frame** 147:9,20

**Framingham**
113:5,12

**frequently** 54:12
100:8 105:15,24

**friend** 18:18

**friends** 18:1,2,11

**front** 82:14 91:23
96:20,24 122:4

**fuel** 77:3

**full** 51:20 73:5
78:2,5 144:2

**fully** 110:13

**fun** 88:15

**function** 31:11,
14,19,23 41:2,14,17
43:4 45:25 46:1

49:2 50:18 51:10,
12,15 52:2,20
53:10,16,18,23
54:4,24,25 70:8,18
75:1 78:10 83:8,12
95:2 107:12 117:22
140:7

**functions** 51:14
154:9

**fundamental**
9:3 35:11 44:21

**fundamentally**
44:23

**funny** 97:14

**future** 144:23

**G**

**gain** 47:14 103:3

**Gary** 50:25 51:6
81:8 92:20 93:15

**gas** 7:20,24 9:4,7
16:10 17:21 18:21
20:1 21:19 46:23
49:3

**gases** 7:25 47:3
159:22 160:3

**gave** 8:12 63:23
87:12

**general** 12:18
37:16 39:12 54:4
118:14

**generally** 57:10

**generate** 77:4
80:6 84:18

**generated** 86:19

**germane** 7:17
128:22

**gist** 50:15

**give** 13:25 20:4
22:22 42:20,23
43:16 48:21 80:24
83:15 86:17 103:12
106:12 108:15

TOM NEUMAN

109:20 116:2 130:10 139:18 143:16 152:25 153:4 159:12

**giving** 123:25

**glad** 93:17 99:21

**glaring** 35:5

**glomerular** 156:14

**goal** 62:17

**goings** 20:12

**good** 5:10 23:15 26:11 32:22 39:15 80:12 93:20 110:25 111:3 112:4 124:6 126:25 131:10,13 139:13 155:22 158:18

**gotcha** 88:24

**gotta** 6:12

**government** 7:13

**governmental** 7:5 8:24

**grab** 115:25

**Gradient** 21:11, 14

**graduate** 80:8

**gram** 109:12,16

**grams** 108:11,18, 20 109:4 112:11 113:15,18 114:9

**grant** 11:4 12:3,5, 25 13:2 25:8,23 65:1 69:25 81:10

**granting** 65:16 152:1

**grants** 66:6,14,16

**graph** 120:14,17 121:7 122:2 159:7

**gravity** 20:22 77:1

**gray** 27:24

**great** 7:1 9:9,16 17:21 56:8 154:12

**greater** 128:9

**greatest** 18:19

**Gretna** 86:9

**gross** 108:9 136:3

**group** 11:17 66:10,18 70:21 71:4 74:2 80:21 94:2

**groups** 26:17 67:9,21

**guess** 42:9 53:5 90:8 100:10 124:21 153:10

**gurney** 48:7,9 162:6

**guy** 27:24 32:19, 22 75:2,4 81:11,13, 18 93:19 131:21 149:14

**guys** 68:20 78:13 88:6,7 92:24

**gym** 48:7,9

**gymnastic** 80:20

**gymnasts** 80:16

**H**

**half** 26:25 87:9 88:1 89:6,8 92:1,2, 16 157:12

**hand** 20:25 56:3

**handcuffed** 116:25 148:22 149:10

**hands** 47:20 117:1

**handwriting** 23:14

**hanging** 11:6,7

**happen** 17:4 22:5,13,14 25:3 26:1,4 35:6 53:21 54:20 57:17 81:19 97:7 103:4 126:19 128:23

**happened** 19:8 36:16 39:17,19 49:9 97:8 99:6 143:25

**happening** 25:13 159:14

**happy** 5:17 104:14

**hard** 36:2 75:3,22, 24 76:12 129:15 160:23

**harder** 160:6

**hate** 43:5

**hatter** 137:6

**head** 48:10,11,14, 20 101:10 148:25 149:1,16,17 155:2, 4,12 161:2,3,4

**heads** 44:4

**health** 43:12 44:13,15 103:15,17 113:4

**healthy** 42:13 43:2 56:21 74:2 80:4,6 84:1,4,16 96:4 97:20

**hear** 45:8 88:15,16

**heard** 10:23 13:3, 6 14:22 110:11 119:5

**hearing** 88:13

**heart** 18:4,5,14,15 22:4 40:4,11,12 42:16,18 53:3 60:14 92:11 95:3,15 100:15,16,20 102:3, 5,7,12,14,20,24,25 103:1,2,9,19 104:1, 5,6,8,11 105:6,7

106:25 107:5,6,24 108:1,5,8,10,11,12, 17,20 109:4,20 111:1,4,16,17,20 112:24 113:11,14, 18,19,20,24 114:2, 8,24,25 118:17 124:4 130:24 131:21 133:10,14 136:10 139:12 140:2 143:8,9 145:2 153:12 155:23 157:18

**hearts** 42:17 108:23 109:2,19,22, 25 110:4,8,20,21,22 111:5,9,19 112:3,10 113:6 143:12

**heavier** 20:23

**heavily** 62:23

**heavy** 62:12 63:7

**heels** 47:19

**height** 108:19 109:17

**heightened** 153:13

**helping** 50:19 51:6 161:17

**helps** 137:8

**hematoma** 134:1,23

**hemoglobin** 21:13

**hepatic** 111:13

**hey** 32:1 68:20

**Hg** 119:23

**hiding** 39:10

**high** 49:8 96:5,8 97:25 98:1,17 99:11 125:18 126:3 127:13 128:23,25 130:4,5 136:25 140:21 156:8 159:15,24

**higher** 84:18 98:6 103:25 128:8

**highest** 17:18 76:18

**highly** 118:19 157:25

**history** 5:22 85:16 112:3 116:14 120:6

**hit** 101:10

**hits** 135:2

**Ho** 93:19

**Ho's** 94:9

**hobble** 28:8 70:7, 15 71:14,15 72:3,4 117:10,15

**hobbled** 117:16 162:8

**hog-tie** 19:13 23:4 25:9,18,21 26:20 27:20 28:8 41:5 47:1,5,7,8 56:10 58:9,10 72:4 75:23 76:15 77:22 82:7 117:14

**hog-tied** 24:7 25:16 31:7 47:7,25 49:20 50:7 52:3,21 53:3,8,10,19,25 55:3 56:14 59:18,19 60:19 61:2,16,19 62:12 63:13 75:14, 15,17,18,19 76:24 77:2,7,18 78:8,11 79:5,24 80:15,23,25 82:2,8,22,25 83:3 117:20 149:11

**hog-tying** 70:6 117:7,11

**hold** 36:10 76:20 83:22 150:25

**holding** 138:3 150:1 161:4

**homicide** 106:7

TOM NEUMAN

honest 32:19

honestly 31:24

honor 8:17

hope 140:25

hoping 33:4

horse 97:22,24

hospital 24:24
37:22 38:20,23
105:20 125:15
139:18 160:1

hospitalization
89:25 90:1,10

hospitalized
55:21

host 13:22

hot 137:5

hour 87:4,13 88:1
89:6,8,11 151:4,6,
10,17 155:19

hourly 29:11
86:23 87:1,3

hours 87:11 89:7,
13 125:24 126:7,16
127:2,3,4 129:17
130:3 139:9,11
144:1 148:15 150:7,
23

huffing 62:23
63:7

human 38:17
39:5,11 68:7,11,24
92:4 95:19 102:8,
18,19,21,24 103:4,
5,6,9

hundred 44:2
58:5 61:18 69:24
75:6 76:8 84:13
104:16 108:14
119:6

hundreds 97:7

hurts 68:7,10 95:3

hydrate 130:8

hyperbaric 8:7

hyperbole 99:5

hypercapnia
49:4,7

hyperkalemia
113:24 118:17
132:9,16,22,25
133:14 139:10
144:4 155:23
156:10,12,17,18
157:16 158:9
162:25

hypertension
111:4 112:3,5
156:13

hypertensive
112:15,16 113:1

hypertensives
112:14,25

hypertrophic
115:18,20

hypotheses
92:13

hypothesis
17:9,22

hypothetical
147:24 148:2,3
150:14 162:2

hypothetically
139:2

hypoxemia
49:4,7

─────────

I

i.e. 70:16

icing 18:24

idea 21:24 80:25
111:3

IM 139:19

imagine 20:9
51:12 162:15

immediately
78:23

Immobilization
154:7

immobilized
154:10,12

impact 60:1

impair 49:2

impaired 77:13
84:20 154:12,14

impairment
77:14,24 78:7,9

imply 157:21

import 72:3

importance
105:3 108:24

important 26:3
27:19 44:19 70:4
74:6 90:7 93:4
102:19 113:13
116:3 124:24 125:1
154:20

importantly
16:11 78:17 112:2
113:12

improves 20:2
21:19

inches 108:19

incident 140:12
160:5

Incidentally
116:22

incidents 110:5
111:2

includes 57:5

incompatible
163:5

incompressibl
e 61:5

inconsequenti
al 97:19

incorrect 19:15
34:12 35:12 63:5
126:19

increase 98:7,
18,21 99:12

increased 60:24
114:5

increases 21:7
113:14 153:21
154:16

increasing
95:15 101:17 156:8

incurred 113:15

incurs 114:5

individual 24:7
104:24 109:6 146:8
153:12 154:4

individually
40:21 162:10

individuals 19:5
45:22 97:21

induce 102:14

inequality 21:3

infarction
100:22,23 101:1

influence
103:14,23

inform 38:23

information
18:8 118:22 119:11,
25 121:25 144:14

informed 42:20,
23

initial 12:12 33:12
125:15

initially 38:13

injection 139:19

injuring 31:6

injury 8:6 133:25
136:3 157:24 158:4

inquiring 65:12

inside 116:23
119:10 128:16,17
145:8,11

inspiration
74:22

instantaneousl
y 162:17

Institute 64:24
65:18 69:22

instrument
81:15

intelligence
99:10

intended 140:4

intense 92:17
128:9

interaction
118:9 156:25

interatrial
110:13

intercostal
102:13

interest 11:18

interested 19:25
33:23 34:9 44:9
51:6,7 64:25 65:21
67:21 72:5 81:8
85:23

interesting
26:14,24 80:13
95:16 121:5

interests 12:3
114:18

interfere 156:14
160:21

internally
141:16

International
85:2

Internet 26:8

internist 94:17

interpret 126:21
146:5

**interpretation** 10:13

**interpreted** 117:19

**interpreting** 122:11

**interrupt** 10:25 12:17 23:11 43:5 65:25

**interruption** 33:15 62:2

**interviewed** 113:9

**intoxication** 155:4

**intubations** 163:7

**inverted** 122:5, 12

**investigate** 17:24 105:21

**investigation** 11:21 152:6

**invoice** 88:22

**involved** 24:5 66:15 67:10 69:2 70:9 85:3,4 92:18 98:5 116:13

**irrelevancy** 25:7

**irrelevant** 19:11 59:4

**issue** 12:13 24:10 33:1 53:15 57:11 58:8 71:7 72:19 81:1,5 90:25 158:24

**issues** 9:10 35:14 37:10,15 55:13 56:6,20,21,24,25 59:7 83:5,6 101:6

**IVS** 36:6

**J**

**Jack** 51:10,13

**jacked** 45:23

**jam** 139:16

**January** 6:13,21, 23 140:6

**jeez** 39:12

**Jeff** 93:19 94:9

**Jesse** 107:24

**job** 27:11 29:1 67:6 84:6

**jobs** 8:11

**Joseph** 58:21 59:15 70:2 72:6 90:18 98:14 104:7, 10 106:24 114:23 116:13,14,18 118:8 127:5 135:1 137:2, 19 138:7,17 143:12, 21 144:11 145:16 146:15 148:21 153:25 155:16,17 156:23 157:23 160:4 161:14

**Joseph's** 59:14 89:25 105:7 107:5, 6,24 108:10 157:9 161:19,23

**judge** 153:8

**July** 5:1 6:8

**June** 87:13 89:13

**junk** 153:5

**Justice** 64:24 65:18 69:23

**justify** 131:25

**K**

**Kendole** 98:14 104:7,10 114:23 118:8 135:1 138:7, 17 153:24 155:16, 17 160:4 161:14,19, 23

**Kendole's** 105:6

**key** 130:19

**kick** 118:22 119:14

**kicked** 151:13

**kicking** 119:14 138:16 143:23 144:18 147:12,14, 18

**kind** 7:6,8,9 19:17 44:7 52:5 58:25 66:3 67:16 73:24 74:2 77:9 80:3 82:4 85:14,22 97:14 106:5 114:18 117:18 122:3 130:21 131:2 139:22 159:6,12

**kinds** 6:16 7:23 85:9,10 129:24

**Kitzman** 109:7, 18

**Kitzman's** 109:7 114:10 132:1

**knee** 117:18

**knees** 47:16,17, 18 117:5,12,13,21 146:2 150:11,15

**knew** 17:1 20:7 29:22 30:9,11 31:11,12,23 35:12 36:23 39:3,11 152:12

**knife** 163:3

**knowing** 50:6 112:25 113:2

**knowledge** 30:7 35:1 44:17 53:6 55:12 69:4 105:22 106:22

**knuckles** 47:19

**Kolender** 14:2

**L**

**laboratory** 17:17 51:11 68:22 127:22,23 157:5

**labored** 62:21,24 63:1,4

**ladder** 92:24

**Ladies** 41:25

**lady** 41:24 80:15

**large** 8:3

**lasts** 83:16

**law** 64:20 86:5 93:6

**lawsuit** 100:3

**lawsuits** 91:12 104:18

**lawyer** 6:3 14:25 29:3 32:3 33:10 35:17 37:1 38:24 40:16 43:9 86:4

**lawyers** 93:6,9

**lead** 51:16 73:13, 16

**leading** 9:18

**leak** 128:12,18,19

**leaks** 128:13

**leaning** 90:17

**learn** 17:20

**learned** 15:13 17:15,19,21 18:22 36:24

**leave** 32:8 44:24

**lectured** 108:23

**lectures** 6:15,17, 19 108:24

**Lee's** 89:23

**left** 5:22 35:9 110:15 115:17 133:11 149:21 157:15

**legal** 7:6

**legitimate** 17:11 18:2

**legs** 70:16 149:11

**lethal** 114:1 118:19 125:19,20 131:4,8 132:4,12 136:17,18,21,22,23 137:7,18 143:17

**level** 9:3 20:17 46:19 71:21 72:8 76:18 101:17 159:15

**levels** 28:21 61:14,16 71:19 79:19,20 83:1 158:24 159:4

**Levenson** 6:21 84:17 86:9,10,11,22 87:14,16,20 88:16, 17,22 89:10,19 119:8 132:2 145:24 147:24 162:2 163:21

**life** 39:9 92:23 125:7 163:5

**lift** 149:1 161:3

**light** 65:23

**likelihood** 85:25 90:17 99:24 100:1 162:25

**link** 105:3

**lips** 160:24

**list** 116:2 132:25

**listed** 89:18

**literature** 15:4,6, 25 22:16,18,20 28:2,5 109:1,3 113:3,14

**liters** 74:21,24 75:5,6,7 76:7,8

TOM NEUMAN

**live** 30:3 52:7 113:3,14

**lived** 11:11

**living** 113:6

**locations** 134:11,13

**long** 11:11 24:11 27:3,24 34:19 71:8 78:19 79:1 88:9 96:11 147:2,6 148:13,23,25 149:16,18 161:1

**longer** 8:14 25:10,20 26:23 83:22 93:4 147:22

**longitude** 102:13

**longitudinal** 113:4

**looked** 14:17 17:17 46:3 64:13 83:18 109:8 133:25

**lose** 96:19 97:5

**lost** 101:9 125:11

**lot** 8:19,20 12:14 40:4 41:16 53:6,8 66:15 67:12,18 69:15 70:1 79:16 82:14 91:8,9 117:6 125:16 148:16

**lots** 134:20

**love** 131:24

**low** 22:23 28:6 49:7 71:21 109:11 159:17,24

**lower** 21:9 66:13 76:22 162:20

**lowest** 136:22

**lung** 19:20 20:9 21:8 44:17 54:9 58:8 59:2 135:16

**lungs** 14:24 20:23,24,25 21:2,3 22:4 41:18,21,25

55:23 57:8,10,12 124:6,10 159:6

**lying** 61:5 117:4

---

**M**

**Macalawitz** 77:20

**machine** 25:15 36:21 37:21

**machines** 46:24, 25

**mad** 137:6

**made** 13:9 19:4,9 23:4,6,22 37:23 95:5 96:24 124:3 149:1 155:20 163:1

**magically** 162:16

**maintain** 154:8

**major** 25:22 53:15 54:14 95:3 157:24

**majority** 9:10,16

**make** 18:25 37:17 45:11 78:4 89:1,16 90:19 94:7 97:16 101:6 105:23 114:20 121:4 130:8 131:2 149:3,5 150:13 151:6,7,9 160:6 162:21

**makes** 19:21 54:17 62:11 83:10 84:16 86:21 90:15 105:19 106:6 117:19 131:13 149:25 153:7 155:24

**making** 103:19 121:11

**males** 80:20

**malformation** 110:6

**man** 41:21 58:24

163:3

**management** 8:4,6 57:5

**mania** 142:1

**manifestations** 137:13

**manner** 106:7,9, 12,13,18

**MAR** 5:1

**Marine** 8:4

**marked** 136:10

**markedly** 114:5

**marks** 101:21 102:4 134:12 160:12

**Mash** 141:19

**mask** 125:7

**master's** 77:19

**mat** 48:7,9,15 53:4

**materially** 158:10

**matter** 54:16 148:13 149:18 150:6,22 161:20

**maximum** 58:12,14,16 75:6, 11,15 76:20 77:7,8 154:18,21

**Mayo** 110:22 111:9

**MD** 5:4

**meaning** 7:9 106:4 139:3 145:18

**means** 7:25 26:1, 2,3 51:15 60:5,12 146:4

**measurable** 27:18,19

**measure** 23:20 41:22 46:15,18 54:3 57:11 58:6 75:4 123:7

**measured** 24:11 43:3 61:14 75:25

**measurements** 26:22 145:12

**measures** 123:13

**measuring** 23:18,20 31:23 46:7,19 47:3 51:12, 14 70:7 78:17 79:1

**mechanics** 149:6

**mechanism** 142:10,24 143:16

**mechanisms** 141:16

**media** 91:9

**medical** 10:8,9 11:8,13,17 12:15 14:9 15:17 89:25 91:1 106:14 112:2, 22 140:6 153:7 159:1

**Medicare** 25:1

**medication** 55:19 57:17 116:16

**medications** 120:5 126:24 141:13

**medicine** 15:5 35:2 51:1 105:22

**medicines** 54:11

**medicolegal** 152:6 156:21

**meet** 67:25 88:9

**meeting** 88:5

**member** 11:19 12:22

**membrane** 128:14

**membranes** 128:16

**memory** 69:3 83:11

**men** 24:3,4,5 41:25

**mental** 103:15,17

**mention** 132:9

**mentioned** 140:5 156:10

**merits** 104:24

**met** 18:10 88:7

**metabolic** 83:5

**metabolism** 125:23 126:2 153:13,20

**meter** 57:6 113:15,18

**meth** 44:4

**methamphetamine** 43:13 44:20 84:9

**method** 61:15

**methodologic** 16:14 24:10,11,19 25:22 46:24

**methodologically** 29:23 30:15,24 33:18 112:14

**methodology** 16:12,24 17:1,2 22:8 25:25 28:14 34:24,25 35:5 61:12 81:11 94:4 102:17 107:9 109:18 111:19 113:5,7,8 115:23 135:12,14

**methods** 109:21

**Miami** 141:19

**microscopic** 115:21 134:16 139:3

**mid-1990s** 9:16

**Middle** 8:5

**mild** 8:5 56:1

**mildly** 115:17

**milliliter** 136:13, 14

**millimeters** 119:23

**mind** 131:1

**mine** 121:1,3,10, 14,15

**minimal** 31:13 99:24

**minimally** 90:15, 16

**minimum** 127:3

**minor** 24:10 97:16,18

**minute** 13:24 32:14 45:23 65:7 74:17,19,20,21,23, 24 75:5,6,7 76:7,8 90:5 100:16 120:4,8 140:24

**minutes** 47:3,22 49:12 50:8 107:17 119:17 120:10 143:19,20,21 146:10,18,24 147:4, 7,8 151:6,10,17 155:19 158:14

**mis-weighed** 108:16

**misconduct** 99:3

**mismatch** 20:5, 21 21:9,10,17

**misquote** 40:17

**misspeak** 128:5

**mistake** 5:23

**mistakes** 121:11

**misunderstand** 130:6

**model** 102:11

**moderate** 19:18

**modify** 71:10

**Molina** 112:9,17

**mom** 40:15 126:25

**money** 7:7 39:13, 16 65:1,20 66:8,16, 20 67:2 68:10,12 81:10 86:4 93:14, 18,22,24 94:6,11 153:10

**monitoring** 8:9 124:12

**monitors** 24:1 78:14

**moon** 86:1

**morning** 5:10 57:7,13 117:6 126:23

**mortality** 31:6

**mother** 129:20

**mother's** 126:21

**motive** 79:11

**mountain** 27:24

**mouth** 48:3,9 149:4 160:11,20

**move** 48:10,11 57:23 149:16,17 155:12 160:21 161:5

**movement** 48:12

**multicenter** 8:4

**multiple** 46:5 72:20

**muscle** 77:2 95:10,11 127:9 128:4,6 133:21,25 134:1,11,15,24 135:1,7,22 138:24 139:1,2,4,5,23 157:24 158:4

**muscles** 77:1 83:17 127:19 128:3, 9,10,11,14,15,20 133:23 134:7,8 136:3 143:23 144:2

**myocardia** 100:23

**myocardial** 100:22 101:1

**myoglobin** 144:3

**mythically** 56:7

___

**N**

**N-E-U-M-A-N** 5:12

**named** 45:4,5,7

**names** 64:20

**nanograms** 136:13,14

**NASA** 7:22 9:1 67:9,11

**National** 7:15 64:24 65:17 69:22

**nature** 67:13

**necessarily** 145:22

**neck** 155:2

**needed** 51:22 68:4,6

**neighborhood** 43:15

**nervous** 141:15

**Neuman** 5:4,12, 13

**Neuman's** 19:15

**neurological** 155:5

**ng** 136:12

**nickel** 38:7 55:18 154:11

**night** 45:3

**NOAA** 8:25

**non-hog-tie** 47:2

**nonetheless** 70:5

**nonproblem** 58:12

**nonscientific** 62:14,16 64:8

**Nordictrack** 17:25 18:4,5,12

**normal** 19:6,19 20:19 21:5,14 24:12,13,21 25:16, 18,21 26:18,21 27:4 42:1 43:4 54:21 55:2 56:3 74:22 107:12 108:16,20, 23 109:2,4,19,20 110:4,21 111:5,6, 16,17,19,20 112:10 113:10,11,17 114:2, 4,9 123:23 124:10, 11,13 125:7 127:21 128:1 140:2,7 145:2 153:16 159:7

**normal-sized** 73:4

**normality** 123:22

**normalize** 80:19

**nose** 48:2,8 150:1 160:20 161:6

**Note** 26:20

**noted** 108:6 119:23 125:16 146:9

**notes** 121:15

**notice** 57:18

**noticed** 8:18 126:14 147:1

**notices** 42:8

**nowadays** 57:4

**number** 9:14 27:4 38:18 45:12 89:2 102:18 105:1 110:21 111:10 116:11,14,18,25 118:20 119:16,21 120:13 124:23 125:14 127:5 129:8, 10 136:9 149:14 156:11,19 157:5 158:17,21 159:25

**numbers** 14:7 42:2 61:10,11,13 62:8 73:4 78:6 109:2,12 114:6 152:23 157:17 162:24 163:4

**numerical** 21:10 105:3

**Numerous** 138:9

___

**O**

**O2** 21:11,14 78:14

**obese** 28:10 43:14,20,25

**obesity** 43:18 44:14 77:20

**object** 145:24 157:3

**objection** 82:17

**observation** 13:9 19:4,12 21:19 113:13 143:10

**observe** 138:5

**observed** 19:8 25:6

**observes** 22:25

**obstruct** 155:3

**obstructive** 54:5,9,10 57:9

**obtained** 43:24

**obtaining** 111:19

**obvious** 99:10

**occur** 92:7,8

**occurred** 49:5
143:19 144:9

**occurring** 13:10
14:6

**occurs** 28:7
155:2

**Oceanic** 7:15

**office** 10:8,10
11:14 12:15

**officer** 11:17
37:20 138:6,16
144:16

**officers** 84:3
94:19 99:1 116:14
117:9 118:23
119:12 138:6
146:14 156:7
161:18,19

**officially** 149:11

**older** 80:8

**one's** 53:2
101:16,17,22 102:7

**one-half** 96:5

**one-tail** 27:11

**one-third** 96:5

**ongoing** 55:22
155:22

**open** 24:20

**operating** 18:20
19:2 22:4

**opine** 34:10
105:13,15

**opinion** 31:4
33:1 62:21 63:7,11,
15 79:15,21 80:11
90:11,14 100:12,13,
14 111:21,22 114:3

115:2 116:4 131:2,
15,20 132:21
135:10,25 138:2
139:5 142:12
144:24 145:4,5
147:23 148:13,20
149:9,18 152:10,25
153:3,4 157:17
158:6 161:13
163:15,16

**opinions** 153:7

**Oppenheimer**
5:9 6:22 22:1 28:1
34:1,14,23 41:22
74:25 88:24 89:3,4
107:17,19,20 141:4,
6,7 146:7 148:3,7,
12 158:14,16 163:6,
18

**opportunity**
90:3

**opposed** 40:6
147:25

**Orange** 12:9

**order** 24:8 53:14
63:24

**organizations**
7:5,13,14 8:24

**original** 9:21
14:15,18 16:4 59:19
110:2

**Oschner** 125:14

**ourself** 108:21

**outflow** 115:17

**outlier** 27:6,15

**ovale** 110:9,17
111:2

**overhead** 66:13,
19

**overtly** 162:5

**oximeter** 18:16,
17 19:1

**oximeters** 22:6,
21 71:22,25

**oxygen** 7:24 8:7
9:8 19:4,10,17,19,
24 20:1,13,16 21:4,
12,13,19,25 22:25
24:12,21,23,24
25:13,15,17 26:18,
21 28:7,21 35:8
46:7,18 49:7 55:1
56:21,24 58:11
61:14,16 71:21
76:21 77:4 80:2
83:1 84:18 120:8
123:25 153:21
154:5,16 159:17,24

**oxygenation**
71:13,18 72:7
78:13,22

___

**P**

**P-WAVE** 122:4,
14

**P-WAVES**
122:12

**p.m.** 163:22

**pacemaker**
104:4,5

**pages** 120:21

**paid** 29:10,11,12
33:10,12 66:20 94:1

**panoply** 92:12

**pants** 96:22,24

**paper** 11:3 13:1,7,
8,16 14:18,19 17:3
19:8 26:5 27:18,23
28:2,6,13,20 29:8,
22 33:13,19 38:13
40:14 69:24 71:17
77:19 80:23,24
107:16 109:3,6,7,19
110:4,19,20 111:17
114:6,8 143:9

**papers** 35:24
36:3,18 65:19 81:10
114:10,15

**paragraph**

153:14 157:19,21

**paramedic**
120:1,16

**paramedics**
37:24 119:18
143:11 162:4,25

**part** 12:22 18:12,
22 37:12 48:22
77:5,12 89:1,8
102:19 108:24
111:10 137:14,15,
16 152:18 157:20

**partially** 154:8

**participated**
51:8

**pass** 65:13 80:1

**passed** 90:1

**passing** 20:10

**past** 5:14,22 6:17
29:16 99:7 110:23

**paste** 131:11,12

**patent** 110:9,16
111:2

**pathologic**
105:19 112:4

**pathologist**
15:8 105:12,18
106:6 107:7,10,15
114:12,19 131:25
134:19,22 135:9,11,
13,14 136:6

**pathologists**
13:23 15:5 36:20

**pathology** 15:4,
11,12 16:8,9 21:23
22:7,20 25:25 59:1
107:9,23 111:11,19
114:8 115:15

**pathway** 131:8

**patient** 130:7

**patients** 18:20
38:21

**pay** 25:1 32:4,17

66:21,23 68:8,12,14
93:3 135:24

**paying** 85:4

**PCO2** 159:15

**peak** 57:6,14,15,
18 58:3,4

**pee** 96:22,23

**people** 8:12 13:9,
20 14:12,16 16:21
17:10 22:22 23:5
24:21 25:8,14
26:20,24 27:1,2,12
28:10 31:6,12,17
32:14,24 33:19
36:4,12 39:11,24
42:16,17,20,21,22
43:2 45:4 50:19
55:16 56:19 57:17
59:22 60:13 61:15,
16 64:11,18,21
65:11 68:25 70:6,15
73:2,4 75:14 77:6
79:4 80:6,11,25
81:6 82:1,3 83:19,
25 84:4,16,17 93:23
95:23 97:6,7 99:4
100:10 101:8 105:1
110:19,22,24 111:9,
12,13,14 112:1,3,8,
19,23 113:6,9,10
141:13,17,23 142:3,
5,6 143:10 148:16
153:17 156:13

**people's** 74:10
75:10

**pepper** 28:9
64:15,17 65:4
69:19,23 70:10,11,
12,14,24 71:5,14,15
72:5,16 131:10

**pepper-
sprayed** 70:2,25
72:6

**percent** 19:6,7,
14 21:4,5,20,25
24:22,24 25:2 26:25
44:3 53:22 54:23
57:19 58:3 69:24

74:15 84:13 104:16 108:14 110:18 113:17 119:6 120:8 123:18

**percentage** 7:24 58:1 112:4

**perfect** 19:21

**perfectly** 18:1

**performed** 107:24

**performing** 50:12

**period** 25:3 27:2, 3 87:16 116:8,12 126:19 144:13,15 147:7

**person** 27:6,7 43:11,22 44:12 50:7,9 51:9 52:5 55:8,12 82:9 83:2 127:25

**person's** 73:17, 19,20 127:21

**personal** 53:5

**personally** 66:17

**perspective** 37:18,20,23

**PH** 156:4 162:24

**phosphokinase** 127:18

**phrase** 124:15

**phrased** 103:5

**phraseology** 104:22

**physical** 93:1 137:9

**physically** 84:19,20

**physicians** 142:22

**physiologic** 13:14,19 27:19

45:14 83:16 97:15, 17 154:1

**physiologically** 20:1

**physiology** 9:4 19:16 22:16,18 66:13 80:9 157:8

**pick** 19:15 130:23

**picked** 42:13 70:21

**picture** 80:24 85:7

**pictures** 145:11

**piece** 107:16

**pieces** 17:15

**pig** 102:12,20,25 103:2

**pigs** 102:15

**pipe** 137:6

**pistol** 137:5

**place** 24:17 46:17 47:9 97:12,14 152:23

**placement** 152:1

**placing** 118:10 133:17

**plain** 49:13

**plaintiffs** 85:8, 21,23

**platelets** 156:16

**plates** 73:12

**play** 137:11

**played** 131:7,18

**pneumonic** 137:2

**po2** 19:20

**point** 7:3 8:19 11:19 19:7,21 33:23 35:10,16,20,21 51:20,22 56:23

71:21 76:18 81:2 91:1 92:22 96:3 97:16 104:25 114:3 124:2 130:18 148:10 152:4 154:2 155:11 156:23

**pointing** 47:10

**points** 157:1

**police** 10:20 14:2, 16 37:10,13,15,20, 25 65:17 67:22,25 68:20 69:2,5,11 70:25 71:2,3,9 81:22 84:2,3 94:19, 20 95:17 96:15,21 97:8 99:1,3 116:13 117:2 118:9,23 119:12,18 137:21 138:4 143:14,15 144:12,16 145:9,12, 16 146:14 151:12 156:6,25

**political** 12:6

**politics** 66:15

**pool** 94:24

**population** 94:24 112:5

**Posey** 36:10

**position** 13:12, 15,20,21 17:10,12, 23 19:13 23:4 24:6, 7 25:9,11,21 27:20 28:8,9 31:14 41:5 47:1,2,6,7,8,21,25 49:2,11 50:8 52:3,4, 21,24 53:12 61:4,19 65:4,7 117:3,13,15 148:6,9 149:13,15, 19,21 150:4,7 151:7,14,25 155:10, 21 162:8

**positional** 9:19 10:23,24 13:4,25 14:22 27:25 29:14 31:5 35:19,24 36:3, 15,20 37:9,12,16 65:3 68:2 100:9 115:8 140:23

148:16,17 152:18 155:1,9,12

**positioned** 31:18

**positions** 25:5 28:7 31:12,13 46:3 70:19 117:22

**Possibly** 126:9

**post-arrest** 163:16

**poster** 14:19

**Postural** 155:1

**potassium** 125:16 132:3 156:4, 8

**potential** 38:25 160:16

**potentially** 92:15 116:9,12 118:18 125:20 126:1 129:22,23 132:4 137:12,18

**pounds** 28:11 61:4,20 63:13 72:21,25 73:5,6,7, 10,16 75:10 108:17

**power** 92:24

**practices** 138:4

**pre-arrest** 163:17

**precipitate** 143:7

**predicted** 42:2

**premature** 122:10,15,16

**premise** 17:9 81:15

**preparation** 33:1 44:8 88:5

**present** 38:15 110:18 119:18

**presentations** 8:20 9:14 93:16

**presented** 35:13 38:15 64:23

**pressing** 61:6

**pressure** 59:12, 14,16 95:20 96:5,8, 9,12,14,17,25 97:3, 25 98:1,17 99:12 103:25 120:7 145:17 153:13,16, 17

**pressures** 95:23

**pretty** 14:15 26:10 33:23 34:21 35:18 65:8 70:22 73:4 88:12 92:23 137:23 156:11

**prevent** 159:13

**preventable** 12:14

**previous** 147:2

**previously** 41:14 109:23 110:1

**Price** 10:15,17 16:15 29:3 35:17 37:1 43:9,10 44:13, 17 45:4,5,7 63:20 69:15

**print** 26:7,8

**printed** 86:21 114:12

**prior** 33:17,22 35:25 46:3 90:1,10 139:9 140:12

**pro-police** 142:6

**problem** 14:6 20:7 25:23 32:2,19 38:10 50:3,5 58:4,6, 10,12,25 59:10 65:10 97:9 104:4

**problematic** 58:17

**problems** 7:21, 23 13:19 24:11 42:18 46:24 51:13 58:9 111:18 158:25

**procedure** 163:8

**procedures** 14:16 32:18

**produce** 32:2 137:1 142:20

**produced** 137:4

**produces** 132:7

**professional** 80:10

**professor** 51:20

**profusion** 20:5, 21

**promoted** 51:21

**prone** 28:8 61:4

**proof** 141:18

**proper** 57:5 139:2

**properly** 30:3 35:14 53:14,17 159:6

**proposal** 35:13, 15 37:2 38:15

**prospective** 8:3

**protein** 125:23

**proteins** 126:2

**psychiatric** 141:11,12

**psychosis** 44:22 84:8 90:21 126:13 137:20 140:20 141:24 157:3,6,15

**psychotic** 42:19 142:20

**publications** 5:25 9:15 51:21

**publicity** 91:9

**publish** 42:5 63:19

**published** 9:20 10:11 13:17,23

22:15,21 29:8 30:4 42:7 109:6 111:22 114:7

**puffing** 62:23 63:7

**pull** 69:24 160:24

**pulled** 109:7,11

**pulling** 36:6

**pulmonary** 30:8 31:11,14,19,21,23 35:2 41:2,14,17 43:3 45:25 46:1 50:18 51:10,12,14, 15 52:2,20 53:10, 16,18,23 54:4,10, 24,25 70:8,18 75:1 78:10 107:12

**pulmonologist** 13:5 14:24 135:17

**pulse** 18:16,17 19:1 22:6,21 24:13 25:6,10 71:22,24 96:10 120:7

**pulseless** 119:19

**pun** 140:3

**punched** 151:13

**punching** 143:23

**purpose** 71:18 83:1 91:8,18 159:13

**purposes** 136:4 148:4 150:21 161:20

**pursuant** 11:14, 15 12:2,3 38:24

**put** 18:21 21:23 23:25 24:6 25:5 28:10 36:10 38:5,7 42:8 46:6 47:1,5 54:15 70:6 73:8,16 76:17 90:18 103:1 127:3 144:12 146:19,20 147:15 150:16 154:10,12

**putting** 52:9 59:12,14 75:9

---

## Q

**QRS** 122:5,12,14

**qua** 28:22 71:20

**qualified** 30:20

**quantitatively** 39:25

**quarter** 89:13

**question** 5:18 13:11 17:11,24 18:7 22:15 23:9 24:20 25:13 30:1,23 31:15 33:17 34:18 36:19 37:7 38:9 42:9 43:3, 5 44:16 45:4,9 46:24 48:24,25 49:1 52:4 54:1 55:24 57:20 62:14 67:2 75:12 82:23 93:13, 15 98:15 100:2,11 101:13,14 108:21 111:15 128:24 129:16 136:21,22 139:7 141:1 150:12, 20 152:21,24 155:15 158:19 161:21 162:4,10

**questioning** 30:14

**questionnaire** 14:4

**questions** 59:5 163:19

**quick** 18:7 23:9 89:5

**quicker** 87:8

**quit** 56:11,13,14

**quote** 137:16

---

## R

**race** 139:13

**raise** 153:17

**raised** 13:11 17:11

**ran** 46:23 51:10

**randomly** 24:8

**rang** 109:2

**range** 41:8 54:21 108:17,22 109:12, 15 112:10,12 114:15,20 127:23 132:1

**ranges** 109:13

**rate** 18:4,5,14,15 24:13 25:6,10 29:11 40:4,11,12 42:19 53:4 60:14 86:23 87:1,3,11 95:3,15 156:14

**rates** 96:10

**rationale** 83:16

**rattle** 30:24

**reach** 78:2,5

**reaches** 103:1

**read** 15:4,5,25 16:23 17:3 22:17,19 23:14 25:15 26:6 34:13 43:9 108:9 117:24 118:5 125:6 134:10 152:6,16,18 153:14

**reading** 16:17 18:9 147:5

**readings** 22:23 124:7,13

**ready** 106:23

**real** 54:18 74:8 75:11 89:5 100:20 101:10,12 111:18

**reason** 11:25 17:14 41:3 44:5 45:15 84:19 87:22 156:7 161:1

**reasons** 74:5 126:25

**Reay** 13:9 14:11 16:4,8,15 17:15 22:17 29:17,21 33:13 34:11 35:22 81:14

**Reay's** 16:18 29:22 30:10,14 33:18 34:21 61:11, 14

**receipt** 86:18

**received** 32:7 116:19 157:23

**receiving** 66:8

**recent** 6:24 109:24 114:15 152:13

**recently** 31:21

**receptor** 141:22

**recess** 34:17 107:18 141:5 158:15

**recollection** 26:11

**record** 47:5,10 82:13 87:21,24 89:1 107:19 112:15 124:13 141:4,6

**recording** 124:19,21

**records** 33:11 86:13 89:25 112:22 140:6 159:1

**recovered** 129:1

**recruits** 84:2

**red** 137:5

**reduce** 74:15 75:5

**reduced** 74:13
76:7

**reducing** 12:8
154:8

**reduction** 35:8
58:15

**refer** 120:18

**reference** 16:4
108:17,22 109:12,
13,15 110:2,3
114:15,20 127:22
132:1

**referenced**
109:8

**references**
109:23,25 152:22

**referring** 122:20

**reflected** 135:3,4

**reflex** 155:3

**regained** 127:5

**regard** 91:9,24

**Registry** 107:25

**regulation**
141:22

**reinforce** 84:5,7
126:21

**relate** 9:6

**related** 7:23 9:7,
11 10:22 13:12
17:12 84:10 90:21
92:11 93:9 106:1
129:21,22,23

**relates** 9:1

**relating** 12:18

**relaxed** 74:23

**release** 128:6
139:6 143:22

**reliability** 113:8

**reliable** 61:15

**relied** 145:1

**remainder**
137:17

**remains** 19:19

**remember** 10:6
12:5,21,25 16:8
33:21 34:6 39:3
42:8 43:10,21 44:16
48:6,7,14,23 50:22
51:18 57:9 63:25
64:19,23 65:13,14
67:20 70:23 71:24
72:15 73:23 74:12
81:24 82:6,11,23,24
83:4,18 84:22,24
87:1,25 91:6 92:22
93:17 94:14,21,23
95:7 100:5 106:14
107:11 128:13
135:11 136:17,20
139:13,21 147:5

**remind** 90:6

**reminded** 34:18

**renal** 111:12
113:24 118:16
126:4,5,12 127:6
129:2,16,25 130:2,
9,11 132:7,15,17,
18,21 139:8,24
140:7,11,13,17,18
156:12,18 157:15
158:9

**repeat** 5:15

**repeatedly**
93:17

**rephrase** 101:14

**replicate** 44:12,
24 45:1,17

**report** 89:13,14,
18,23 109:8,14
115:12,24 117:25
118:1,3,20 126:14
134:10 144:7
156:20,22 158:17

**reported** 119:13

**reporter** 41:23
163:20

**reports** 109:11

**represented**
32:20

**represents**
132:7

**require** 146:10
149:17

**requirement**
154:15

**requires** 154:4

**research** 11:14
12:1,2,24 16:23
19:15 29:16 30:8
32:9 35:18 55:11
56:19 93:20

**researcher**
51:16

**researchers**
50:20

**residency** 15:14

**residents** 51:1,5

**resolved** 140:14,
15

**respect** 17:18
130:21

**respiratory**
31:8,10 93:11
159:19,22

**response** 32:16
60:8,10,20,24,25
61:1,24 62:3 63:9,
12

**rest** 61:17 66:20
117:23

**restrained** 13:10
14:12 36:4,8 82:10,
25

**restraint** 13:14
28:7,9 37:10,15
70:7,16 82:3 100:7
106:5 108:25

**restraint-
related** 13:18

**restraints** 14:7
36:9,13

**restricting**
52:23

**restriction** 54:3

**restrictive** 54:4,
16,17

**result** 73:24
137:19 139:20

**resulted** 119:21
125:3 130:18
158:22

**results** 29:9 30:3
34:8,21 35:11 37:5
45:6,15,18 54:18,22
55:13 70:15

**resumed** 125:13

**retain** 85:24 86:11

**retained** 85:2,21
86:3,8,9,10 92:18
93:6,9,14

**retaining** 85:23

**retains** 86:5

**retired** 7:3

**return** 24:12,13
25:10,20 26:17 27:4
119:21 124:3,9,16
125:3,9 158:23

**returned** 25:18
26:20

**returns** 25:16

**reveal** 27:9

**revealed** 136:11
137:18 140:7

**review** 33:12 88:2
89:6,7,9,12 144:8

**reviewed** 90:9
116:22,23 135:22
136:9

**reviewing** 89:24

**rhabdo** 129:18
133:11,13,16,18

**rhabdomyolysi
s** 127:7,8,11 128:3
129:5,11 130:11,15
131:18 133:2,21
134:3 137:24
138:23 139:8
157:22

**rhyme** 137:3

**rhythm** 122:3,18

**riches** 65:15 66:4

**Ricky** 10:6

**ridiculous** 38:4

**rise** 86:2

**rises** 78:23

**risk** 95:25 96:2
98:1,6,7 99:12
100:24 101:1,3,7,
11,12 113:15 114:5
132:12

**role** 10:11 92:25
137:11

**roll** 61:5

**room** 18:20 19:2

**rubs** 114:18

**rules** 5:15

**rumor** 96:21 97:8,
11,14

**run** 52:7 56:7
62:20 63:6 98:18
120:1,2,16 139:13

**runner** 139:13

**running** 19:22,23
49:19 58:19,23 63:1
76:25 140:25

**runs** 98:1

___

**S**

**saber-tooth**
19:22

**safe** 43:25 51:16

**safely** 138:20

**Safety** 8:9

**sailors** 8:4

**sake** 41:15

**salary** 67:5

**saline** 125:8

**salt** 131:10,13

**sample** 46:21

**samples** 46:22, 23

**sampling** 94:4

**San** 10:15,17 11:10,11,18,20 14:2,8 29:7 39:1 51:4

**Sanchez** 10:6

**sat** 78:14

**saturation** 19:5, 10,17,19,24 21:4, 12,20,25 23:1 24:12,21,23 25:13, 16,17 26:18,21 35:8 120:8

**Saturday** 45:3

**save** 153:10

**scenario** 36:1

**schizophrenia** 113:23 116:15 129:22 137:21

**school** 15:17

**science** 14:19 16:1,5,6,7,24

**scientific** 16:4, 11,14 28:1,5,15 33:23

**scientist** 28:19

**screaming** 58:19,23,24 144:11, 17 146:20 147:13, 14,18,19 160:7

**screen** 90:4

**scuba** 52:6 139:16

**SDSU** 66:11

**sea** 139:17

**seat** 117:2,4 118:10 146:1 148:21 160:16,19, 20,23 161:6

**seated** 31:19 49:15,16,21,22 60:13,15,16,17,18 61:2,4 62:12 71:15

**seating** 55:3

**secondary** 83:8 92:7,8,10

**seconds** 25:9 26:15,23 83:17,21, 24 84:1 150:7,22,24 151:1

**secretaries** 66:23

**section** 109:21 144:8 153:5 154:4

**security** 89:1

**sedate** 162:19

**sedation** 162:22

**sees** 81:18 107:11

**selected** 42:3

**selection** 94:3

**senior** 92:23

**sense** 19:9,22 37:17 83:10 89:16 101:6

**sensitive** 53:11 139:21

**sentence** 154:3

**separate** 46:23 141:18

**septum** 110:13

**sequence** 130:10 131:6 144:6, 10

**series** 13:17,22 14:1 45:12 92:13

**set** 17:23

**setting** 137:21 143:8

**severe** 16:15 19:18,20 21:23 40:10 55:18 56:4 57:21,22,25 58:13 59:8 111:2 129:2 134:5,6 157:16

**severely** 22:2,3

**severity** 57:2 58:1

**shackled** 117:1 149:12

**shape** 21:12 80:8, 12 151:24

**sheet** 86:20,21 120:1,2,16

**shock** 98:5

**shootings** 10:20 12:20

**short** 78:19,21 126:19 147:6 149:24

**shortcomings** 114:10

**shorter** 27:2 41:24 149:15

**shot** 73:13,16 84:1 112:20

**shoulders** 75:2

**show** 25:17 32:9 33:19 61:10,13 63:16 70:3 135:15 159:7

**showed** 13:19 31:11 53:1 61:12,16 70:15

**shown** 93:21 117:21

**shows** 28:20 32:9

93:20

**shunt** 110:15

**shut** 62:15

**sic** 92:9

**sick** 25:2

**sickness** 67:14

**side** 14:13,14,17 17:15 48:10,16 75:13 110:15,16 148:25

**sign** 21:22

**significant** 13:14 14:6 25:24 27:8,10,15,16 54:2, 19 59:2 74:8,10 75:9

**significantly** 25:20 55:13 56:20

**signs** 106:15 157:7

**similar** 9:1

**simple** 41:15 51:22 59:11 72:23

**simplicity** 41:16

**simplistic** 27:11

**simply** 12:24 16:16,24 25:3 35:6 49:21,22 71:13

**simulated** 47:8

**sine** 28:21 71:20

**single** 28:6,19 57:13 134:1,23

**sites** 141:22

**sitting** 20:19,21 24:6 49:16 52:4 53:18 58:15 63:8,13 76:6 117:3

**situated** 155:2

**situation** 104:23 146:23 147:24 148:1

**situations** 45:10

**six-tenths** 87:13 89:11

**sizable** 68:9

**size** 41:17 42:1 75:5 108:20 160:16

**skin** 101:21 102:4

**skip** 117:24

**sleep** 150:8

**sleeping** 150:14, 19

**sliced** 18:19

**slide** 107:11

**slides** 134:16 135:15,16,21,22 139:3

**slowly** 104:15

**small** 20:20 54:17 72:22 99:25 101:20 110:16 111:10 129:6,7 145:13

**smaller** 41:25 54:18

**smothered** 148:23

**smothering** 160:25

**social** 89:1

**Society** 31:17 53:12

**sock** 149:4

**soda** 36:21 37:21

**soft** 36:9,13

**soldiers** 8:5

**somebody's** 38:5 54:15 123:14 154:11

**someone's** 104:19

**someplace** 86:7

**son** 126:22

**sooner** 56:11

**sophisticated** 66:12

**sort** 9:2 18:24 25:7,12 33:8 36:11, 13 38:3 46:5 54:5,6 58:8 59:4 60:21 65:14 73:14 75:8 80:13,22 81:7,8 82:3,10 91:14 96:7 103:23 108:4 114:18 122:10,11, 15 129:21 131:2,9 137:3 149:24 160:8

**space** 102:13 145:21,23

**speak** 35:7 99:19 145:6 159:12

**speaks** 88:2

**specialties** 67:9

**specific** 27:4 82:24 92:4 142:23

**specifically** 37:15 52:9

**specifics** 40:14

**speed** 57:7,11

**spell** 5:11

**spending** 67:17, 18

**spent** 10:9 12:14 26:12 33:21,22 53:6,8 67:7,12 70:1 161:17

**spikes** 122:3,9

**spite** 36:13

**Spitz** 152:7

**split** 24:8 46:8,21

**splits** 67:19

**spoken** 93:16

**spontaneous** 119:22 124:3,9,17

125:4,9,11 158:23 160:3

**spray** 28:9 64:15, 17 65:4 69:19,23 70:10,11,13,24 71:5,14,15 72:5,16

**sprayed** 70:12

**sprint** 62:20

**sprints** 62:20 63:2,6

**squeezed** 54:5 145:16 146:4 160:15

**standard** 125:6

**start** 5:20 30:22 41:6,8,13 56:24 87:9 161:25

**started** 22:19 38:16 41:4 43:2 64:25 65:10,16,23 66:11 68:3 72:21 81:7 125:25 126:6 127:1

**starters** 7:15

**starting** 56:23 65:16

**starts** 25:15

**starve** 149:21 150:23

**state** 5:10

**statement** 6:8 108:7 136:2 146:17 153:9 154:25 158:7

**statements** 147:6 155:6

**States** 14:4 105:2 112:5

**statistical** 16:14

**statistically** 25:20,24 27:8,10, 14,16 54:19

**statistics** 26:1 27:9 94:2 107:9

135:12,15

**status** 72:11

**stayed** 47:2,21

**stenosis** 111:14

**step** 38:18

**stew** 131:9,17 137:14,15 140:20 142:9 157:13 158:11

**stomach** 53:24 151:11

**stop** 14:20 25:14 47:4 141:16 156:20

**store** 116:23 146:15 147:10,11 153:25 161:24

**story** 79:1 161:7

**straight** 55:2,3

**strangle** 36:14

**strap** 37:21

**strapped** 162:7, 10

**street** 163:1

**strict** 31:16 53:12

**strike** 100:13 133:20 151:15 156:7

**strikes** 138:22 139:5

**striking** 138:6 143:19

**struck** 116:19

**structurally** 108:7

**struggle** 75:23, 24 98:10,11,21,22 99:8 113:24 118:22 143:15 151:11 153:24 160:12

**struggling** 58:19,23 76:12,15 77:23 78:1,8,11

79:5,24 99:2,4 153:11,18

**stuck** 115:13

**students** 80:9 97:10

**studied** 38:12

**studies** 15:3 16:2,6 17:16,17 35:23 55:15 56:19 64:1,4,10 65:20 66:11,17 67:12 68:1,2,3 69:7 70:3 72:20 74:7 81:24,25 82:1,3 84:21,25 91:7,16,18,24 92:2, 16,25 93:2,3,7,8,10, 11 94:9,13,15,23,25 95:8,9,16 97:9 111:24 112:8 113:5

**study** 12:12 15:15 16:8,13,16,18,19,20 17:9,10,13 18:9,10, 11 30:2,15 32:23 33:1,9,18,22 34:21 37:2,3,4 38:24 39:15 40:8 42:6 43:24,25 44:7,8,11 45:9 50:12,15,16 51:6,7,23,24 53:16 55:17 56:22 59:19, 21,23,24 60:1 61:7, 8,11,14 63:18 65:1, 16,22 66:20 67:17 68:14,17,23 69:5,6, 16,21 70:4,5,24 71:12 72:1,2,10,14, 16,24 73:2,3,21 74:7,12 75:13 76:13 77:5,12,21 79:11 81:6,16,23 82:1,7,9, 25 83:1 84:15 92:22 93:1,24,25 94:1,7,8, 10 96:13,14 97:13 112:18 123:10

**studying** 10:10 26:12

**stuff** 8:17 9:5 11:24,25 18:23 51:22 67:8,15,18 69:1 128:16,19

137:8 141:16 142:13 143:17 147:2 155:24 156:21 162:6

**stuffed** 137:6 149:4

**subaortic** 111:14

**subdued** 116:25

**subject** 10:4 26:13 44:9 49:11 50:9,10 55:5,6 150:9

**subject's** 60:2,7

**subjects** 18:3 19:3 22:7 23:1 24:3 40:19 43:24 45:5 56:22 66:21 68:4,6, 8,13,17,21,23 70:12,21 71:5,25 74:2 78:8 80:3,9 84:4 91:10 94:18 97:20 149:2

**Submarine** 11:17

**subsequent** 13:21

**subsequently** 55:15 72:23

**substitute** 157:2

**sudated** 155:11

**sudden** 95:25 96:2 98:2,18 99:25 105:4 108:2 113:16, 21,22 114:5 132:12

**suddenly** 42:23

**suffer** 146:8

**suffered** 143:21

**suffering** 156:23

**sufficient** 114:1

**suffocate** 14:15 38:5,8,9 52:12 150:10,15

TOM NEUMAN

July 25, 2018
Index: suffocated..throat

**suffocated** 52:19

**suggested** 10:15 91:19

**suggesting** 68:12

**suggests** 28:6

**suit** 52:10,20 53:1, 6,9

**sums** 137:23

**sundry** 106:19

**super** 90:7

**superficial** 134:13

**support** 125:7

**supported** 73:19,20

**supposed** 79:22 128:17

**supposedly** 120:20

**surface** 103:1

**surfing** 52:5

**surprise** 53:20, 22 95:11 97:18

**surprised** 39:4

**surprises** 114:11

**surrogate** 23:7

**survive** 58:15

**suspect** 99:6 100:6

**suspects** 133:1

**suspicion** 94:6

**suspicious** 94:5

**swaths** 104:25

**sworn** 5:5

**syndrome** 137:3 141:10 142:4,23 143:2,3,13 156:24

**system** 12:9 102:20,21,23,24 108:5 115:22 128:14 141:15

**systems** 10:11 12:7,10

---

**T**

**T-O-M** 5:12

**t-test** 27:11,13,14

**T-WAVE** 122:13

**T-WAVES** 122:5

**tables** 109:9

**tablets** 27:23

**takes** 86:21 126:22,25

**taking** 46:20 69:1 93:14 116:15 126:24 134:16 141:13 147:11 155:7

**talk** 25:6 28:13 39:21 81:5,20 87:8 96:11 98:14 107:4 113:7 115:21,22 127:16 132:10,16 133:16 134:2,18 135:16 136:7 140:1 157:19 158:18,22 162:20

**talked** 55:8,10 72:14 74:5 87:16 123:9 124:18 133:19 140:5,11,22 144:17 151:23 160:14,15,17

**talking** 7:18 8:23 9:6 17:8 19:13 37:1 44:19 54:22 56:19 57:15 61:23 66:7 100:19 102:2 117:6 134:16 142:9 149:5 158:11 160:24

**talks** 115:16 134:10,12

**tall** 75:2 149:14

**tape** 116:23

**tase** 99:4

**tased** 68:7,10,18, 24 95:18 96:15,17, 20,22 97:1,3,6,7 99:1 100:10,14 101:4,8,11 104:4 105:1

**taser** 68:3,22 71:7 73:22,23 81:1,4,5,6, 9 82:7,20 83:6,12, 16 84:2,21,24 85:2, 4 91:5,13,25 92:3,7, 10,11,14,22 93:10, 14,18,22 94:11,12, 15,19 95:11 96:1,19 97:20 98:5,10 99:11 100:3 101:12,17,20, 22 102:7,14 104:18 115:9 116:20

**tasered** 82:2,4,9 83:2,9 98:22,25 101:2 161:11

**tasering** 83:19, 20 95:1 97:4,17 98:4,9,20 100:24 103:8,25 104:1 118:10 161:10

**tasers** 81:20 83:5 85:3 91:10 93:20 99:23 100:8 102:12 105:4

**tasing** 68:21,25 96:9,12

**tastes** 131:9

**teaching** 7:7

**tear** 128:20

**tearing** 128:20

**technical** 43:19

**technically** 24:14 54:3

**Ted** 50:25 51:7,19

**teleologic** 19:21

**telephone** 62:2

**telling** 18:8 144:21

**tells** 29:13 129:10

**temperature** 118:17 125:15 140:21

**ten** 16:21 143:20

**tend** 42:18

**tendered** 6:2,3,4

**term** 10:23 11:7 13:3,6 14:22 62:22, 25 64:8 66:3

**terms** 5:21,22,25 37:10 43:10,11,17 44:13 55:9 56:21 57:2 59:6 61:11 62:14 65:3 66:16 67:8 79:4,5,6 82:5 101:25 123:4,22 127:20 135:22 145:12 156:6 158:24 159:3

**terrible** 144:2

**terribly** 157:3

**terrified** 96:25

**test** 45:25 54:24 55:14 70:8,21 75:1 78:13 83:1 136:10, 11

**tested** 55:5 60:15 84:3

**testified** 5:6 63:23 69:12 85:8, 13,19 94:12 100:3,9

**testify** 34:2 69:8, 11 85:24 86:1 106:21

**testimony** 119:11

**testing** 31:20 41:2,14 51:10,15 53:16 70:18

**tests** 31:11 41:17 43:4 46:1 52:21 53:10,14,23 78:10 107:13 139:3,21

**textbook** 19:16

**textbooks** 114:7

**thesis** 77:19

**thickness** 102:18

**thing** 6:6 8:23 18:19 28:18 39:5 40:24 45:20 46:12 61:21 64:17 88:4 93:21 95:12 115:13 120:20 127:12 131:5 136:16 140:21 153:15

**things** 6:15 7:21 9:2 10:20 22:8 26:14 27:1 36:6,24 42:25 44:14,19,22 45:13 54:11,18 65:2 66:23 67:8,13 69:9 76:3 83:7 92:4,5,6, 12 95:19 103:22 106:5 112:20 113:25 115:6,14,15, 22 116:2 118:18 120:13 122:11 125:25 130:12,17, 20 131:7 133:19 139:20 143:6 155:17,20 156:17 161:22

**thinks** 141:21

**Thoracic** 31:17 53:11

**thought** 10:21 19:1 34:19 45:11 70:12 71:23 74:8 96:23

**thousand** 139:15

**threaded** 47:12

**threshold** 80:1

**throat** 160:4,7,10

**throw** 56:8 133:14
142:5

**Tidal** 24:1

**tie** 117:8

**tied** 47:17

**tiger** 19:23

**tight** 47:20 52:14,
15

**tightly** 53:2
145:21,23

**time** 10:9 12:7,9,
15 24:15 26:15,16
27:2,3 31:5,9,25
33:21 34:20 40:20,
22 45:17,18 51:2
53:6,8 55:23 56:25
67:7,12,18 70:1,5
71:8 82:13 86:20,21
87:17 89:21 93:2
119:23 122:8 124:8,
22 126:20 140:25
141:12 144:6,13,15
146:14,15,23,25
147:1,7,9,20,21
150:6,21 151:13,14,
16 156:24 159:20
160:18 161:17
162:13,14

**timelines** 149:9

**times** 46:6 74:17,
18,19,23 85:12
105:12 106:17
108:24 120:6 138:9,
10,13

**tiny** 41:19

**tissues** 9:8

**title** 82:21

**today** 37:11 88:5
150:5 151:12

**told** 15:1 18:17,18
32:5 41:14 51:11
88:16 99:18 107:11
131:22 143:25
148:15

**tolerance** 55:20

**Tom** 5:4,12 19:15
150:14

**tomato** 131:11,12

**tons** 55:18

**top** 20:23 21:2
67:6 121:15 122:7
157:18

**topic** 66:1

**touch** 87:24

**tough** 68:16

**toxic** 137:12

**toxicity** 129:23
137:20 157:7

**tract** 115:17

**trained** 13:5
14:11,23 135:17

**trainees** 71:1,2,
3,9 94:20 95:17

**training** 14:24
15:11,17 30:9 35:1
55:11 56:18 68:23
98:16 99:10

**transferred**
125:14

**trauma** 10:11,22
11:25 12:7,9,10
133:23 157:23

**trauma-related**
12:8

**traumatic** 8:6
10:10 12:14,17,19,
20,21 15:15 112:18
134:20

**treadmill** 21:23
76:25 77:1,5,8 78:3,
5

**treat** 162:14

**treated** 113:1
162:16

**treatment**
119:21 125:3
158:22 162:11

**tremendous**
11:18 17:19 38:1

**tremendously**
114:11

**trial** 8:4

**triathlon** 52:11

**trigger** 142:8

**tripodding**
57:22

**trouble** 17:23
52:13,15 54:7 56:4
76:3,9 130:20
148:11 163:14

**true** 9:17 16:11
36:15 44:2 91:20
94:5 136:5 155:8

**truth** 144:22

**tube** 57:1 123:12

**turn** 14:12 113:10
148:25 161:2

**turned** 14:8 34:11
48:15 155:2 162:9

**turning** 14:16

**turns** 96:18

**TV** 54:11

**two-minute**
20:4

**two-tail** 27:13,14

**type** 8:23 80:22
137:4

**types** 80:14

**typical** 123:1
132:24

**typically** 141:11

**typing** 66:23

___

**U**

**uh-uh** 81:14

**ultimately** 34:11
106:14

**uncomfortable**
25:11

**unconscious**
124:19 146:16
147:21 161:1,2

**Underneath**
120:9

**understand**
16:20,22 30:17 37:7
41:16 56:12 59:9
62:19 63:6,17 84:5
85:1 93:23 96:6,10
106:11 107:25
124:21 138:5
143:18 146:3
148:24 149:23
150:13 151:3
158:13

**understanding**
22:8 37:8 51:15
161:12,16

**understood**
17:16 33:8 39:7,17
40:11 41:7 48:25
50:4 53:7 61:25
80:11 81:12,17
86:23 106:16 140:1
145:8 149:8 154:25

**undissected**
108:10

**United** 14:4 105:1
112:5

**university** 7:7
12:23 29:7 30:1
51:3,4 66:14,18,19
67:4,5 94:22

**unknown** 45:12

**unobserved**
146:25

**unrelated**
158:12

**unresponsive**
119:17 147:1

**unusual** 128:21

**update** 6:19

**updated** 6:14,25

**upper** 155:3

**upright** 117:3,21
149:12

**urchin** 139:17

**urine** 144:3

**usual** 133:1

___

**V**

**valid** 61:15 81:16

**validated** 113:8

**validity** 113:8

**valve** 125:7

**valves** 115:16

**valvular** 110:24

**VAQ** 20:21 21:3,9,
10,17

**variation** 110:7

**vasculature**
128:12

**vehicle** 117:2,3
144:12,18,19 145:9,
12,17

**ventilate** 58:13,
14,16 59:13 60:2,3
62:5 78:12 154:23

**ventilated** 60:12

**ventilating**
58:14 159:5

**ventilation** 7:20,
24 9:7 16:10 17:21
20:5,20 21:8 23:5
56:3 59:10 60:4,6,
17,21,24 61:23 74:9
75:4 77:13,15,16,18
82:20 83:2,19 92:5
102:3 125:9 148:10
149:7 154:14,15,17,
19,21

**ventilative** 78:7

TOM NEUMAN

**ventilatory** 49:2 60:8,10,20,25 61:1, 24 62:3 63:9,12 74:9 77:24 78:9 83:8,12 92:8 117:22

**ventricular** 102:15 115:17 122:16,17

**version** 20:4

**versus** 10:15,17 54:23

**vessels** 128:15

**victims** 10:13 15:16

**video** 137:25 138:3,6

**view** 19:21 33:23 91:1 104:25 152:4 154:2

**Vilke** 50:25 81:8 92:20

**visualizing** 163:14

**vital** 154:8

**volumes** 41:22, 23

**volunteer** 8:16 42:5

**volunteered** 42:4

**volunteers** 38:21 42:10,13 81:25 94:22

---

**W**

**wait** 13:24 32:14 65:7 100:16

**wake** 155:8,10

**walking** 36:7

**wall** 101:9

**Walmart** 129:20

**wanted** 32:6 48:18 51:17 56:15 68:19 80:5 110:20 157:2

**watched** 36:12

**water** 52:17,18

**watts** 40:1,3

**wave** 123:1 159:7, 12

**ways** 7:17 9:5 111:23

**WEDNESDAY** 5:1

**weeks** 140:10 149:22

**weigh** 109:4 113:6

**weighed** 108:12 114:25

**weighing** 108:11

**weight** 28:10 38:2,4,8 61:20 65:6, 9,10,23,24 72:17, 20,22 73:2,12 76:2, 14,15,17 77:10,14, 15,16,22 80:18,19 108:11,12,17,23 109:16 111:16,17, 20 112:13 113:14, 18 130:24 143:10, 12 146:6 154:13

**weights** 74:10 109:20 112:24 113:11

**well-aware** 31:22

**well-controlled** 56:1

**well-known** 13:8 114:7

**west** 86:2 125:15

**wet** 52:10,20 53:1, 6,9

**whatsoever** 58:4

**wheezing** 54:7

**whoa** 57:16

**wide** 122:16

**window** 119:14

**windpipe** 159:1 163:11

**wiring** 102:24,25 103:3

**witnesses** 118:25 119:2,10

**women** 24:4

**word** 54:2 100:16 133:23 137:3 151:12

**words** 20:6 35:21 37:11 46:22 60:19 62:4 66:21 70:11 112:19 126:17 147:8

**work** 7:22 8:1,15, 16 16:4 22:2,8 40:4 52:7 67:22 85:2 105:20 126:22 141:17 148:7 162:8

**worked** 19:2

**working** 124:14 161:25 162:5

**world's** 51:14

**worse** 53:9 129:18 155:20,24 162:21

**worst** 84:17

**worth** 73:16

**wrapped** 53:2

**wrist** 47:10

**wrists** 47:18,19 48:4

**wrong** 16:16,25 17:1,2,16 18:2 21:21,22 22:3 26:23

32:15,16 37:9 42:11 55:9 61:12 81:14,15 104:12,16 108:6 114:18 137:2 152:23 153:16

**wrongful** 91:12

**wrote** 89:12,24

---

**Y**

**year** 6:13 10:25 11:2,5

**years** 9:12,13,15 13:16 26:12 33:11 36:8 52:11 85:15,18 90:1 110:23 112:10 114:13 141:25

**yell** 118:22

**yelling** 119:6 147:14 160:8

**yesterday** 88:6, 7 90:4

**young** 43:2 80:6, 19 84:16

**Yup** 6:11 61:22