| Year | Attorney | Case Name | Trial/Dep. | Def/Plf |
|---|---|---|---|---|
| 2018 | | | | |
| | Mr. Daniel Roberts<br>Cota, Cole and Huber<br>3401 Centrelake Dr. Ste. 670<br>Ontario, CA 91761 | Briones v. City of Ontario<br>USDC-C.D.Ca.<br>No. 5:17-cv-590 | Depo | Defense |

**EXHIBIT C**

2017

| Attorney | Case | Type | Side |
|---|---|---|---|
| Mr. Thomas Scutti<br>Gates, O'Doherty, Gonter & Guy<br>15373 Innovation Dr, Suite 170<br>San Diego, CA 92128 | Darragh vs. Norman<br>Superior Court of CA<br>County of Riverside<br>Case No. MCC 1301868<br> c/w MCC1401627 | Trial & Depo | Defense |
| Ms. Laura Hedge<br>Harris County Attorney's Office<br>1019 Congress,<br>Houston, TX 77002 | Salcido v. Harris County<br>USDC, S.D.Tx – Houston<br>No. 4:15-2155 | Depo | Defense |
| Ms. Joy C. Rabalais<br>Borne, Wilkes & Rabalais, L.L.C.<br>P. O. Box 4305<br>Lafayette, LA 70502-4305 | Alanda v. Neal Lartigue<br>13th JDC, Evangeline Parish<br>No. 75581-B | Depo | Defense |
| Ms. Mary Baker<br>Harris County Attorney's Office<br>1019 Congress,<br>Houston, TX 77002 | Amron v. Harris County<br>80th District Court<br>Harris County<br>No. 2012-55551 | Trial | Defense |
| Mr. Richard Lesser<br>Lesser and Associates<br>423 S. Pacific Coast Hwy, Suite 206<br>Redondo Beach, CA 90277 | Quersema v. Aqua Lung<br>CA Superior Court<br>County of Stanislaus<br>No. 2015633 | Depo | Defense |

2016

| 2015 | Mr. Tom Merrick<br>3101 Western Ave, Suite 200<br>Seattle, Wash 98121 | Deboch vs Seattle Hosp<br>King County Sup. Ct.<br>State of Washington | Depo | Defense |
| --- | --- | --- | --- | --- |
| | Mr. Dirk Degenna<br>Wisotsky, Procter & Shyer<br>300 Esplanade Drive, Suite 1500<br>Oxnard, California 93036 | Ramirez vs. Oxnard<br>USDC, Central Dist. CA<br>No. CV13-1615 | Trial | Defense |
| | Mr. Paul D. Nelson<br>Bullivant Houser Bailey PC<br>601 California St. Suite 1800<br>San Francisco, CA 94108-2823 | Aiazzi vs. Adventure Scuba<br>2nd Judicial District Court<br>Washoe County, NV<br>No. 12-00598 | Depo | Defense |